CO-386-online
10/03

**FILED**

MAR 2 2 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# United States District Court
# For the District of Columbia

DETROIT INTERNATIONAL BRIDGE )
COMPANY and THE CANADIAN TRANSIT )
COMPANY, )
)
                 Plaintiff )
    vs )
THE GOVERNMENT OF CANADA, et al., )
)
)
               Defendant )

**Case: 1:10-cv-00476**
**Assigned To : Collyer, Rosemary M.**
**Assign. Date : 3/22/2010**
**Description: Admin. Agency Review**

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiffs__ which have any outstanding securities in the hands of the public:

    NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ John B. Missing_
Signature

D.C. Bar No 425469
BAR IDENTIFICATION NO.

John B. Missing
Print Name

Debevoise & Plimpton LLP
Address

555 13th St, N W, Washington, DC 20004
City        State        Zip Code

(202) 383-8000
Phone Number

