UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DETROIT INTERNATIONAL BRIDGE COMPANY
and THE CANADIAN TRANSIT COMPANY,

          Plaintiffs,

    v.

THE GOVERNMENT OF CANADA, et al.,

          Defendants.

No. 1:10-cv-00476-RMC

**AMENDED CERTIFICATE OF DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to the Court's minute order of March 24, 2010, and Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Detroit International Bridge Company and The Canadian Transit Company state as follows:

1. Plaintiffs Detroit International Bridge Company and The Canadian Transit Company confirm that, as stated in their Local Civil Rule 7.1 Certificate filed March 22, 2010, neither plaintiff has any parent company, subsidiary or affiliate with any outstanding securities in the hands of the public.

2. Plaintiff The Canadian Transit Company is wholly owned by plaintiff Detroit International Bridge Company.

3. Plaintiff Detroit International Bridge Company is wholly owned by DIBC Holdings LLC.

4. The only two owners of DIBC Holdings LLC are Matthew T. Moroun, an individual, and MJM Trust, a living trust of which Manuel J. Moroun, an individual, is the grantor.

5. None of the entities referenced herein is publicly traded.

Dated: March 30, 2010

          Respectfully submitted,

          /s/ John B. Missing
          John B. Missing (D.C. Bar. No. 425469)
          jmissing@debevoise.com
          DEBEVOISE & PLIMPTON LLP
          555 13th Street, N.W.
          Washington, DC 20004
          (202) 383-8000

          Donald Francis Donovan
          Carl Micarelli
          DEBEVOISE & PLIMPTON LLP
          919 Third Avenue
          New York, NY 10022
          (212) 909-6000

          Attorneys for Plaintiffs Detroit International Bridge Company and The Canadian Transit Company