AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY,<br><br>*Plaintiff*<br><br>v.<br>GOVERNMENT OF CANADA; U.S. FEDERAL HIGHWAY ADMINISTRATION; VICTOR MENDEZ, Administrator of Federal Highway Administration; RAY LAHOOD, Secretary of Transportation; UNITED STATES OF AMERICA<br><br>*Defendant* | Civil Action No. 1:10-cv-00476-RMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Serve - Her Majesty The Queen in Right of Canada
c/o John J. Bursch, Esq.
Government of Canada  Warner Norcross & Judd LLP
900 Fifth Third Center, 111 Lyon St NW
Grand Rapids, MI 49503-2487


A lawsuit has been filed against you.

Within ~~21~~ 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John B. Missing
Debevoise & Plimpton LLP
555 13th Street, N.W., Suite 1100 East
Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*(signature)*

Date:   05/06/2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10-cv-00476-RMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Government of Canada
was received by me on *(date)* 05/06/2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to a special arrangement under 28 USC 1608(a)(1), the summons and complaint were sent via Federal Express to Her Majesty The Queen in Right of Canada c/o John J. Bursch, Esq. and received on May 7, 2010. Please see attached proof of delivery receipt.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/10/2010

*Server's signature*

Gregory A. Senn, Senior Litigation Case Manager
*Printed name and title*

Debevoise & Plimpton LLP
555 13th Street N.W.
Washington DC 20004
*Server's address*

Additional information regarding attempted service, etc:



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br>Telephone: 901-369-3600 |

May 7, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **798641692296**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Grand Rapids, MI |
| Signed for by: | J.STREELMAN | Delivery date: | May 7, 2010 09:11 |
| Service type: | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 798641692296 | Ship date: | May 6, 2010 |
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:
Grand Rapids, MI US

Shipper:
WASHINGTON, DC US

Reference    23877-1001gas

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339