UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | ) ) ) |
| Plaintiffs, | ) |
| v.. | ) |
| THE GOVERNMENT OF CANADA, THE UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, VICTOR MENDEZ, in his official capacity as Administrator of the United States Federal Highway Administration, RAY LAHOOD, in his official capacity as Secretary of Transportation, THE UNITED STATES COAST GUARD, ADM. THAD W. ALLEN, in his official capacity as Commandant of the United States Coast Guard, JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:10-cv-476-RMC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
AND TO APPROVE AGREED BRIEFING SCHEDULE**

Plaintiffs hereby respectfully request that the Court extend to August 26, 2010 the time for plaintiffs to serve and file papers in opposition to the motion to dismiss by defendant the Government of Canada (Doc. 20), the motion to change venue by the U.S. defendants (Doc. 21) and the motion to dismiss filed by the U.S. defendants (Doc. 22), and to extend to September 16, 2010 the time for all defendants to serve and file their reply papers on those three motions. All parties have consented to this briefing schedule. This is an extension of 34 days for plaintiffs' response to Canada's motion, 31 days for plaintiffs' response to the U.S. defendants' motion, and up to 14 days for defendants' replies.

Plaintiffs require additional time in order to respond to the multiple issues raised by the three motions and to further investigate the facts and law related to those matters, and because planned summer vacations and other matters have made it difficult to coordinate schedules of client and counsel during July and August.

Counsel for the plaintiffs has conferred with counsel for all defendants about this motion in compliance with L.Civ.R. 7(m).  Counsel for all defendants have indicated that they consent to the relief sought in this motion.

Dated: July 19, 2010

                                                Respectfully submitted,

                                                /s/ John B. Missing
                                                John B. Missing (D.C. Bar No. 425469)
                                                jmissing@debevoise.com
                                                DEBEVOISE & PLIMPTON LLP
                                                555 13th Street, N.W.
                                                Washington, DC 20004
                                                (202) 383-8000

                                                Donald Francis Donovan (admitted *pro hac vice*)
                                                Carl Micarelli (admitted *pro hac vice*)
                                                DEBEVOISE & PLIMPTON LLP
                                                919 Third Avenue
                                                New York, NY 10022
                                                (212) 909-6000

                                                *Attorneys for Plaintiffs Detroit International Bridge Company and The Canadian Transit Company*