UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DETROIT INTERNATIONAL BRIDGE COMPANY**, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-476 (RMC) |
| **GOVERNMENT OF CANADA**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Plaintiffs' Motion for Discovery [# 24], and the corresponding briefs submitted by the parties, it is hereby

**ORDERED** that Plaintiffs' Motion for Discovery [# 24] is **GRANTED** in part and **DENIED** in part.

The Plaintiffs' Motion is **GRANTED** in part as to discovery from the United States on the limited issue of venue. The Plaintiffs and the U.S. Defendants shall file a joint proposed discovery schedule no later than **September 10, 2010**.

The Plaintiffs' Motion is **DENIED** in part, without prejudice, as to discovery from the Government of Canada on the question of jurisdiction. The Plaintiffs' requests for discovery as to the Government of Canada are unduly broad and overly burdensome. *See, e.g., Phoenix Consulting, Inc. v. Republic of Angola*, 216 F.3d 36, 40 (D.C. Cir. 2000). It is

**FURTHER ORDERED** that the U.S. Defendants' Motion to Change Venue [Dkt. # 21] is **DENIED** without prejudice; and it is

**FURTHER ORDERED** that the U.S. Defendants' Motion to Dismiss [Dkt. # 22] and the Government of Canada's Motion to Dismiss [Dkt. # 20] will be held in abeyance until further order of the Court; and it is

**FURTHER ORDERED** that the Government of Canada's Motion to Strike [Dkt. # 28] is **DENIED** as moot.

**SO ORDERED**.


Date: August 20, 2010                          /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge