**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY, and THE CANADIAN TRANSIT COMPANY,<br><br>     Plaintiffs,<br><br> vs.<br><br>THE GOVERNMENT OF CANADA, THE UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, VICTOR MENDEZ, in his official capacity as Administrator of the United States Federal Highway Administration, RAY LAHOOD, in his official capacity as Secretary of Transportation, THE UNITED STATES COAST GUARD, ADM. THAD W. ALLEN, in his official capacity as Commandant of the United States Coast Guard, JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security, and THE UNITED STATES OF AMERICA,<br><br>     Defendants. | No. 1:10-cv-00476-RMC |

## SCHEDULE FOR DISCOVERY ON THE ISSUE OF VENUE

  Plaintiffs Detroit International Bridge Company and the Canadian Transit Company ("Plaintiffs") and defendants the United States Federal Highway Administration, the Administrator of the United States Federal Highway Administration, the Secretary Of Transportation, the United States Coast Guard, the Commandant of the United States Coast Guard, the Secretary Of Homeland Security, and the United States of America (the "U.S. Defendants") have agreed on the following discovery schedule for the discovery ordered in the Court's order dated August 20, 2010:

  1. In response to the document requests and interrogatory served by Plaintiffs on July 20, 2010, the U.S. Defendants shall produce documents and serve written responses, any objections, and a log of any documents withheld on grounds of privilege or work product, by October 8, 2010.

  2. In response to the deposition notice served by Plaintiffs on July 20, 2010, the U.S.

23265449v1

Defendants shall produce a witness or witnesses for deposition pursuant to Fed. R. Civ. P. 30(b)(6) on October 28, 2010 at 9:30 a.m.

3.  The dates and times identified above may be adjourned or altered by agreement between counsel for the Plaintiffs and counsel for the U.S. Defendants, provided that discovery on the issue of venue shall be completed by December 1, 2010.  This date for completion of discovery on the issue of venue may be extended by the Court for good cause shown.

**STIPULATED AND AGREED TO:**

Dated: September 10, 2010

| | |
|---|---|
| /s/ John B. Missing | /s/ Peter C. Whitfield |
| John B. Missing (D.C. Bar No. 425469) | Peter C. Whitfield |
| DEBEVOISE & PLIMPTON LLP | U.S. DEPARTMENT OF JUSTICE |
| 555 13th Street, N.W. | Environmental and Natural Resources |
| Washington D.C. 20004 | 601 D Street, NW |
| Telephone: (202) 383-8000 | Suite 3533 |
| Email: jmissing@debevoise.com | Washington, DC 20004 |
| | Telephone: (202) 305-0430 |
| Donald Francis Donovan | Email: peter.whitfield@usdoj.gov |
| Carl Micarelli | |
| William H. Taft V | *Attorneys for the U.S. Defendants* |
| DEBEVOISE & PLIMPTON LLP | |
| 919 Third Avenue | |
| New York, NY 10022 | |
| Telephone: (212) 909-6000 | |
| Email: dfdonovan@debevoise.com | |
|       cmicarelli@debevoise.com | |
|       whtaft@debevoise.com | |

*Attorneys for Plaintiffs*

**SO ORDERED:**

Dated: _____, 2010

_____
Rosemary M. Collyer, U.S.D.J.

23265449v1