UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY, and THE CANADIAN TRANSIT COMPANY,<br>　　　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　　- vs. -<br><br>THE GOVERNMENT OF CANADA, THE UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, VICTOR MENDEZ, in his official capacity as Administrator of the United States Federal Highway Administration, RAY LAHOOD, in his official capacity as Secretary of Transportation, THE UNITED STATES COAST GUARD, ADM. THAD W. ALLEN, in his official capacity as Commandant of the United States Coast Guard, JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security, and THE UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　　　　Defendants. | No. 10-cv-476-RMC |

## JOINT STATUS REPORT OF THE
## PLAINTIFFS AND THE COAST GUARD DEFENDANTS

Pursuant to the Court's November 30, 2011 minute order granting Plaintiffs' motion to dismiss without prejudice in part and stay in part, the Plaintiffs and the remaining Defendants in this case (the "Coast Guard Defendants")[1] jointly submit the following status report:

Representatives of Plaintiffs and the Coast Guard Defendants are continuing to work towards a settlement of Plaintiffs' remaining claim. As part of that process, the parties are working to resolve certain outstanding issues identified by the U.S. Coast Guard. Recently, Plaintiffs sent a letter to the U.S. Coast Guard, with supporting documents, setting forth what

---

[1]   The Coast Guard Defendants are the United States Coast Guard, Adm. Thad W. Allen in his official capacity as Commandant of the United States Coast Guard, Janet Napolitano in her official capacity as Secretary of Homeland Security, and the United States of America.

plaintiffs have done to address those concerns.  The U.S. Coast Guard has not had an opportunity to completely review and evaluate Plaintiffs' letter.

Because the Plaintiffs and the Coast Guard Defendants are still in the process of discussing a possible resolution of this matter, the Plaintiffs and the Coast Guard Defendants respectfully recommend that the matter remain in abeyance for an additional month and propose to file an additional status report on or before April 2, 2012, at which point the parties will report on whether a resolution has been reached and whether they believe a further extension of the stay is appropriate.

Dated: March 2, 2012                                                       Respectfully submitted,

| | |
|---|---|
| DONALD FRANCIS DONOVAN<br>CARL MICARELLI<br>WILLIAM H. TAFT V<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>E-mail:dfdonovan@debevoise.com<br>        cmicarelli@debevoise.com<br>        whtaft@debevoise.com<br><br><br>/s/ Colby A. Smith<br>COLBY A. SMITH<br>(D.C. Bar No. 467266)<br>DEBEVOISE & PLIMPTON LLP<br>555 13th Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 383-8000<br>E-mail: casmith@debevoise.com<br><br>*Attorneys for Plaintiffs*<br>*Detroit International Bridge Company*<br>*and The Canadian Transit Company* | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment and Natural Resources Division<br><br>/s/ Peter C. Whitfield<br>PETER C. WHITFIELD<br>(Hawaii Bar No. 08749)<br>Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>Telephone: (202) 305-0430<br>E-mail: peter.whitfield@usdoj.gov<br><br>*Attorneys for Defendants United States Coast Guard, Adm. Thad W. Allen in his official capacity as Commandant of the United States Coast Guard, Janet Napolitano in her official capacity as Secretary of Homeland Security, and the United States of America* |