```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


DETROIT INTERNATIONAL        :
BRIDGE COMPANY               :
                             :
            Plaintiff,       :
       vs.                   :        Docket No. CA 10-476
                             :
GOVERNMENT OF CANADA, ET AL  :          Washington, D.C.
                             :        Friday, August 24, 2012
                             :            11:30 a.m.
            Defendants.      :
---------------------------x



               TRANSCRIPT OF STATUS CONFERENCE
          BEFORE THE HONORABLE ROSEMARY M. COLLYER
                UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiff:        CARL MICARELLI, Esquire
                          Debevoise & Plimpton LLP
                          919 Third Avenue
                          New York, NY 10022

                          PATRICK A. MORAN, Esquire
                          CENTRA, INC.
                          12225 Stephens Road
                          Warren, MI  48089

For the Defendants:       MARISSA A. PIROPATO, Esquire
                          U.S. Department of Justice
                          601 D Street, NW
                          Washington, DC  20004

                          FRANCIS H. ESPOSITO, Esquire
                          U.S. Department of Homeland Security
                          2100 2nd Street, SW
                          Washington, DC  20044
```

Appearances Continued:

Court Reporter:               CRYSTAL M. PILGRIM, RPR
                              Official Court Reporter
                              United States District Court
                              District of Columbia
                              333 Constitution Avenue, NW
                              Washington, DC  20001


Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

P-R-O-C-E-E-D-I-N-G-S

THE DEPUTY CLERK:  Civil action 10-476 Detroit International Bridge Company versus Government of Canada et al. For the plaintiffs, Carl Micarelli and Patrick Moran. For the defense, Marissa Piropato.

THE COURT:  Hey guys.

MR. MICARELLI:  Good morning, Your Honor.

MS. PIROPATO:  Good morning.

THE COURT:  Doesn't sound formal enough, I apologize. I was in the middle of a Guantanamo hearing where everything is being very locked up, so unable to even give you a wave of the hand to explain why I was running late.

How are we doing?

MR. MORAN:  We think we're doing well.

THE COURT:  Good, right answer.

MR. MICARELLI:  Your Honor, there was a meeting with the Coast Guard this morning that Mr. Moran and Mr. Stamper were at with the Coast Guard.  Since I wasn't there, with Your Honor's permission, I will turn the floor over to Mr. Moran to give the Court an explanation.

THE COURT:  Sure.

MR. MORAN:  Let me give the Court a report card of where we are, where I think we start and where we are today.

It was determined that with the Court's help that we would bifurcate everything in front of the Court.  We would

1  look at the FONSI first.  The EPA, the EPA issues first and

2  after resolution of those turn our attention to the navigation

3  permit.

4      The Coast Guard had three requests before we would do the

5  FONSI, they asked to us refresh the environmental assessment

6  and resubmit it that would show the potential change location

7  for the tower off of the Detroit City property.  We did that

8  and I think that is, as I recall Your Honor that had been done

9  just prior to the last hearing.

10         THE COURT:  Right.

11         MR. MORAN:  So we reported to the Court at that time.

12  We haven't heard any objections from Coast Guard about that

13  refreshed EA.  I don't think they have any.

14      Coast Guard also mentioned that they needed to receive

15  approval from two agencies.  One SHIPO because of the concern

16  that perhaps the new tower would change the appearance of the

17  bridge.  And secondly, from the EPA because of the issues we

18  raised to the Court before, that EPA had suggested that if we

19  had not built the plaza in the same location in the same

20  outline that we had first indicated, that perhaps we had to do

21  new hot spot analysis.  The Court is aware of that.

22      I'm happy to report that SHIPO has said everything is

23  fine.  They sent an e-mail to Shelly Sugarman that said that

24  they've taken a look at the impacts were already mitigated

25  through the memorandum of agreement and the preservation

1    agreement which DIBC, Mr. Stamper negotiated with SHIPO in 2008

2    and they say they're happy that their process that they follow

3    called Section 106 of the regulations has been fulfilled and

4    they see no reason for the FONSI not to be issued.

5         The Coast Guard issued a letter just this week on August

6    22nd, Tuesday.

7         MR. MICARELLI:  The EPA.

8         MR. MORAN:  Thank you, I'm sorry, the EPA.  Thank you

9    Carl.  The EPA issued their letter on August 22nd of this week

10   addressed to Shelly Sugarman who is the representative of Coast

11   Guard involved in bridge permits.  And it says that they took a

12   look at this hot spot analysis which was the fine particulates

13   and they find there's no problem with that.

14        We were also happy to receive from Mr. Esposito this

15   morning, a second letter from the coast, from the Environmental

16   Protection Agency that assures that everything else has been

17   covered and so the EPA has no difficulty with anything dealing

18   with the FONSI.  That's all the good news.

19        THE COURT:  Does that mean that a Coast Guard permit

20   can now be issued?

21        MS. PIROPATO:  My understanding is we're not at that

22   point yet.  Among other things there has not been a completed

23   application submitted to the Coast Guard as a matter of first

24   principles here.

25        THE COURT:  Okay, go ahead sir.

1        MR. MORAN:  And that's a bit of the bad news.  We met

2   with the Coast Guard today.  Unfortunately, Ms. Sugarman had

3   other duties out of the city and couldn't attend.  So for Coast

4   Guard we just had Ms. Piropato, who is new to the file, and

5   Mr. Esposito, and not much progress was made.

6        We asked that FONSI be issued because we think we have

7   now done all of the things identified to us and to the Court

8   from the Coast Guard that's necessary for FONSI.  We'd like the

9   FONSI to be issued so we can now turn our attention and the

10  Court's attention to issuance of the navigation permit.

11       THE COURT:  Okay, so what is holding up the FONSI?

12       MS. PIROPATO:  Your Honor, may I approach?

13       THE COURT:  Please, actually it's better if you do.

14       MS. PIROPATO:  I didn't want to crowd onto

15  Mr. Moran's space here.

16       THE COURT:  That's okay, Mr. Moran knows what to do.

17       MS. PIROPATO:  So there's two I think essential

18  things that I first want to quickly go over with respect to the

19  SHIPO letter and with respect to the EPA letter that was just

20  referenced by Mr. Moran.

21       THE COURT:  Right.

22       MS. PIROPATO:  The SHIPO letter was quite clear and

23  this was based on this hypothetical process, Your Honor, that

24  we have been instructed to follow.  That the SHIPO'S view that

25  there wasn't a need to reinitiate consultation.

1          THE COURT:  Right.

2          MS. PIROPATO:  However, they thought it was the

3     responsibility of the Coast Guard to engage in public comment.

4          The EPA expressed the same responsibility of the Coast

5     Guard given that the analysis previously relied on was three

6     years old -- this is in the August 23rd letter on the second

7     page -- to engage in public comment.  So in terms of where we

8     are now, there has not been public comment.  And you can

9     present the FONSI to the public as one in which we recommend

10    the Coast Guard recommends an EA FONSI, but it cannot be a fait

11    accompli.  The public will have their time to comment on

12    whether that's the appropriate mode.  In some instances, the

13    Coast Guard has actually gone to an EIS based on public

14    comment, many times they do not but there is a process and that

15    is the next step.

16         THE COURT:  Is that through the Federal Register?

17         MS. PIROPATO:  Yes, there's a Federal Register

18    notice.

19         THE COURT:  How long will that take to get prepared

20    and submitted to the Federal Register?

21         MS. PIROPATO:  I mean I would have to consult with my

22    client.

23         THE COURT:  Right.  Your client knows me well.

24         MR. ESPOSITO:  Good morning, Your Honor.

25         MS. PIROPATO:  I understand that's the case.

1          THE COURT:  Good morning, how are you today?

2          MR. ESPOSITO:  Oh, wonderful and you I hope?

3          THE COURT:  Just great, nice to see you.

4          MR. ESPOSITO:  Very nice to see you.

5          THE COURT:  He lies well doesn't he?

6          MR. ESPOSITO:  I'm standing at the moment.  I will

7  lie later, lie down later.

8          The process now would be to complete the EA which

9  there's basically reciting the matters we've talked through.

10          THE COURT:  Putting it in nice language.

11          MR. ESPOSITO:  Yes.  So that will take, I don't know

12  how long.  Probably we'll work, that should not take too long.

13          THE COURT:  Right.

14          MR. ESPOSITO:  Then there's a public comment period.

15  There might be a request for a public hearing since there have

16  been some very well attended public hearings on these points.

17  If that happens another couple of months.

18          THE COURT:  Right.

19          MR. ESPOSITO:  And then we would make the decision,

20  FONSI, yes.  Well, the problem is all, we don't have a proposed

21  action and we don't have a major federal action that we're

22  contemplating because we don't have a completed application.

23  And we're asked in the process of going out to the public and

24  saying we propose this hypothetical.  We've been asked to look

25  at an incomplete application.

1          THE COURT:  I've forgotten, remind me what the

2    incomplete nature of the application is?

3          MR. MORAN:  I think Mr. Esposito is falling into the

4    navigation permit, Your Honor, rather than the FONSI and he's

5    had some difficulty.

6          THE COURT:  Yeah, but what he's trying to do is

7    figure out what federal action is.

