UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 (RMC) <br><br> Hon. Rosemary M. Collyer |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

_____/

# [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS BY HER MAJESTY THE QUEEN IN RIGHT OF CANADA AND THE WINDSOR-DETROIT BRIDGE AUTHORITY

Having reviewed the Canadian Defendants' Motion to Dismiss, being fully advised in the premises, and being of the opinion that the Motion is meritorious and should be granted,

**IT IS HEREBY ORDERED** that Counts II through III of the Third Amended Complaint against Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority are dismissed.

Signed this _____ day of _____, 2013.

_____
THE HONORABLE ROSEMARY M. COLLYER
United States District Judge