**Hearing Type:** PI Hearing

**DEFENDANT'S EXHIBIT**

Detroit International Bridge Company, et al
vs.
Government of Canada, et al

Civil/Criminal No.: 10-476 (RMC)

1 of 1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 9 | Preliminary Review Permit Application July 14 2004 | 4/30/14 | 4/30/14 | Moroun | |