8          MR. MORAN:  Right.

9          THE COURT:  Without a federal action there is no need

10   for an E or a FONSI or EIS and he doesn't have a full permit

11   for the navigation for what reason?

12         MR. ESPOSITO:  If I may.

13         MR. MORAN:  I wanted to correct one thing on the

14   record, if I could add to the record for just a moment. There

15   have been five public meetings on this already held.  For the

16   record; on March the 1st '07, on May the 24th, '07, on the 6th

17   of December '07, on the 11th of November of '06 and on the 3rd

18   of March of '09.  Public hearings up the ying yang on this very

19   issue.  I don't know why we talk about more comment.

20         THE COURT:  Because the obligation exists under the

21   law to do public comment if it's a major federal action.  I'm

22   not sure that I understand why it's a major federal action, but

23   I'll not argue with you about that this morning.  Seems to me

24   it's a very minor federal action.  But I don't care about that,

25   that's not my problem.  Question, you're saying you don't have

1    an application for a navigation permit?

2              MR. ESPOSITO:  Right.

3              THE COURT:  And without a navigation permit you don't

4    have a public action, a federal action.

5              MR. ESPOSITO:  Correct.

6              THE COURT:  And you don't have an application for a

7    navigation because I've forgotten what the reason is.

8              MR. ESPOSITO:  They lack the ability to build the

9    bridge because they do not own the property that abuts the

10   bridge between the bridge and their ramps.  The City of Detroit

11   owns the river front property.

12             THE COURT:  So we're still stuck with the City of

13   Detroit without a mayor.

14             MR. MORAN:  We're not, Your Honor, for this reason.

15   The City of Detroit knows how to enforce any legal rights they

16   might have.  They've done so in the past.

17        The Coast Guard bridge manual provides that a Coast

18   Guard permit cannot be used and withholding of a Coast Guard

19   permit cannot be used as a secondary means of enforcement for

20   other policies of other agencies and other governments.

21             THE COURT:  Well okay, but the question is can your

22   client submit an application for a navigation permit?  That is

23   the action that the Coast Guard would take that it would say

24   we're doing an EA in connection with this action.

25        Now, I can force the Coast Guard to go through, I use

1   force.  Mr. Esposito is a very gentle gentleman.  But I can get

2   the Coast Guard to put something in the federal register that

3   says we are anticipating a complete application for a

4   navigation permit from the Detroit International Bridge Company

5   and in anticipation of that complete application, they have

6   submitted an EA and the EPA and the SHIPO and we think that's

7   sufficient.  Does anybody have any comment on that?  They can

8   do it that way, but that's not the way it's normally done.

9          MR. MORAN:  We did --

10         THE COURT:  I did cover you Mr. Esposito, did I get

11   the point?

12         MS. PIROPATO:  There's another aspect of it in the

13   terms of you don't want to mislead or confuse the public.

14         THE COURT:  Oh, don't talk about misleading and

15   confusing.  It's Detroit that's the problem, don't talk to me

16   about the public.  If there were people to talk to Detroit, I

17   could say to Detroit get your little self here, but there isn't

18   anybody to talk to.

19         MR. ESPOSITO:  Your Honor, there is one concern if I

20   may.  Well there is one concern and that would be that the last

21   hearing we held which is --  can't believe it was four years

22   ago, was it, my goodness.  Anyway, was attended by 300 people

23   wearing face masks reported in the press massively all focused

24   on the air issue.

25         We need to go back and try to say something like we

1  think we've resolved this, but it isn't final yet because we,

2  you know, we may have to reopen the whole thing if the

3  application comes in in a few years from now we may have to

4  start from scratch.

5        So don't public, we think right now if we had an

6  application then my goodness we would probably be urging a

7  FONSI, what do you think about that?  But we're saying we would

8  have to leave in all sorts of caveats like if the application

9  comes in differently, later or so forth all bets are off.

10       MR. MORAN:  Let me correct one thing, Your Honor,

11 they've had an application from us for several years. We

12 applied for this, they just didn't like it.

13       THE COURT:  I know that, but you need to reapply on

14 today's -- I understand this and your client is pulling his

15 hair out. I know that. I'm trying to help him, but there's only

16 so much I can do.  So talk to me about Detroit.  Detroit is

17 still the problem.

18       MR. MORAN:  Detroit has not been resolved.  We don't

19 think legally it is a problem, Your Honor, because --

20       THE COURT:  Well, I know you don't think legally it's

21 a problem, but Detroit might think it's legally a problem and

22 then it becomes a legal problem for you.

23       MR. MORAN:  That's right.  And Detroit knows how to

24 go to court and they know where to do it.  It would probably be

25 in Detroit where they would be met with the fact that the

1  Michigan Supreme Court in 2008 issued a unanimous opinion and

2  they can't interfere.

3          THE COURT:  Believe me, I'm not talking about the

4  validity of any law suit.  I'm just trying to figure out if

5  there's a way to get this to move forward from this Court and

6  who is the mayor of Detroit these days?

7          MR. MORAN:  Dave Bing, wonderful guy, hard to make a

8  decision on whether to cross the street.  Mr. Stamper is in

9  conversations with the City of Detroit.  They've all been

10 favorable, but at the end of the day it's an unpredictable

11 political future in Detroit.

12         THE COURT:  What is it that we need from Detroit,

13 I've forgotten.  They need to say it's okay if you build your

14 bridge across our park?

15         MR. MORAN:  We need Detroit to say -- let me say

16 this. I don't think we need anything.  But it would be helpful

17 for Detroit to say that the use of a park which has been closed

18 due to massive pollution since, occurring since 1867 will not

19 be effected by a bridge that would pass over a portion of the

20 park at the twelve story level.  There's not a person that

21 could possibly be effected by that.

22         THE COURT:  Well that too is a position of advocacy,

23 because I don't know enough to say whether that's true or not.

24 It would not be true if you had multiples, but you don't.  I

25 think the, I mean the Coast Guard can go ahead, but everything

1    they're doing is conditional and it's all conditional on your

2    being able to actually build the bridge and you can't build the

3    bridge physically, put shovel to dirt until you get the issue

4    resolved with the City of Detroit, right?

5         MR. MORAN:  Or it's our belief that the federal

6    Government through the Secretary of the Interior has retained

7    the authority to grant an easement over this property because

8    of its use as a park.

9         THE COURT:  Well that's, I mean if you -- I can't do

10   that either.  But if you can get the federal easement because

11   of the international needs of the United States for commerce

12   among the North American countries, President seems to be

13   speaking about North America as a separate entity these days,

14   that would be find.  I don't know whether that the Secretary of

15   the Interior is looking at things right now.  It's not exactly

16   the right time in a presidential administration, but maybe

17   nobody cares so they will.

18        MR. MORAN:  I think the important thing for us Your

19   Honor if I can go off the script a little bit.

20        THE COURT:  Oh feel free.  We're off script.

21        MR. MORAN:  In the discussions that Mr. Stamper has

22   with the City of Detroit, the City has so many problems and

23   it's somewhat, there's somewhat a void in direction from time

24   to time.  It would be very helpful to our discussions to say

25   that the issues of compliance with NEPA are resolve city.  The

1  issuance of do we effect navigation are either resolved or

2  patently obvious that we don't effect navigation.  And the only

3  thing that holds us up from progress and creating thousands of

4  jobs in the City of Detroit and spending a half billion dollars

5  is you City of Detroit saying it's okay to go over this

6  contaminated property.  If Mr. Stamper could say that to the

7  City, sure it puts the city in a position to say I'm the last

8  one to speak.  I want something for that.  But it also says you

9  City would be holding up progress in a City which is in near

10 ruin.

11        THE COURT:  I think that we have gotten to the point

12 where on a conditional basis, we've gone as far as we can.  And

13 if you can get the City, if you can tell -- as far as I'm

14 concerned, you can tell the City that the Coast Guard has

15 represented that it's presently willing to go ahead with the

16 federal register notice, that it anticipates issuing a FONSI,

17 does anybody have a problem with that because they think they

18 have to have more public hearings, my God, but they're ready to

19 do that as soon as you can submit a final application.  And so

20 it's all primed.  We have got this primed for you to say to the

21 City of Detroit, you're actually the only thing standing in the

22 way.

23        MR. MORAN:  The only thing I'd change from that, Your

24 Honor, is I'd like to be able to say that at this point the

25 Coast Guard has said they would want to give a period for

1    public comment, not mention hearings and not suggest --

2           THE COURT:  That's fine, I don't care what you say.

3    But the Coast Guard is going to allow for public hearings if

4    there are a lot of people who say they want them.

5           MR. MORAN:  They'll do what they do, but today we

6    don't need to prejudge that.

7           THE COURT:  No, I agree with that, that's fine.

8    Mr. Esposito really hopes there isn't a public hearing again

9    because he'd really like to get this thing done.  He likes you,

10   but he doesn't like me.

11          MR. ESPOSITO:  Oh, to the contrary.

12          MR. MORAN:  Parties argue about him liking me, Your

13   Honor.

14          THE COURT:  In any event, Mr. Esposito will do what

15   he thinks he needs to do.  But we've gotten him to the point

16   where on this record he has said what we need to do, through

17   his counsel or himself, is be able to put a notice in a federal

18   register that we expect to be issuing a FONSI does anybody have

19   a problem?  And then depending on what the responses to that

20   are they'll either immediately issue a FONSI or they'll do some

21   more administrative wall to wall, but that's just process.  The

22   Coast Guard is ready to do that and will do that if it has an

23   application for a navigation permit.  And the only thing

24   holding up the complete application for a navigation permit is

25   whether or not the bridge can go over some slice of an awful

1  little piece of land on the river.

2        MR. MORAN:  Understood.  Could you give me fifteen

3  seconds to confer with Mr. Stamper?

4        THE COURT:  Yes.

5        MS. PIROPATO:  Your Honor, can I say that's correct.

6        MR. MORAN:  Can you hold on one second because I

7  can't listen to you and talk.

8        MS. PIROPATO:  Oh, yes, sure.

9        (Pause.)

10        MS. PIROPATO:  Your Honor, may I approach first very

11  quickly?

12        THE COURT:  Yes.

13        MS. PIROPATO:  I would agree with Your Honor's

14  characterization except I wanted to add one nuance I think is

15  important that Your Honor is aware of.  The City of Detroit has

16  entered into eviction proceedings against the Detroit

17  International Bridge Company with respect to that park.  So it

18  is further complicated by that fact.

19        THE COURT:  Well, I mean all of that depends on the

20  position of the City of Detroit as to whether the bridge can go

21  over this dirty little piece of land.

22        MS. PIROPATO:  Agreed, and I just wanted to make Your

23  Honor aware of that fact.

24        THE COURT:  I mean the politics of Detroit are well

25  beyond my can, but I'm confident that the people who live in

1  Detroit understand it better than I do.  Yes, sir.

2       MR. MORAN:  Your Honor, my colleagues point out that

3  we should, I should advise the Court, remind the Court that we

4  have at one time briefed the issue of the question of whether

5  or not the City's approval is necessary for the permits before

6  the Court and we would like the opportunity to rebrief that

7  with some current information that might help the Court at the

8  same time we will be going forward with the City of Detroit and

9  seeing if we can get it resolved.

10      THE COURT:  So you want to brief something in the

11 order of mandamus where I would decide that the City's approval

12 is not necessary and turn to the Coast Guard and say proceed?

13 That's what you want me to do?

14      MR. MORAN:  That is probably correct.  Whether or not

15 we, I think we get it down that ministerial issue if the Court

16 would be convinced by argument I think we have solid law on our

17 side and facts that would be helpful to the Court.

18      THE COURT:  Okay, do you have an objection to that,

19 ma'am, if you get a brief of that sort?

20      MS. PIROPATO:  I do as an initial matter the city of

21 Detroit is essentially party to such a brief and they're not

22 before this Court, Your Honor.  This is we're talking about

23 property rights that the City of Detroit is claiming interest

24 to.  And for us to be briefing that issue without that

25 essential party I think would be a big mistake.  And that can,

1  as Mr. Moran pointed out, be litigated in the Michigan courts

2  and that's where they should be litigated.

3        THE COURT:  He says they already have a decision from

4  the Supreme Court in his favor.

5        MS. PIROPATO:  Well a district court in Michigan also

6  contradicted that decision for the Michigan Supreme Court, if

7  my understanding is correct.  So there's not a clear path here,

8  Your Honor.  This is a very complicated issue and to basically

9  issue mandamus about what the City of Detroit as they're

10  proposing seems to me --

11        THE COURT:  Well I'm not issuing mandamus to Detroit.

12  It would be mandamus to you.

13        MS. PIROPATO:  To basically order --

14        THE COURT:  To the Coast Guard to Mr. Esposito say

15  Mr. Esposito as much as I like you, I'm going to order you to

16  proceed sir.

17        MS. PIROPATO:  You're ordering them to --

18        THE COURT:  No, I'm not ordering anything.

19        MS. PIROPATO:  What they're proposing, if I'm

20  correct, is that before, what the Coast Guard is asking for at

21  this juncture is a completed application.

22        THE COURT:  Right.

23        MS. PIROPATO:  They're saying that they want to brief

24  whether or not the Coast Guard's decision on that issue is

25  appropriate without the reviewing of final agency action.  And

1   with respect to property, that is really property belonging to

2   the state of Detroit or at least Detroit is claiming that.  So

3   I think there's multiple problems here.

4           THE COURT:  There may be exactly what you say.  Your

5   position may prove to be exactly right.  On the other hand, the

6   question is whether or not the Coast Guard already has a

7   sufficient application to proceed and whether Detroit does or

8   doesn't take the bridge company back to jail to say you can't

9   build this bridge once they show up with a shovel, that's

10  between the City and the International Bridge Company and

11  that's not an issue for the Coast Guard because the Coast Guard

12  shouldn't be -- I mean, you understand how this can go. I don't

13  even want to decide this.  I'm trying valiantly.  The Coast

14  Guard doesn't actually have much of a dog in this fight.

15          MS. PIROPATO:  Your Honor, that's right they want to

16  process this application.

17          THE COURT:  I understand that. Mr. Esposito isn't

18  here digging his heel in and saying by George, you're not going

19  to ever build that bridge.  He's saying, I have my own

20  processes and I'm saying okay, well, we're going to suspend

21  this process for awhile and you're going to keep going which he

22  did.  Now he's gotten to the point where he's got to go public

23  with it and he's saying it's hard to suspend federal action and

24  go public at the same time.

25          I cannot stop the bridge company from filing a brief.

1   You want to file a brief, I will then decide whether I'm going

2   to order a response.  How's that?

3           MR. MORAN:  That would be fair.

4           MS. PIROPATO:  Okay, thank you, Your Honor.

5           THE COURT:  Okay, you can file a brief.  But in the

6   mean time you can go tell the City of Detroit exactly what you

7   wanted which is that there are a lot of jobs, immediate jobs

8   and long term jobs hanging on the City taking action or not

9   take action.  Maybe the City withdrawing its eviction lawsuit

10  and by that agreeing silently that you can proceed, that might

11  be sufficient too.  Inaction might do it for you. Sometimes you

12  have to figure out a way of victory by having somebody not do

13  something rather than  them do something.  I don't know.  I

14  don't know what Detroit's thinking is.  Not my problem.

15          MR. MORAN:  Thank you, Your Honor.

16          THE COURT:  But I hope you figure it out.

17          MR. MORAN:  Thank you.

18          THE COURT:  Thank you.  Now, for the figuring we

19  don't need to see each other immediately.  Why don't we put

20  this down for like ninety days out.  Detroit is such a mess.

21  It's not going to happen anytime soon.  Why don't we put this

22  down for about ninety days out.  If you wish to attend by phone

23  you can.  If you wish to show up personally you can.

24          MR. MORAN:  May I ask the Court's indulgence on one

25  thing?

1           THE COURT:  Yes.

2           MR. MORAN:  To assist, to assist Mr. Stamper in his

3    discussions, if we say we have ninety days City to do

4    something, they'll start looking at it on the 89th and a half

5    day.  Could we still keep a short time and the inconvenience is

6    ours and have the next hearing if it has to be by phone at

7    least we get together by phone in three weeks so we can say

8    what our status is.  We would like to be able to say to the

9    City this is here and this is now you need to address it.  Can

10   we do that?

11          THE COURT:  We can set something by phone for sure in

12   three weeks.  That way Mr. Esposito and Ms. -- is it Pirapeto?

13          MR. MORAN:  Piropato.

14          MS. PIROPATO:  Piropato.

15          THE COURT:  Piropato, excuse me.

16          MS. PIROPATO:  Thank you.

17          THE COURT:  They can get on the telephone and don't

18   even have to come here and you guys can get on the telephone

19   and that way you get your sharp and quick deadline.

20       Ms. White, three weeks.  Do we have a time when we can

21   talk on the telephone in three weeks?

22          THE DEPUTY CLERK:  Yes, Your Honor.

23       Friday, September the 14th at 2 p.m.

24          MS. PIROPATO:  Your Honor, I'm scheduled to do an

25   oral for argument that day.

 1          THE COURT:  Does that mean you can't talk at 2:00 in

 2   the afternoon East Coast time?

 3          MS. PIROPATO:  My hearing is at 9 a.m. Pacific time

 4   and last time it lasted several hours, so I may well be in the

 5   midst of an argument.

 6          THE COURT:  Is Mr. Esposito not qualified to listen

 7   on the phone?

 8          MS. PIROPATO:  I think given the nature of this issue

 9   my client would prefer that I'm on the phone as well.

10          MR. ESPOSITO:  That's correct, Your Honor.

11          MS. PIROPATO:  And that's okay.

12          MR. ESPOSITO:  Given this particular issue.

13          THE COURT:  All right, Ms. White.

14          THE DEPUTY CLERK:  Yes, Your Honor.

15          MS. PIROPATO:  Thank you, Your Honor.

16          THE DEPUTY CLERK:  September the 18th at 11:30?

17          THE COURT:  How does that one work?

18          MS. PIROPATO:  That's fine, Your Honor, thank you.

19          MR. MICARELLI:  Actually the 18th is not good for me.

20   If the 17th is available that would be better.

21          MR. MORAN:  Need it be on a Friday?

22          THE COURT:  Well, I'm in trial.  Am I in trial?

23          THE DEPUTY CLERK:  The previous week you are in

24   motions hearing.

25          MR. MORAN:  I'm actually anticipating, Your Honor,

1  fifteen minutes, anticipating whatever hold.  I'm just trying

2  to get a tooler from Mr. Stamper.  If we could find something

3  in that three week period it would be helpful.

4       THE COURT:  Okay, why don't we pick a time Ms. White.

5  We'll get most people on the phone who can and then we'll if we

6  really have something terribly serious to communicate we'll

7  reschedule.

8       MR. MORAN:  Thank you, Your Honor.

9       THE COURT:  So give us the one that you, that works

10  for Ms. Piropato and for one counsel for the Detroit company.

11       MR. MORAN:  You good the day before Marissa?

12       MS. PIROPATO:  I could do the 17th.

13       THE DEPUTY CLERK:  The 17th is Rosh Hashanah.

14       MR. MORAN:  That's Rosh Hashanah.  If the 18th works

15  for her then the 18th works for the Court.

16       THE COURT:  Okay, the 18th what time?

17       THE DEPUTY CLERK:  How much time, Your Honor?

18       THE COURT:  Half an hour, what time?

19       THE DEPUTY CLERK:  Eleven-thirty.

20       THE COURT:  Okay, 9/18 at 11:30.  If it's going to

21  take more than half an hour or you really want everybody on the

22  phone let us know and we'll reschedule.

23       MR. ESPOSITO:  Thank you, Your Honor.

24       THE COURT:  Thank you, good luck.

25       MR. ESPOSITO:  Thank you, Your Honor.

1          THE COURT:  Oh, yes, thank you Mr. Esposito.

2          MS. PIROPATO:  Thank you.

3          THE COURT:  Thank you Ms. Piropato, nice to see you.

4          (Proceedings concluded @ 12 o'clock p.m.)

5                            -oOo-

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

1      I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the stenographic notes provided to me by the United States District Court, of the proceedings taken on the date and time previously stated in the above matter.

      I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____          _____
/s/Crystal M. Pilgrim, RPR               Date: September 5, 2012

'

'06 [1]   9/17
'07 [3]   9/16 9/16 9/17
'09 [1]   9/18

—

------------------------
 1/8
-oOo [1]   25/5
/
/s/Crystal [1]   26/12
1

10-476 [2]   1/5 3/2
10022 [1]   1/15
106 [1]   5/3
11:30 [3]   1/7 23/16 24/20
11th [1]   9/17
12 [1]   25/4
12225 [1]   1/17
14th [1]   22/23
17th [3]   23/20 24/12
 24/13
18 [1]   24/20
1867 [1]   13/18
18th [5]   23/16 23/19
 24/14 24/15 24/16
1st [1]   9/16
2

20001 [1]   2/4
20004 [1]   1/20
20044 [1]   1/23
2008 [2]   5/1 13/1
2012 [2]   1/6 26/12
2100 [1]   1/22
22nd [2]   5/6 5/9
23rd [1]   7/6
24 [1]   1/6
24th [1]   9/16
2:00 [1]   23/1
2nd [1]   1/22
3

300 [1]   11/22
333 [1]   2/4
3rd [1]   9/17
4

476 [2]   1/5 3/2
48089 [1]   1/18
6

601 [1]   1/20
6th [1]   9/16
8

89th [1]   22/4
9

9/18 [1]   24/20
919 [1]   1/15
A

a.m [2]   1/7 23/3
ability [2]   10/8 26/3
able [4]   14/2 15/24 16/17
 22/8
about [14]   4/12 9/19 9/23
 9/24 11/14 11/16 12/7

12/16 13/3 14/13 16/12
18/22 19/9 21/5 22/2
above [2]   26/3 26/6
abuts [1]   10/9
accompli [1]   7/11
across [1]   13/14
action [18]   3/2 8/21 8/21
 9/19 9/9 9/21 9/22 9/24
 10/4 10/4 10/23 10/24
 19/25 20/23 21/8 21/9
 26/8 26/10
actually [7]   6/13 7/13
 14/2 15/21 20/14 23/19
 23/25
add [2]   9/14 17/14
address [1]   22/9
addressed [1]   5/10
administration [1]   14/16
administrative [1]   16/21
advise [1]   18/3
advocacy [1]   13/22
after [1]   4/2
afternoon [1]   23/2
again [1]   16/8
against [1]   17/16
agencies [2]   4/15 10/20
agency [2]   5/16 19/25
ago [1]   11/22
agree [2]   16/7 17/13
Agreed [1]   17/22
agreeing [1]   21/10
agreement [2]   4/25 5/1
ahead [3]   5/25 13/25
 15/15
aided [1]   2/6
air [1]   11/24
al [2]   1/6 3/3
all [11]   5/18 6/7 8/20
 11/23 12/8 12/9 13/9 14/1
 15/20 17/19 23/13
allow [1]   16/3
already [4]   4/24 9/15
 19/3 20/6
also [4]   4/14 5/14 15/8
 19/5
am [3]   23/22 26/7 26/9
America [1]   14/13
American [1]   14/12
among [2]   5/22 14/12
analysis [3]   4/21 5/12
 7/5
another [2]   8/17 11/12
answer [1]   3/15
anticipates [1]   15/16
anticipating [3]   11/3
 23/25 24/1
anticipation [1]   11/5
any [7]   4/12 4/13 10/15
 11/7 13/4 16/14 26/8
anybody [4]   11/7 11/18
 15/17 16/18
anything [3]   5/17 13/16
 19/18
anytime [1]   21/21
Anyway [1]   11/22
apologize [1]   3/9
appearance [1]   4/16
APPEARANCES [2]   1/13 2/1
application [19]   5/23
 8/22 8/25 9/2 10/1 10/6
 10/22 11/3 11/5 12/3 12/6

12/8 12/11 15/19 16/23
16/24 19/21 20/7 20/16
applied [1]   12/12
approach [2]   6/12 17/10
appropriate [2]   7/12
 19/25
approval [3]   4/15 18/5
 18/11
are [14]   3/13 3/23 3/23
 7/8 8/1 11/3 12/9 14/25
 15/1 16/4 16/20 17/24
 21/7 23/23
argue [2]   9/23 16/12
argument [3]   18/16 22/25
 23/5
as [19]   4/8 5/23 7/9
 10/19 14/8 14/13 15/12
 15/12 15/13 15/13 15/19
 15/19 17/20 18/20 19/1
 19/9 19/15 19/15 23/9
ask [1]   21/24
asked [4]   4/5 6/6 8/23
 8/24
asking [1]   19/20
aspect [1]   11/12
assessment [1]   4/5
assist [2]   22/2 22/2
assures [1]   5/16
attend [2]   6/3 21/22
attended [2]   8/16 11/22
attention [3]   4/2 6/9
 6/10
August [4]   1/6 5/5 5/9
 7/6
authority [1]   14/7
available [1]   23/20
Avenue [2]   1/15 2/4
aware [3]   4/21 17/15
 17/23
awful [1]   16/25
awhile [1]   20/21
B

back [2]   11/25 20/8
bad [1]   6/1
based [2]   6/23 7/13
basically [3]   8/9 19/8
 19/13
basis [1]   15/12
be [43]
because [16]   4/15 4/17
 6/6 8/22 9/20 10/7 10/9
 12/1 12/19 13/23 14/7
 14/10 15/17 16/9 17/6
 20/11
becomes [1]   12/22
been [12]   4/8 5/3 5/16
 5/22 6/24 7/8 8/16 8/24
 9/15 12/18 13/9 13/17
before [7]   1/10 4/4 4/18
 18/5 18/22 19/20 24/11
being [2]   3/11 14/2
belief [1]   14/5
believe [2]   11/21 13/3
belonging [1]   20/1
best [1]   26/3
bets [1]   12/9
better [3]   6/13 18/1
 23/20
between [2]   10/10 20/10
beyond [1]   17/25

**B**

bifurcate [1]   3/25
big [1]   18/25
billion [1]   15/4
Bing [1]   13/7
bit [2]   6/1 14/19
bridge [21]   1/3 3/3 4/17
  5/11 10/9 10/10 10/10
  10/17 11/4 13/14 13/19
  14/2 14/3 16/25 17/17
  17/20 20/8 20/9 20/10
  20/19 20/25
brief [7]   18/10 18/19
  18/21 19/23 20/25 21/1
  21/5
briefed [1]   18/4
briefing [1]   18/24
build [6]   10/8 13/13 14/2
  14/2 20/9 20/19
built [1]   4/19

**C**

CA [1]   1/5
called [1]   5/3
can [36]
can't [7]   11/21 13/2 14/2
  14/9 17/7 20/8 23/1
CANADA [2]   1/6 3/3
cannot [4]   7/10 10/18
  10/19 20/25
card [1]   3/22
care [2]   9/24 16/2
cares [1]   14/17
CARL [3]   1/14 3/4 5/9
case [1]   7/25
caveats [1]   12/8
CENTRA [1]   1/17
CERTIFICATE [1]   26/1
certify [2]   26/2 26/7
change [3]   4/6 4/16 15/23
characterization [1]
  17/14
city [31]
City's [2]   18/5 18/11
Civil [1]   3/2
claiming [2]   18/23 20/2
clear [2]   6/22 19/7
client [5]   7/22 7/23
  10/22 12/14 23/9
closed [1]   13/17
coast [37]
colleagues [1]   18/2
COLLYER [1]   1/10
COLUMBIA [2]   1/1 2/3
come [1]   22/18
comes [2]   12/3 12/9
comment [10]   7/3 7/7 7/8
  7/11 7/14 8/14 9/19 9/21
  11/7 16/1
commerce [1]   14/11
communicate [1]   24/6
company [8]   1/3 3/3 11/4
  17/17 20/8 20/10 20/25
  24/10
complete [4]   8/8 11/3
  11/5 16/24
completed [3]   5/22 8/22
  19/21
compliance [1]   14/25
complicated [2]   17/18

computer [1]   2/6
computer-aided [1]   2/6
concern [3]   4/15 11/19
  11/20
concerned [1]   15/14
concluded [1]   25/4
conditional [3]   14/1 14/1
  15/12
confer [1]   17/3
CONFERENCE [1]   1/10
confident [1]   17/25
confuse [1]   11/13
confusing [1]   11/15
connection [1]   10/24
Constitution [1]   2/4
consult [1]   7/21
consultation [1]   6/25
contaminated [1]   15/6
contemplating [1]   8/22
Continued [1]   2/1
contradicted [1]   19/6
contrary [1]   16/11
conversations [1]   13/9
convinced [1]   18/16
correct [9]   9/13 10/5
  12/10 17/5 18/14 19/7
  19/20 23/10 26/2
could [8]   9/14 11/17
  13/21 15/6 17/2 22/5 24/2
  24/12
couldn't [1]   6/3
counsel [3]   16/17 24/10
  26/7
countries [1]   14/12
couple [1]   8/17
court [26]   1/1 2/2 2/2
  2/3 3/20 3/22 3/25 4/11
  4/18 4/21 6/7 12/24 13/1
  13/5 18/3 18/3 18/6 18/7
  18/15 18/17 18/22 19/4
  19/5 19/6 24/15 26/5
Court's [3]   3/24 6/10
  21/24
courts [1]   19/1
cover [1]   11/10
covered [1]   5/17
creating [1]   15/3
cross [1]   13/8
crowd [1]   6/14
CRYSTAL [2]   2/2 26/12
current [1]   18/7

**D**

D.C [1]   1/6
date [2]   26/5 26/12
Dave [1]   13/7
day [4]   13/10 22/5 22/25
  24/11
days [5]   13/6 14/13 21/20
  21/22 22/3
DC [3]   1/20 1/23 2/4
deadline [1]   22/19
dealing [1]   5/17
Debevoise [1]   1/14
December [1]   9/17
decide [3]   18/11 20/13
  21/1
decision [5]   8/19 13/8
  19/3 19/6 19/24
Defendants [2]   1/7 1/19

defense [1]   3/5
Department [2]   1/19 1/22
depending [1]   16/19
depends [1]   17/19
determined [1]   3/24
DETROIT [43]
Detroit's [1]   21/14
DIBC [1]   5/1
did [5]   4/7 11/9 11/10
  11/10 20/22
didn't [2]   6/14 12/12
differently [1]   12/9
difficulty [2]   5/17 9/5
digging [1]   20/18
direction [1]   14/23
dirt [1]   14/3
dirty [1]   17/21
discussions [3]   14/21
  14/24 22/3
district [7]   1/1 1/1 1/11
  2/3 2/3 19/5 26/5
do [35]
Docket [1]   1/5
does [7]   5/19 11/7 15/17
  16/18 20/7 23/1 23/17
doesn't [6]   3/9 8/5 9/10
  16/10 20/8 20/14
dog [1]   20/14
doing [4]   3/13 3/14 10/24
  14/1
dollars [1]   15/4
don't [31]
done [5]   4/8 6/7 10/16
  11/8 16/9
down [4]   8/7 18/15 21/20
  21/22
due [1]   13/18
duties [1]   6/3

**E**

e-mail [1]   4/23
EA [5]   4/13 7/10 8/8
  10/24 11/6
each [1]   21/19
easement [2]   14/7 14/10
East [1]   23/2
effect [2]   15/1 15/2
effected [2]   13/19 13/21
EIS [2]   7/13 9/10
either [3]   14/10 15/1
  16/20
Eleven [1]   24/19
Eleven-thirty [1]   24/19
else [1]   5/16
employed [1]   26/8
end [1]   13/10
enforce [1]   10/15
enforcement [1]   10/19
engage [2]   7/3 7/7
enough [2]   3/9 13/23
entered [1]   17/16
entity [1]   14/13
environmental [2]   4/5
  5/15
EPA [11]   4/1 4/1 4/17
  4/18 5/7 5/8 5/9 5/17
  6/19 7/4 11/6
ESPOSITO [14]   1/21 5/14
  6/5 9/3 11/1 11/10 16/8
  16/14 19/14 19/15 20/17
  22/12 23/6 25/1

**E**

Esquire [4]   1/14 1/16
 1/19 1/21
essential [2]   6/17 18/25
essentially [1]   18/21
et [2]   1/6 3/3
even [3]   3/11 20/13 22/18
event [1]   16/14
ever [1]   20/19
everybody [1]   24/21
everything [5]   3/10 3/25
 4/22 5/16 13/25
eviction [2]   17/16 21/9
exactly [4]   14/15 20/4
 20/5 21/6
except [1]   17/14
excuse [1]   22/15
exists [1]   9/20
expect [1]   16/18
explain [1]   3/12
explanation [1]   3/20
expressed [1]   7/4

**F**

face [1]   11/23
fact [3]   12/25 17/18
 17/23
facts [1]   18/17
fair [1]   21/3
fait [1]   7/10
falling [1]   9/3
far [2]   15/12 15/13
favor [1]   19/4
favorable [1]   13/10
federal [16]   7/16 7/17
 7/20 8/21 9/7 9/9 9/21
 9/22 9/24 10/4 11/2 14/5
 14/10 15/16 16/17 20/23
feel [1]   14/20
few [1]   12/3
fifteen [2]   17/2 24/1
fight [1]   20/14
figure [4]   9/7 13/4 21/12
 21/16
figuring [1]   21/18
file [3]   6/4 21/1 21/5
filing [1]   20/25
final [3]   12/1 15/19
 19/25
financially [1]   26/9
find [3]   5/13 14/14 24/2
fine [5]   4/23 5/12 16/2
 16/7 23/18
first [6]   4/1 4/1 4/20
 5/23 6/18 17/10
five [1]   9/15
floor [1]   3/19
focused [1]   11/23
follow [2]   5/2 6/24
FONSI [17]   4/1 4/5 5/4
 5/18 6/6 6/8 6/9 6/11 7/9
 7/10 8/20 9/4 9/10 12/7
 15/16 16/18 16/20
force [2]   10/25 11/1
foregoing [1]   26/2
forgotten [3]   9/1 10/7
 13/13
formal [1]   3/9
forth [1]   12/9
forward [2]   13/5 18/8

four [1]   11/21
FRANCIS [1]   1/21
free [1]   14/20
Friday [3]   1/6 22/23
 23/21
front [2]   3/25 10/11
fulfilled [1]   5/3
full [1]   9/10
further [3]   17/18 26/7
 26/9
future [1]   13/11

**G**

gentle [1]   11/1
gentleman [1]   11/1
George [1]   20/18
get [18]   7/19 11/1 11/10
 11/17 13/5 14/3 14/10
 15/13 16/9 18/9 18/15
 18/19 22/7 22/17 22/18
 22/19 24/2 24/5
give [6]   3/11 3/20 3/22
 15/25 17/2 24/9
given [3]   7/5 23/8 23/12
go [15]   5/25 6/18 10/25
 11/25 12/24 13/25 14/19
 15/5 15/15 16/25 17/20
 20/12 20/22 20/24 21/6
God [1]   15/18
going [11]   8/23 16/3 18/8
 19/15 20/18 20/20 20/21
 20/21 21/1 21/21 24/20
gone [2]   7/13 15/12
good [9]   3/7 3/8 3/15
 5/18 7/24 8/1 23/19 24/11
 24/24
goodness [2]   11/22 12/6
got [2]   15/20 20/22
gotten [3]   15/11 16/15
 20/22
GOVERNMENT [3]   1/6 3/3
 14/6
governments [1]   10/20
grant [1]   14/7
great [1]   8/3
Guantanamo [1]   3/10
Guard [34]
Guard's [1]   19/24
guy [1]   13/7
guys [2]   3/6 22/18

**H**

had [12]   4/4 4/8 4/18
 4/19 4/20 4/20 6/2 6/4
 9/5 12/5 12/11 13/24
hair [1]   12/15
half [4]   15/4 22/4 24/18
 24/21
hand [2]   3/12 20/5
hanging [1]   21/8
happen [1]   21/21
happens [1]   8/17
happy [3]   4/22 5/2 5/14
hard [2]   13/7 20/23
has [19]   4/22 5/3 5/16
 5/17 5/22 7/8 7/13 12/18
 13/17 14/6 14/21 14/22
 15/14 15/25 16/16 16/22
 17/15 20/6 22/6
Hashanah [2]   24/13 24/14
have [38]

haven't [1]   4/12
having [1]   21/12
**H**

he [10]   8/5 8/5 9/10 16/9
 16/10 16/15 16/15 16/16
 19/3 20/21
he'd [1]   16/9
he's [6]   9/4 9/6 20/19
 20/22 20/22 20/23
heard [1]   4/12
hearing [9]   3/10 4/9 8/15
 11/21 16/8 22/6 23/3
 23/24 26/9
hearings [5]   8/16 9/18
 15/18 16/1 16/3
heel [1]   20/18
held [2]   9/15 11/21
help [3]   3/24 12/15 18/7
helpful [4]   13/16 14/24
 18/17 24/3
her [1]   24/15
here [8]   5/24 6/15 11/17
 19/7 20/3 20/18 22/9
 22/18
Hey [1]   3/6
him [3]   12/15 16/12 16/15
himself [1]   16/17
his [5]   12/14 16/17 19/4
 20/18 22/2
hold [2]   17/6 24/1
holding [3]   6/11 15/9
 16/24
holds [1]   15/3
Homeland [1]   1/22
Honor [35]
Honor's [2]   3/19 17/13
HONORABLE [1]   1/10
hope [2]   8/2 21/16
hopes [1]   16/8
hot [2]   4/21 5/12
hour [2]   24/18 24/21
hours [1]   23/4
how [9]   3/13 7/19 8/1
 8/12 10/15 12/23 20/12
 23/17 24/17
How's [1]   21/2
However [1]   7/2
hypothetical [2]   6/23
 8/24

**I**

I'd [2]   15/23 15/24
I'll [1]   9/23
I'm [22]   4/22 5/8 8/6
 9/21 12/15 13/3 13/4 15/7
 15/13 17/25 19/11 19/15
 19/18 19/19 20/13 20/20
 21/1 22/24 23/9 23/22
 23/25 24/1
I've [3]   9/1 10/7 13/13
identified [1]   6/7
immediate [1]   21/7
immediately [2]   16/20
 21/19
impacts [1]   4/24
important [2]   14/18 17/15
Inaction [1]   21/11
INC [1]   1/17
incomplete [2]   8/25 9/2
inconvenience [1]   22/5
indicated [1]   4/20
indulgence [1]   21/24

**I**

information [1]   18/7
initial [1]   18/20
instances [1]   7/12
instructed [1]   6/24
interest [1]   18/23
interested [1]   26/10
interfere [1]   13/2
Interior [2]   14/6 14/15
international [6]   1/3 3/3
 11/4 14/11 17/17 20/10
involved [1]   5/11
is [73]
isn't [4]   11/17 12/1 16/8
 20/17
issuance [2]   6/10 15/1
issue [13]   9/19 11/24
 14/3 16/20 18/4 18/15
 18/24 19/8 19/9 19/24
 20/11 23/8 23/12
issued [7]   5/4 5/5 5/9
 5/20 6/6 6/9 13/1
issues [3]   4/1 4/17 14/25
issuing [3]   15/16 16/18
 19/11
it [40]
it's [20]   6/13 9/21 9/22
 9/24 11/8 11/15 12/20
 12/21 13/10 13/13 14/1
 14/5 14/15 14/23 15/5
 15/15 15/20 20/23 21/21
 24/20
its [2]   14/8 21/9

**J**

jail [1]   20/8
jobs [4]   15/4 21/7 21/7
 21/8
JUDGE [1]   1/11
juncture [1]   19/21
just [11]   4/9 5/5 6/4
 6/19 8/3 9/14 12/12 13/4
 16/21 17/22 24/1
Justice [1]   1/19

**K**

keep [2]   20/21 22/5
know [12]   8/11 9/19 12/2
 12/13 12/15 12/20 12/24
 13/23 14/14 21/13 21/14
 24/22
knows [4]   6/16 7/23 10/15
 12/23

**L**

lack [1]   10/8
land [2]   17/1 17/21
language [1]   8/10
last [4]   4/9 11/20 15/7
 23/4
lasted [1]   23/4
late [1]   3/12
later [3]   8/7 8/7 12/9
law [3]   9/21 13/4 18/16
lawsuit [1]   21/9
least [2]   20/2 22/7
leave [1]   12/8
legal [2]   10/15 12/22
legally [3]   12/19 12/20
 12/21
let [24]   3/22 12/10 13/15

24/22
letter [7]   3/5 5/9 5/15
 6/19 6/19 6/22 7/6
level [1]   13/20
lie [2]   8/7 8/7
lies [1]   8/5
like [11]   6/8 11/25 12/8
 12/12 15/24 16/9 16/10
 18/6 19/15 21/20 22/8
likes [1]   16/9
liking [1]   16/12
listen [2]   17/7 23/6
litigated [2]   19/1 19/2
little [4]   11/17 14/19
 17/1 17/21
live [1]   17/25
LLP [1]   1/14
location [2]   4/6 4/19
locked [1]   3/11
long [4]   7/19 8/12 8/12
 21/8
look [4]   4/1 4/24 5/12
 8/24
looking [2]   14/15 22/4
lot [2]   16/4 21/7
luck [1]   24/24

**M**

ma'am [1]   18/19
machine [1]   2/6
made [1]   6/5
mail [1]   4/23
major [3]   8/21 9/21 9/22
make [3]   8/19 13/7 17/22
mandamus [4]   18/11 19/9
 19/11 19/12
manual [1]   10/17
many [2]   7/14 14/22
March [2]   9/16 9/18
MARISSA [3]   1/19 3/5
 24/11
masks [1]   11/23
massive [1]   13/18
massively [1]   11/23
matter [3]   5/23 18/20
 26/6
matters [1]   8/9
may [11]   6/12 9/12 9/16
 11/20 12/2 12/3 17/10
 20/4 20/5 21/24 23/4
maybe [2]   14/16 21/9
mayor [2]   10/13 13/6
me [17]   3/22 7/23 9/1
 9/23 11/15 12/10 12/16
 13/3 13/15 16/10 16/12
 17/2 18/13 19/10 22/15
 23/19 26/4
mean [9]   5/19 7/21 13/25
 14/9 17/19 17/24 20/12
 21/6 23/1
means [1]   10/19
meeting [1]   3/16
meetings [1]   9/15
memorandum [1]   4/25
mention [1]   16/1
mentioned [1]   4/14
mess [1]   21/20
met [2]   6/1 12/25
MI [1]   1/18
MICARELLI [2]   1/14 3/4
Michigan [4]   13/1 19/1

19/5 19/6
middle [1]   3/10
midst [1]   23/5
might [6]   8/15 10/16
 12/21 18/7 21/10 21/11
ministerial [1]   18/15
minor [1]   9/24
minutes [1]   24/1
mislead [1]   11/13
misleading [1]   11/14
mistake [1]   18/25
mitigated [1]   4/24
mode [1]   7/12
moment [2]   8/6 9/14
months [1]   8/17
MORAN [9]   1/16 3/4 3/17
 3/19 6/16 6/20 19/1 24/11
 24/14
Moran's [1]   6/15
more [4]   9/19 15/18 16/21
 24/21
morning [7]   3/7 3/8 3/17
 5/15 7/24 8/1 9/23
most [1]   24/5
motions [1]   23/24
move [1]   13/5
Mr [4]   6/20 24/11 24/14
 25/1
Mr. [25]   3/17 3/17 3/19
 5/1 5/14 6/5 6/15 6/16
 9/3 11/1 11/10 13/8 14/21
 15/6 16/8 16/14 17/3 19/1
 19/14 19/15 20/17 22/2
 22/12 23/6 24/2
Mr. Esposito [12]   5/14
 6/5 9/3 11/1 11/10 16/8
 16/14 19/14 19/15 20/17
 22/12 23/6
Mr. Moran [4]   3/17 3/19
 6/16 19/1
Mr. Moran's [1]   6/15
Mr. Stamper [8]   3/17 5/1
 13/8 14/21 15/6 17/3 22/2
 24/2
Ms [2]   22/12 25/3
Ms. [6]   6/2 6/4 22/20
 23/13 24/4 24/10
Ms. Piropato [2]   6/4
 24/10
Ms. Sugarman [1]   6/2
Ms. White [3]   22/20 23/13
 24/4
much [5]   6/5 12/16 19/15
 20/14 24/17
multiple [1]   20/3
multiples [1]   13/24
my [14]   5/21 7/21 9/25
 11/22 12/6 15/18 17/25
 18/2 19/7 20/19 21/14
 23/3 23/9 26/3

**N**

nature [2]   9/2 23/8
navigation [13]   4/2 6/10
 9/4 9/11 10/1 10/3 10/7
 10/22 11/4 15/1 15/2
 16/23 16/24
near [1]   15/9
necessary [3]   6/8 18/5
 18/12
need [13]   6/25 9/9 11/25

**N**

need... [10]   12/13 13/12
13/13 13/15 13/16 16/6
16/16 21/19 22/9 23/21
needed [1]   4/14
needs [2]   14/11 16/15
negotiated [1]   5/1
neither [1]   26/7
NEPA [1]   14/25
new [4]   1/15 4/16 4/21
6/4
news [2]   5/18 6/1
next [1]   7/15 22/6
nice [4]   8/3 8/4 8/10
25/3
ninety [3]   21/20 21/22
22/3
no [7]   1/5 5/4 5/13 5/17
9/9 16/7 19/18
nobody [1]   14/17
normally [1]   11/8
North [2]   14/12 14/13
not [42]
notes [1]   26/4
notice [3]   7/18 15/16
16/17
November [1]   9/17
now [12]   5/20 6/7 6/9 7/8
8/8 10/25 12/3 12/5 14/15
20/22 21/18 22/9
nuance [1]   17/14
NW [2]   1/20 2/4
NY [1]   1/15

**O**

o'clock [1]   25/4
objection [1]   18/18
objections [1]   4/12
obligation [1]   9/20
obvious [1]   15/2
occurring [1]   13/18
off [4]   4/7 12/9 14/19
14/20
official [1]   2/2
Oh [6]   8/2 11/14 14/20
16/11 17/8 25/1
okay [14]   5/25 6/11 6/16
10/21 13/13 15/5 18/18
20/20 21/4 21/5 23/11
24/4 24/16 24/20
old [1]   7/6
once [1]   20/9
one [14]   4/15 7/9 9/13
11/19 11/20 12/10 15/8
17/6 17/14 18/4 21/24
23/17 24/9 24/10
only [5]   12/15 15/2 15/21
15/23 16/23
oOo [1]   25/5
opinion [1]   13/1
opportunity [1]   18/6
oral [1]   22/25
order [4]   18/11 19/13
19/15 21/2
ordering [2]   19/17 19/18
other [7]   5/22 6/3 10/20
10/20 10/20 20/5 21/19
otherwise [1]   26/10
our [7]   4/2 6/9 13/14
14/5 14/24 18/16 22/8

ours [1]   22/6
out [6]   6/3 8/25 9/7
12/15 13/4 18/2 19/1
21/12 21/16 21/20 21/22
outcome [1]   26/10
outline [1]   4/20
over [7]   3/19 6/18 13/19
14/7 15/5 16/25 17/21
own [2]   10/9 20/19
owns [1]   10/11

**P**

P-R-O-C-E-E-D-I-N-G-S [1]
3/1
p.m [2]   22/23 25/4
Pacific [1]   23/3
page [1]   7/7
pages [1]   26/3
park [5]   13/14 13/17
13/20 14/8 17/17
particular [1]   23/12
particulates [1]   5/12
parties [2]   16/12 26/8
party [2]   18/21 18/25
pass [1]   13/19
past [1]   10/16
patently [1]   15/2
path [1]   19/7
PATRICK [2]   1/16 3/4
Pause [1]   17/9
people [5]   11/16 11/22
16/4 17/25 24/5
perhaps [2]   4/16 4/20
period [3]   8/14 15/25
24/3
permission [1]   3/19
permit [13]   4/3 5/19 6/10
9/4 9/10 10/1 10/3 10/18
10/19 10/22 11/4 16/23
16/24
permits [2]   5/11 18/5
person [1]   13/20
personally [1]   21/23
phone [8]   21/22 22/6 22/7
22/11 23/7 23/9 24/5
24/22
physically [1]   14/3
pick [1]   24/4
piece [2]   17/1 17/21
PILGRIM [2]   2/2 26/12
Pirapeto [1]   22/12
PIROPATO [8]   1/19 3/5 6/4
22/13 22/14 22/15 24/10
25/3
Plaintiff [2]   1/4 1/14
plaintiffs [1]   3/4
plaza [1]   4/19
Please [1]   6/13
Plimpton [1]   1/14
point [7]   5/22 11/11
15/11 15/24 16/15 18/2
20/22
pointed [1]   19/1
points [1]   8/16
policies [1]   10/20
political [1]   13/11
politics [1]   17/24
pollution [1]   13/18
portion [1]   13/19
position [4]   13/22 15/7
17/20 20/5

possibly [1]   13/21
potential [1]   4/6
prefer [1]   23/9
prejudge [1]   16/6
prepared [1]   7/19
present [1]   7/9
presently [1]   15/15
preservation [1]   4/25
President [1]   14/12
presidential [1]   14/16
press [1]   11/23
previous [1]   23/23
previously [2]   7/5 26/6
primed [2]   15/20 15/20
principles [1]   5/24
prior [1]   4/9
probably [4]   8/12 12/6
12/24 18/14
problem [12]   5/13 8/20
9/25 11/15 12/17 12/19
12/21 12/21 12/22 15/17
16/19 21/14
problems [2]   14/22 20/3
proceed [4]   18/12 19/16
20/7 21/10
proceedings [4]   2/6 17/16
25/4 26/5
process [8]   5/2 6/23 7/14
8/8 8/23 16/21 20/16
20/21
processes [1]   20/20
produced [1]   2/6
progress [3]   6/5 15/3
15/9
property [8]   4/7 10/9
10/11 14/7 15/6 18/23
20/1 20/1
propose [1]   8/24
proposed [1]   8/20
proposing [2]   19/10 19/19
Protection [1]   5/16
prove [1]   20/5
provided [1]   26/4
provides [1]   10/17
public [23]   7/3 7/7 7/8
7/9 7/11 7/13 8/14 8/15
8/16 8/23 9/15 9/18 9/21
10/4 11/13 11/16 12/5
15/18 16/1 16/3 16/8
20/22 20/24
pulling [1]   12/14
put [5]   11/2 14/3 16/17
21/19 21/21
puts [1]   15/7
Putting [1]   8/10

**Q**

qualified [1]   23/6
question [4]   9/25 10/21
18/4 20/6
quick [1]   22/19
quickly [2]   6/18 17/11
quite [1]   6/22

**R**

raised [1]   4/18
ramps [1]   10/10
rather [2]   9/4 21/13
ready [2]   15/18 16/22
really [5]   16/8 16/9 20/1
24/6 24/21

**R**   Case 1:10-cv-00476-RMC   saying [9]   8/24 9/25 12/7 15/9 19/25 20/18 20/19 | Stamper [8]   3/17 5/1 13/8 14/24 15/8 17/3 22/2 24/2

reapply [1]   12/13
reason [4]   5/4 9/11 10/7 10/14
rebrief [1]   18/6
recall [1]   4/8
receive [2]   4/14 5/14
reciting [1]   8/9
recommend [1]   7/9
recommends [1]   7/10
record [4]   9/14 9/14 9/16 16/16
recorded [1]   2/6
referenced [1]   6/20
refresh [1]   4/5
refreshed [1]   4/13
register [6]   7/16 7/17 7/20 11/2 15/16 16/18
regulations [1]   5/3
reinitiate [1]   6/25
related [1]   26/7
relied [1]   7/5
remind [2]   9/1 18/3
reopen [1]   12/2
report [2]   3/22 4/22
reported [2]   4/11 11/23
Reporter [2]   2/2 2/2
representative [1]   5/10
represented [1]   15/15
request [1]   8/15
requests [1]   4/4
reschedule [2]   24/7 24/22
resolution [1]   4/2
resolve [1]   14/25
resolved [5]   12/1 12/18 14/4 15/1 18/9
respect [4]   6/18 6/19 17/17 20/1
response [1]   21/2
responses [1]   16/19
responsibility [2]   7/3 7/4
resubmit [1]   4/6
retained [1]   14/6
reviewing [1]   19/25
right [18]   3/15 4/10 6/21 7/1 7/23 8/13 8/18 9/8 10/2 12/5 12/23 14/4 14/15 14/16 19/22 20/5 20/15 23/13
rights [2]   10/15 18/23
river [2]   10/11 17/1
Road [1]   1/17
ROSEMARY [1]   1/10
Rosh [2]   24/13 24/14
RPR [2]   2/2 26/12
ruin [1]   15/10
running [1]   3/12

**S**

said [4]   4/22 4/23 15/25 16/16
same [5]   4/19 4/19 7/4 18/8 20/24
say [24]   5/2 10/23 11/17 11/25 13/13 13/15 13/15 13/17 13/23 14/24 15/6 15/7 15/20 15/24 16/2 16/4 17/5 18/12 19/14 20/4 20/8 22/3 22/7 22/8

20/20 20/23
says [4]   5/11 11/3 15/8 19/3
scheduled [1]   22/24
scratch [1]   12/4
script [2]   14/19 14/20
second [3]   5/15 7/6 17/6
secondary [1]   10/19
secondly [1]   4/17
seconds [1]   17/3
Secretary [2]   14/6 14/14
Section [1]   5/3
Security [1]   1/22
see [5]   5/4 8/3 8/4 21/19 25/3
seeing [1]   18/9
seems [3]   9/23 14/12 19/10
self [1]   11/17
sent [1]   4/23
separate [1]   14/13
September [3]   22/23 23/16 26/12
serious [1]   24/6
set [1]   22/11
several [2]   12/11 23/4
sharp [1]   22/19
Shelly [2]   4/23 5/10
SHIPO [6]   4/15 4/22 5/1 6/19 6/22 11/6
SHIPO'S [1]   6/24
short [1]   22/5
shorthand [1]   2/6
should [4]   8/12 18/3 18/3 19/2
shouldn't [1]   20/12
shovel [2]   14/3 20/9
show [3]   4/6 20/9 21/23
side [1]   18/17
silently [1]   21/10
since [4]   3/18 8/15 13/18 13/18
sir [3]   5/25 18/1 19/16
slice [1]   16/25
so [25]   3/11 4/11 5/17 6/3 6/9 6/11 6/17 7/7 8/11 10/12 10/16 12/5 12/9 12/16 12/16 14/17 14/22 15/19 17/17 18/10 19/7 20/2 22/7 23/4 24/9
solid [1]   18/16
some [6]   7/12 8/16 9/5 16/20 16/25 18/7
somebody [1]   21/12
something [10]   11/2 11/25 15/8 18/10 21/13 21/13 22/4 22/11 24/2 24/6
Sometimes [1]   21/11
somewhat [2]   14/23 14/23
soon [2]   15/19 21/21
sorry [1]   5/8
sort [1]   18/19
sorts [1]   12/8
sound [1]   3/9
space [1]   6/15
speak [1]   15/8
speaking [1]   14/13
spending [1]   15/4
spot [2]   4/21 5/12

standing [2]   8/6 15/21
start [3]   3/23 12/4 22/4
state [1]   20/2
stated [1]   26/6
STATES [5]   1/1 1/11 2/3 14/11 26/4
status [2]   1/10 22/8
stenographic [1]   26/4
step [1]   7/15
Stephens [1]   1/17
still [3]   10/12 12/17 22/5
stop [1]   20/25
story [1]   13/20
street [3]   1/20 1/22 13/8
stuck [1]   10/12
submit [2]   10/22 15/19
submitted [3]   5/23 7/20 11/6
such [2]   18/21 21/20
sufficient [3]   11/7 20/7 21/11
Sugarman [3]   4/23 5/10 6/2
suggest [1]   16/1
suggested [1]   4/18
suit [1]   13/4
Supreme [3]   13/1 19/4 19/6
sure [5]   3/21 9/22 15/7 17/8 22/11
suspend [2]   20/20 20/23
SW [1]   1/22

**T**

take [7]   7/19 8/11 8/12 10/23 20/8 21/9 24/21
taken [3]   4/24 26/5 26/9
taking [1]   21/8
talk [9]   9/19 11/14 11/15 11/16 11/18 12/16 17/7 22/21 23/1
talked [1]   8/9
talking [2]   13/3 18/22
telephone [3]   22/17 22/18 22/21
tell [3]   15/13 15/14 21/6
term [1]   21/8
terms [2]   7/7 11/13
terribly [1]   24/6
than [4]   9/4 18/1 21/13 24/21
thank [16]   5/8 5/8 21/4 21/15 21/17 21/18 22/16 23/15 23/18 24/8 24/23 24/24 24/25 25/1 25/2 25/3
that [138]
that's [26]   5/18 6/1 6/8 6/16 7/12 7/25 9/25 11/6 11/8 11/15 12/23 13/23 14/9 16/2 16/7 16/21 17/5 18/13 19/2 20/9 20/11 20/15 23/10 23/11 23/18 24/14
their [4]   5/2 5/9 7/11 10/10
them [3]   16/4 19/17 21/13
then [8]   8/14 8/19 12/6

## T

then... [5]   12/22 16/19
 21/1 24/5 24/15
there [18]   3/16 3/18 5/22
 6/25 7/8 7/14 8/15 8/15
 9/9 9/14 11/16 11/17
 11/19 11/20 16/4 16/8
 20/4 21/7
there's [12]   5/13 6/17
 7/17 8/9 8/14 11/12 12/15
 13/5 13/20 14/23 19/7
 20/3
these [3]   8/16 13/6 14/13
they [33]
they'll [4]   16/5 16/20
 16/20 22/4
they're [7]   5/2 14/1
 15/18 18/21 19/9 19/19
 19/23
they've [4]   4/24 10/16
 12/11 13/9
thing [10]   9/13 12/2
 12/10 14/18 15/3 15/21
 15/23 16/9 16/23 21/25
things [4]   5/22 6/7 6/18
 14/15
think [25]   3/14 3/23 4/8
 4/13 6/6 6/17 9/3 11/6
 12/1 12/5 12/7 12/19
 12/20 12/21 13/16 13/25
 14/18 15/11 15/17 17/14
 18/15 18/16 18/25 20/3
 23/8
thinking [1]   21/14
thinks [1]   16/15
Third [1]   1/15
thirty [1]   24/19
this [44]
those [1]   4/2
thought [1]   7/2
thousands [1]   15/3
three [7]   4/4 7/5 22/7
 22/12 22/20 22/21 24/3
through [6]   4/25 7/16 8/9
 10/25 14/6 16/16
time [19]   4/11 7/11 14/16
 14/23 14/24 18/4 18/8
 20/24 21/6 22/5 22/20
 23/2 23/3 23/4 24/4 24/16
 24/17 24/18 26/5
times [1]   7/14
today [4]   3/23 6/2 8/1
 16/5
today's [1]   12/14
together [1]   22/7
too [3]   8/12 13/22 21/11
took [1]   5/11
tooler [1]   24/2
tower [2]   4/7 4/16
transcript [3]   1/10 2/6
 26/3
transcription [1]   2/6
trial [2]   23/22 23/22
true [3]   13/23 13/24 26/2
try [1]   11/25
trying [5]   9/6 12/15 13/4
 20/13 24/1
Tuesday [1]   5/6
turn [4]   3/19 4/2 6/9
 18/12

twelve [1]   13/20
two [2]   4/15 6/17

## U

U.S [2]   1/19 1/22
unable [1]   3/11
unanimous [1]   13/1
under [1]   9/20
understand [6]   7/25 9/22
 12/14 18/1 20/12 20/17
understanding [2]   5/21
 19/7
Understood [1]   17/2
Unfortunately [1]   6/2
UNITED [5]   1/1 1/11 2/3
 14/11 26/4
unpredictable [1]   13/10
until [1]   14/3
up [8]   3/11 6/11 9/18
 15/3 15/9 16/24 20/9
 21/23
urging [1]   12/6
us [8]   4/5 6/7 12/11
 14/18 15/3 18/24 24/9
 24/22
use [3]   10/25 13/17 14/8
used [2]   10/18 10/19

## V

valiantly [1]   20/13
validity [1]   13/4
versus [1]   3/3
very [9]   3/11 8/4 8/16
 9/18 9/24 11/1 14/24
 17/10 19/8
victory [1]   21/12
view [1]   6/24
void [1]   14/23

## W

wall [2]   16/21 16/21
want [13]   6/14 6/18 11/13
 15/8 15/25 16/4 18/10
 18/13 19/23 20/13 20/15
 21/1 24/21
wanted [4]   9/13 17/14
 17/22 21/7
Warren [1]   1/18
was [15]   3/10 3/12 3/16
 3/24 5/12 6/5 6/19 6/22
 6/23 7/2 7/5 11/21 11/22
 11/22 26/9
Washington [4]   1/6 1/20
 1/23 2/4
wasn't [2]   3/18 6/25
wave [1]   3/11
way [7]   11/8 11/8 13/5
 15/22 21/12 22/12 22/19
we [81]
we'd [1]   6/8
we'll [5]   8/12 24/5 24/5
 24/6 24/22
we're [11]   3/14 5/21 8/21
 8/23 10/12 10/14 10/24
 12/7 14/20 18/22 20/20
we've [5]   8/9 8/24 12/1
 15/12 16/15
wearing [1]   11/23
week [4]   5/5 5/9 23/23
 24/3
weeks [4]   22/7 22/12

well [18]   5/14 7/23 8/5
 8/16 8/20 10/21 11/20
 12/20 13/22 14/9 17/19
 17/24 19/5 19/11 20/20
 23/4 23/9 23/22
were [4]   3/18 4/24 5/14
 11/16
what [24]   6/11 6/16 9/1
 9/6 9/7 9/11 10/7 12/7
 13/12 16/2 16/5 16/14
 16/16 16/19 18/13 19/9
 19/19 19/20 20/4 21/6
 21/14 22/8 24/16 24/18
whatever [1]   24/1
when [1]   22/20
where [12]   3/10 3/23 3/23
 3/23 7/7 12/24 12/25
 15/12 16/16 18/11 19/2
 20/22
whether [12]   7/12 13/8
 13/23 14/14 16/25 17/20
 18/4 18/14 19/24 20/6
 20/7 21/1
which [10]   5/1 5/12 7/9
 8/8 11/21 13/17 15/9
 20/21 21/7 26/8
white [3]   22/20 23/13
 24/4
who [6]   5/10 6/4 13/6
 16/4 17/25 24/5
whole [1]   13/2
why [6]   3/12 9/19 9/22
 21/19 21/21 24/4
will [11]   3/19 7/11 7/19
 8/6 8/11 13/18 14/17
 16/14 16/22 18/8 21/1
willing [1]   15/15
wish [2]   21/22 21/23
withdrawing [1]   21/9
withholding [1]   10/18
without [5]   9/9 10/3
 10/13 18/24 19/25
wonderful [2]   8/2 13/7
work [2]   8/12 23/17
works [3]   24/9 24/14
 24/15
would [34]

## Y

yang [1]   9/18
Yeah [1]   9/6
years [4]   7/6 11/21 12/3
 12/11
yes [11]   7/17 8/11 8/20
 17/4 17/8 17/12 18/1 22/1
 22/22 23/14 25/1
yet [2]   5/22 12/1
ying [1]   9/18
York [1]   1/15
you [84]
you're [5]   9/25 15/21
 19/17 20/18 20/21
your [45]