```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


DETROIT INTERNATIONAL          :
BRIDGE COMPANY,                :         Docket No. CA 10-476
                               :
              Plaintiff,       :            Washington, D.C.
                               :          Thursday, May 1, 2014
                               :              10:10 a.m.
GOVERNMENT OF CANADA, ET AL    :
                               :
              Defendants.      :
-----------------------------x


            TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING
            BEFORE THE HONORABLE ROSEMARY M. COLLYER
                  UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiff:        HAMIS P.M. HUME, Esquire
                          KATHLEEN KIERNAN, Esquire
                          RORY SKAGGS, Esquire
                          Boies, Schiller & Flexner LLP
                          5301 Wisconsin Avenue, NW
                          Washington, DC  20015

                          PATRICK A. MORAN, Esquire
                          CenTra, Inc.
                          12225 Stephens Road
                          Warren, MI  48089


For the Defendants:       BRIAN M. COLLINS, Esquire
                          U.S. Department of Justice
                          601 D Street, NW
                          Washington, DC  20004

                          DOUGLAS A. DOZEMAN, Esquire
                          SCOTT M. WATSON, Esquire
                          Warner Norcross & Judd LLP
                          900 Fifth Third Center
                          111 Lyon Street, NW
                          Grand Rapids, MI  49503-2487
```

1    Appearances continued:

2    Court Reporter:          CRYSTAL M. PILGRIM, RPR
                              Official Court Reporter
3                             United States District Court
                              District of Columbia
4                             333 Constitution Avenue, NW
                              Washington, DC  20001
5

6    Proceedings recorded by machine shorthand, transcript produced
     by computer-aided transcription.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        P-R-O-C-E-E-D-I-N-G-S

2          THE DEPUTY CLERK:  Civil action 10-476, Detroit

3  International Bridge Company versus Government of Canada, et

4  al.

5          For the plaintiffs, Hamish Hume, Patrick Moran, Kathleen

6  Kiernan, and Rory Skaggs.

7          For the defense, Brian Collins, Doug Dozeman and Scott

8  Watson.

9          THE COURT:  Good morning everyone.

10         Again, may I express my thanks to you for abruptly

11 changing your calendars in order to be here.

12         I did more work on this last night as you might expect

13 and I thought that we could either just pick up where we were

14 yesterday, but I'm afraid that we were kind of getting frazzled

15 into the frazzles instead of into the center issues.

16         So I thought that the first thing to do is to talk about

17 what is the nature of the authority/right/whatever that the

18 DIBC Act grants in the first place.  What does that really

19 mean?

20         I know that you both argued about it yesterday, but I'd

21 sort of like your best last shot at what that means because

22 plaintiffs of course refer to it as a franchise which has all

23 sorts of nice connotations to it.  The Government sort of calls

24 it permission, if I can use that word, but can we draw a line

25 from that authority, right, permission, to what the plaintiffs
```

1    want me to do here?

2         Is that a basis for action?

3         Mr. Hume.

4         MR. HUME:  Thank you, Your Honor.  Good morning.

5         This is Hamish Hume for the Detroit International Bridge

6    Company.

7              THE COURT:  Did you say Hamish?

8              MR. HUME:  Hamish.

9              THE COURT:  I would have said Hamish.

10             MR. HUME:  You wouldn't be alone in that, many people

11   do.

12             THE COURT:  That wouldn't be right.  Okay, I'm glad

13   you told me.

14        Go ahead.

15             MR. HUME:  Your Honor, the authorization whether it's

16   called an authorization or a right or a franchise provides

17   Congress' approval to the bridge company to build a bridge.

18   Since 1899 any bridge over navigable waters in this country has

19   required that.

20        And the significance of it is you are authorized to

21   build a bridge subject to reasonable non-discriminatory

22   regulations; like health and safety, navigational,

23   environmental.  The significance of it is not just you don't

24   have to go to the State Department just purely mechanical.  The

25   significance of it is the overarching policy judgment of

1  whether a private company should be permitted to build a bridge

2  at that location has been decided.  The private company is

3  authorized.

4      And no executive agency or state agency or anyone is

5  entitled to block the private company purely because they don't

6  want a private company to own the bridge but think the bridge

7  should be Government owned.  That judgment has been made.

8      And so it's that overarching policy judgment that I

9  think is most important to understand about the authorization

10 and that the only thing we're subject to are neutrally applied

11 regulations and what we say is happening here is there's a

12 policy judgment made by the FHWA, by Canada probably originated

13 in Canada based on the e-mails.  The FHWA got on board, the

14 Coast Guard got on board and it appears the State Department

15 got on board eventually to block our Twin Span which should

16 have been built first.

17     If we built the Twin Span first and then they tried to

18 build the NITC, this would be a very different case.  We might

19 make our exclusivity argument a very different argument.  But

20 what we're saying is we've been blocked for a decade and they

21 are trying to leap frog us to build theirs first because they

22 know that once they build ours, we can't build ours -- once

23 they build theirs, we can't build ours.

24     THE COURT:  Okay.  So that's nice and clear and I

25 follow that and I appreciate you saying it because now I've

1  written it down in nice clear sentences for myself.

2       What that does then is it leads you to Count IV; that

3  is, whether or not the bridge company is being blocked

4  unfairly, improperly, unaccountably or whether the bridge

5  company actually hasn't completed all of the precedent actions

6  that are required to get the permit.

7       Now that's right, isn't it?

8            MR. HUME:  I think that is right.

9            THE COURT:  Okay.

10           MR. HUME:  I mean, obviously we point to other things

11 --

12           THE COURT:  Right.

13           MR. HUME:  -- as well in terms of what they have done

14 on the NITC and the motivation, but I think you're absolutely

15 right that Count IV kind of comes first because we're saying

16 there's a navigational requirement.  We think it's a no

17 brainer.  They think there are all of these hoops we have to

18 jump through and we tried to jump through them and eventually

19 we came to court and said we think we're being blocked.

20           THE COURT:  Right.  I know I asked this, so now I'm

21 sort of shifted to that a little bit.

22       I know I asked this question of, is it Mr. Moroun or

23 Morouns?

24           MR. HUME:  Moroun.

25           THE COURT:  Moroun yesterday, and perhaps he hadn't

1    anticipated the question.

2         Assuming arguendo that the U.S. Coast Guard is wrong,

3    they're applying their regulation improperly in some way, but

4    insistent on it nonetheless, right or wrong they are insistent,

5    you either have the rights or you don't.  And the fact that the

6    bridge company owns all of the property on which the actual

7    abutments will stand, isn't a full answer because it's going to

8    go over the park.  Why didn't they just go take care of that

9    last bit of air rights?

10        I mean, I remember maybe even before you were in the

11   case the description of the difficulties of dealing with the

12   City of Detroit particularly because of its political financial

13   collapse which was a slow agonizing process.  Why didn't they

14   do that?

15        MR. HUME:  We're actually really glad the Court asked

16   that question.  Because even if you had not asked it I wanted

17   to revisit the question because you did ask it of Mr. Moroun,

18   he answered it.

19        We haven't emphasized to the Court the facts of what's

20   been going on between the bridge company and Detroit precisely

21   because we don't think we have to show that because of our

22   argument about the Coast Guard regulations.  But the Court did

23   ask it and we understand completely why you asked it.

24        There are some facts we want to present very quickly in

25   the form of three or four documents.  There has been a

1  tremendous effort to buy the easement.  There have been

2  numerous meetings and offers, and we have an offer letter we'll

3  present, we have marked as an exhibit from October of 2013?

4          MS. KIERNAN:  Yes.  October 9th.

5          MR. HUME:  Can I just have all of the documents.

6          THE COURT:  You have them.

7          MR. HUME:  I have them.  And we have copies for

8  everyone.

9      They have been marked as PI Hearing Exhibits 15, 16 and

10 17. PI Hearing Exhibit 15 which is on top is an offer letter

11 the bridge company made to the emergency manager for the City

12 of Detroit last October.

13     Exhibit 16 is a declaration from the president of the

14 bridge company, Dan Stamper who is here in court today.  In

15 fact, he signed this here in court today.  It recounts the back

16 and forth that he's had with Detroit because he's taken the

17 lead on that for the company.

18     In paragraph 21 is really the punch line where he was

19 told in a meeting with Mr. Brown, Mr. Gary Brown who is the

20 Chief Operating Officer or Chief Compliance Officer.

21         MR. COLLINS:  Your Honor, just for the record, we

22 would object to hearsay not to enter statements in the

23 affidavit.

24         THE COURT:  Okay.  Since I asked the question I'll

25 let him answer it, but I understand your objection.

1        MR. HUME:  And Mr. Brown essentially having met with

2    him a couple of times and said that he thought politics aside

3    this is a deal they could probably do, then told him last

4    October 22nd of last year that Lansing had instructed the city

5    not to sell the easement.  Lansing in reference to the state

6    capital and the governor.  And of course, the governor is

7    politically very vested in the NITC/DRIC Bridge and we've

8    already alleged that he has acted unlawfully in trying to

9    pursue that without legislative approval.

10        So the bridge company has been told by the managers of

11   Detroit that Lansing is telling them not to sell the easement.

12        Now we have been a little reluctant to emphasize that to

13   Your Honor both because we think it's legally irrelevant and we

14   don't want the Court to conclude that we won't get the

15   easement.  We think that we will eventually get it but we have

16   to work our way through the politics of this in Detroit and I

17   think Detroit has to get through its bankruptcy situation where

18   the governor's appointee Mr. Ore is in charge of the city.

19        Attached to this affidavit is a letter written by the

20   city rejecting our offer and saying that they're not going to

21   sell the easement.

22        The final PI Hearing Exhibit 17 is a letter written last

23   night and finalized this morning by Mr. Moroun and delivered

24   already to the Mayor of Detroit making an offer of five million

25   dollars for that easement which is vastly, vastly over any fair

1   market appraisal.  It's not worth anything to anyone, but the

2   company has made an offer.

3       We're going to try again.  We don't want the Court to

4   think they're not trying.  They do think the Coast Guard had

5   put the city in a position where it has hold out power.

6           THE COURT:  Right.

7           MR. HUME:  And has apparently given the governor

8   power to block us.  But we're trying.

9       We understand the Court's point, you know, even if you

10  don't think you need it, why don't you buy it and we're trying.

11  But we don't think we need it before we get the navigation

12  permit.

13          THE COURT:  Okay.

14      I appreciate that answer too.

15          MR. HUME:  I'd be happy and would like the

16  opportunity at some point to readdress some of the weeds of

17  regulations on primary authority including by showing the Court

18  what the regulation looked like when it came out in 1946.

19          THE COURT:  Well, that would, I'm more than willing

20  to have you go through that if you have more to address there.

21          MR. HUME:  Okay.  Why don't we proceed to that now.

22      Yesterday the Court made the point and the other side

23  made the point that the regulations referenced the

24  Administrative Procedure Act which was enacted.  And that is

25  true.  The original Exhibit 2 to our Coast Guard brief and

1    we'll find if we could the docket number for that.

2          Document 110.

3                THE COURT:  Okay.  That's how we --

4                MR. HUME:  I'd like to give the Court the docket

5    number to the exhibit that attaches the 1946 --

6                MS. KIERNAN:  110-2.

7                MR. HUME:  110-2 is an excerpt from that.  We have

8    the complete thing today, not that I think you need the

9    complete thing, but it shows you, it's 20 or 30 pages of

10   regulations.  After a general reference to the APA in various

11   sections again, I think we'll try to highlight them for the

12   Court, it does reference the 1946 Bridge Act along with the

13   1906 Bridge Act, one other bridge act.

14               THE COURT:  There are a lot of them.

15               MR. HUME:  There are a lot of them.  So it's rivers

16   referenced in the regulations but I can't say it's specifically

17   tied in an unambiguous way to our special regulation.

18               THE COURT:  Right.

19               MR. HUME:  So I still think it's significant, it's a

20   little hard for us to tell.  I don't think anything tells you

21   what that specific regulation was written to, what it ties

22   statutorily.  So that's one point.

23          The second point is that in that original regulation if

24   you look at Section 209.320 which again, we will highlight for

25   the Court in a version we can hand out in a second.  This is a

1  minor point, Your Honor, but the nomenclature of franchise has

2  occasionally been used and I don't know that it matters because

3  the statute is a statute.

4          THE COURT:  Oh, there it is.

5          MR. HUME:  There it is.  Authority granted by an act

6  of Congress to construct a bridge is a franchise.  Then it goes

7  on to its assignment.  So the Coast Guard itself -- actually

8  this was the War Department that used the word franchise.

9          The next thing that I would like to show and really is

10  the most significant is the original version of this primary

11  authority regulation.  I guess before diving into the weeds of

12  that I would make this point.  If you read all of the

13  regulations here, the vast majority of them, if not all of

14  them, seem to be focused on domestic bridges because there are

15  a lot of domestic bridges built than international bridges.

16          THE COURT:  Well, in 1946 particularly.

17          MR. HUME:  That's right.

18          THE COURT:  There was the distinction still.

19          MR. HUME:  That's right.  And whether it was the

20  prime motivator or not by the time these were published it was

21  clear that the War Department had special authority under the

22  1946 Bridge Act to implement, to basically decide who gets to

23  build the domestic bridge.  Whereas Congress was going to

24  decide still through special acts who gets to build an

25  international bridge.

1          Now the specific regulation, can we go to necessary

2    primary authority, can we shrink it down just a little bit so

3    that we can see the regulation above.  Maybe just scroll down

4    first, right above.

5          So originally the regulation necessary primary authority

6    on which the Coast Guard relies was Section 209.345.  Right

7    above it is Section 209.340 which refers to work constructed

8    without prior authority.  And this is what I showed the Court

9    yesterday, it's now found at 33 CFR, Section 114.25.

10         They sort of shuffled these around later on.  But

11   originally it was right above the primary authority reg.  And

12   it says that the department will approve plans for structures

13   and issue permits authorizing structures in other work in and

14   over navigable waters in cases where the application therefore

15   is submitted after the commencement or completion.

16         So if you get started without coming to us first, we

17   still might approve it subject to the following rules:

18   Approval will be limited to those cases where the necessary

19   primary authority, there are those magic words, and it says

20   where the necessary primary authority state or federal as the

21   case may be, validly exists.

22         So from the beginning the regulations recognize that

23   necessary primary authority could be federal.

24         Now let's go below --

25              THE COURT:  Well, if I could say that's because even

1   for domestic bridges, bridges that went between states require

2   federal authority.  A state could authorize a bridge within its

3   own land mass, but over a river within the state, but to go

4   between states, you need to go to the feds.

5           MR. HUME:  That's right but it's also true that you

6   need a federal authority to build an international bridge.

7           THE COURT:  Yes, but this regulation in 1946 didn't

8   apply to international bridges.

9           MR. HUME:  If that's true we're right and they are

10  wrong.

11          THE COURT:  Well, did it?

12          MR. HUME:  I don't know whether it did or not.  All

13  I'm saying is what it clearly recognizes is the existence of

14  something called federal primary authority.

15          THE COURT:  I agree with that.

16          MR. HUME:  And my next point is if we scroll down to

17  309.45, this regulation does not explicitly discuss federal

18  primary authority.

19          But you can't read it as saying there's no such thing as

20  federal primary authority.  We know there's such a thing as

21  federal primary authority.  If there is such a thing as federal

22  primary authority an act of Congress has to be the

23  quintessential form of federal primary authority and we have

24  that.

25          So I don't think that you could possibly read this

1  regulation 209.345 as saying that you have primary authority to

2  build an international bridge if all you can do, let's just say

3  you're a state.  It starts off with talking about states being

4  presumed.  But there's no way they could lawfully have written

5  a regulation that would presume a state to have primary

6  authority to build an international bridge if there is no act

7  of Congress.  That would be totally unlawful, violate the 1899

8  act which said you have to have -- at this point it would be

9  lawful for a domestic bridge even interstate because of the '46

10 Bridge Act but not for an international bridge.

11      By the same token as the third or fourth or fifth way

12 you can show primary authority under this regulation ownership

13 of the land, there is no way that you could have gone, you

14 could go to the Coast Guard today or back then and say I own

15 all of the land on this side of Canada, all of the land on this

16 side of the border, I'm going to build an international bridge.

17 I have the primary authority, I own the air rights, I own

18 everything.  That's not going to give you a primary authority,

19 you need an act of Congress.

20      So there's no way to read this regulation as defining

21 what primary authority is for an international bridge.  It's

22 focus is necessarily on domestic bridges.

23          THE COURT:  Well, assuming that that's so and I

24 haven't heard from Mr. Collins, but I'm sort of assuming that

25 is so because this only applied to domestic bridges, it didn't

1    apply to international bridges which needed other authority.

2         But after the 1972 International Bridge Act this

3    pre-existing regulation applies even to international bridges,

4    does it not?

5              MR. HUME:  No, I don't think that's possible for a

6    couple of reasons.

7         First of all, this regulation, this is what you're

8    looking at is what it looked like in 1946.

9              THE COURT:  Well, I agree with you.

10             MR. HUME:  And it hasn't changed.

11             THE COURT:  Right.

12             MR. HUME:  So first of all, just legally I don't

13   think that the regulation can apply broader than it's original

14   scope, but more fundamentally it wouldn't have statutory

15   authority to go beyond its original scope because the 1906,

16   the navigational authority, under the 1906 Bridge Act which

17   authorizes the War Department, now the Transportation

18   Department, to grant this permit hasn't changed.  The '72

19   Bridge Act did not change it.  In fact, I believe it cross

20   references it just like our DIBC Act does.

21        Another way of saying it would be this, Your Honor.  The

22   1906 Bridge Act is the Alpha and the Omega, the sum total of

23   what regulated our ability to build a bridge then and now.

24   There is no new word from Congress on our need to satisfy

25   navigational concerns in building an international bridge, it

1    is the sum total.  Congress has spoken.

2         Now conceivably, conceivably an agency implementing that

3    regulation could say well, navigational issues here, there or

4    the next place, the masks are taller now on ships or whatever.

5    I'm not trying to freeze them in time completely, but I'm

6    saying that that's the only statute that has ever applied to us

7    for navigational purposes and it hasn't changed since 1906.

8         And there's nothing in that statute that says anything

9    about the need to buy land or easements or property.  And it's

10   only concern is navigation and again, we've satisfied that

11   concern.  They've actually granted onto it through NEPA the

12   whole environmental problem of looking at all of the

13   environmental impacts.

14        We could have a dispute about whether this should be a

15   major federal action under NEPA or not, but we went through

16   NEPA.  The EPA came and sent letters which we showed the Court

17   two years ago and we're fine under NEPA.  But there's no change

18   in terms of what's required of us in terms of navigation.

19            THE COURT:  Okay.  And so your, at least one of the

20   arguments you have about this regulation is that it actually

21   doesn't apply?

22            MR. HUME:  That's absolutely right.

23            THE COURT:  Okay.

24            MR. HUME:  And I think just to pause on that, I think

25   you have to read this last sentence on doubt, the doubt

1   sentence.  You have to read it in the context of this whole

2   sentence which begins again necessarily it begins with talking

3   about people who don't have a congressional statute and aren't

4   building an international bridge that requires a federal

5   statute.

6       You are saying okay, if you want to build a domestic

7   bridge if you're a state, fine.  If you have a state license or

8   legislative approval, fine.  If not, maybe it's in your

9   charter, if not maybe you own the land.

10          THE COURT:  Presumably the charter issued by the

11  state.

12          MR. HUME:  Correct.

13          THE COURT:  That's where the state approval comes

14  from.

15          MR. HUME:  But the doubt sentence is at the end of

16  all of that.  It has to be read in the context of saying, you

17  know, if you bought the land, and you have the option of

18  another land, if all you've got is something really tenuous

19  then be careful Coast Guard or be careful War Department.  But

20  it's in the hierarchy of authority to build a bridge where

21  there's obviously not a clear statute from Congress authorizing

22  the bridge.

23          THE COURT:  Well now, it's an interesting point that

24  you make because actually when you look at the doubt sentence,

25  it doesn't speak to land rights at all.

1          MR. HUME:  No, it doesn't.

2          THE COURT:  In the context of 209.345, doubt of the

3   right of the builder to construct would go to whether or not he

4   had primary authority, not whether or not he had land rights.

5          MR. HUME:  That's right.  I mean, it's not saying --

6   this is maybe another point to emphasize.

7          THE COURT:  So let me back up a second before we run

8   off in that direction.  I can see your friend nodding his head

9   at me, oh, she's finally getting smart.

10          The War Department applied, I mean, this is a

11   codification, if you will, of previously existing internal

12   processes in the War Department, right?  We agree with that.

13          MR. HUME:  Yes.

14          THE COURT:  You agree with me?

15          MR. HUME:  This is a War Department regulation.

16          THE COURT:  But this is how they were previously

17   conducting business, it's just that they published it now.

18          MR. HUME:  That's what the Government says.  I don't

19   think we know, but let's assume that's correct.

20          THE COURT:  Well okay, let's assume that's correct.

21          The question is do we have any evidence, and maybe

22   Mr. Collins has some, as to what the War Department thought

23   that this sentence meant?

24          MR. HUME:  I'm not aware of any.

25          THE COURT:  I feel like I'm getting back to the

1  elephant now, got the legs and now I'm trying to figure out

2  what the tail is.

3       Okay, but I'm, the argument that this sentence means you

4  have to own the land is not as clear to me without a practical

5  application of that meaning in other context.  But even so,

6  assuming that since 1946 either the War Department or the Coast

7  Guard has a record in prior bridge applications, domestic or

8  international, doesn't matter after '72 of applying the doubt

9  sentence as you call it, to land ownership.  Let's assume

10 that's so.

11      The new span, the Twin Span, whatever we call it, is a

12 new bridge, right?

13      MR. HUME:  Somewhat of a semantic.  It joins at the

14 approaches in the plaza.  A bridge in our view would include

15 the plaza and the approaches, it's a new span.  I mean, I do

16 think that's part of the reason why it's within the

17 authorization.

18      THE COURT:  And why it's just an amendment --

19      MR. HUME:  That's what they said.

20      THE COURT:  -- to the navigation permit.

21      MR. HUME:  That's what they said.

22      THE COURT:  Well, okay.

23      MR. HUME:  I'm not sure I fully addressed or fully

24 understood what the Court is saying about the doubt sentence.

25      THE COURT:  What I was saying is that the doubt

1    sentence where it says we're going to be careful not to give

2    federal approval to the construction of a bridge if there's any

3    doubt about the right of the builder to construct it and

4    utilize it.

5         When you say the right of the builder to construct it

6    and utilize it, that doesn't necessarily mean ownership of the

7    land.

8              MR. HUME:  And we completely agree with that.

9              THE COURT:  Yes.

10             MR. HUME:  That does not refer to ownership of every

11   attendant.  It doesn't refer to eliminating any potential

12   obstacle, raising the money, getting local approval, any of

13   those.

14        But what I would say is this, because I think the Court

15   asked, what if they could come forward and show, and I don't

16   think they can, they haven't yet, that that sentence has been

17   applied even where there's congressional approval for an

18   international bridge to block that bridge because there was

19   some land or easement they didn't buy in it.

20        Let's say they did to someone else just what they're

21   doing to us.  Number one, I don't think they can do it and

22   haven't done it.

23        Number two, if so, I would say they have exceeded the

24   statutory authorization of the 1906 Bridge Act because there's

25   nothing in that statute that they could point to that

 1   authorizes them to do that.

 2            THE COURT:  This is just a regulation.

 3            MR. HUME:  Well, a regulation can exceed -- exactly.

 4            THE COURT:  I understand.

 5            MR. HUME:  The final point if we can pull up the

 6   demonstrative from slide 92 of the Coast Guard manual, their

 7   own manual, while we may not agree with everything in it, it

 8   says that Coast Guard permit is not going to be used to enforce

 9   other conditions enforceable by law.

10        This includes conditions that are already part of

11   another agency's permit or license that are clearly enforceable

12   under another agency's jurisdiction.  It won't be used to

13   enforce conditions that are already legally forcible by other

14   agencies.

15        What that means to us is their manual recognizes there

16   can be other hurdles to clear.  In fact, Mr. Collins' cross

17   examination of Mr. Moroun yesterday suggested that the NITC

18   would have other regulatory approvals to clear.

19        I don't actually know what he was referring to, I'm not

20   saying we agree with it, but the bottom line point is nothing

21   says that the Coast Guard gets to be the, gets to tell you that

22   you can't get a navigation permit until every single I is

23   dotted and T is crossed down to a local air rights easement.

24   Nothing empowers them to do that.  Their own manual seems to

25   recognize that's not their job.

1        I think we cited in our briefs a bridge, a litigation in

2  which somebody sued the Transportation Department because a

3  bridge collapsed, it was built unsafely, collapsed, people

4  died.  They sued Transportation Department, the equivalent of

5  the Coast Guard and the Court said look, their only job is

6  navigation.  They're not responsible for whether it's a well

7  made bridge.  Their job is navigation, that's it.  That's clear

8  from the statute.  So you can't sue.

9        In case it's not in our briefs, that is the Silver, In

10  Re: Silver Bridge disaster litigation, 381 F Supp 931.  The

11  jump site looks to be 963 of the report.

12            THE COURT:  Thank you.

13            MR. HUME:  Thanks.

14            THE COURT:  All right, let me hear from Mr. Collins.

15        Mr. Collins, you can either begin with the regulations

16  or you can go back to the statutory authority franchise.  We

17  found a basis for franchise.  It's such a good word.

18            MR. COLLINS:  Good morning, Your Honor.

19            THE COURT:  Good morning.  Thank you again for coming

20  back.

21            MR. COLLINS:  Oh, sure, thank you, Your Honor, for

22  the opportunity.

23        I think I would like to start at the outset addressing

24  the scope of the authority.

25            THE COURT:  Go right ahead.

1          MR. COLLINS:  There is one -- my Coast Guard handlers

2    reprimanded me, I need to make one correction from something I

3    said yesterday.

4          THE COURT:  Okay.

5          MR. COLLINS:  When I got twisted around on the

6    connection between the Presidential Permit and the Crossing

7    Agreement in relation to the Coast Guard permit, I think they

8    told me what I said is not what I intended to say was that

9    Coast Guard permit does not rely on the Presidential Permit.

10   That's not true.  The Coast Guard they do need to have a

11   Presidential Permit in order to grant the Coast Guard permit.

12       The Crossings Agreement --

13         THE COURT:  Right.

14         MR. COLLINS:  -- is not necessary to either the

15   Presidential Permit or the Coast Guard permit.

16         THE COURT:  And that's what I thought that you had

17   said.

18         MR. COLLINS:  Okay.

19         THE COURT:  And maybe you misspoke but the two of us

20   knew what you meant.

21         MR. COLLINS:  Okay, great, thank you.

22         THE COURT:  How's that?

23         MR. COLLINS:  Thank you, Your Honor.

24       I think this scope of the statutory rights issue is

25   fundamental, Your Honor.  I think the point that bears emphasis

1  is that whether you call it a franchise or not.  And I agree

2  there are plenty of references to any bridge statute being

3  referred to as a franchise.  It's the scope of the rights that

4  are granted by that franchise, it's not just the concept of a

5  franchise that's important.

6       So here, the language of the statute gives you what the

7  scope of your franchise is.  And it is simply in this case to

8  construct, operate and maintain a bridge.  Not to exclude

9  anyone else from maintaining a bridge anywhere near you.  There

10  are plenty of franchises that have that as a term of their

11  franchise.  And it's, it's, you know, plaintiffs characterize

12  it as once Congress passes one of these things, they have made

13  a policy judgment as to whether a private company should own a

14  bridge here or not.  I think that's overstating it a bit, Your

15  Honor.

16       When you look at the legislative history of how Congress

17  tried to get out of issuing these bridge permits, it was pretty

18  much a mechanical exercise of okay, somebody wants to build a

19  bridge.  They even came up with a form for how the bridge

20  statute should look.

21       And they, I think we cited it in our briefs on Count IV

22  but it says well, we'll say the bridge can be built in or near

23  Black Acre and they came up with just a general form.  So it

24  was something they have this authority over navigable waters so

25  they have an interest in making sure that bridges aren't built

1  interfering with navigation and that sort of thing, but their

2  role that, they're not navigation experts.  They can't go out

3  to every single sector and river and look at navigation.

4      Their role became simply ministerial and saying, you

5  know, we are going to approve, they would look at times there

6  would be political opposition one way or the other.

7          THE COURT:  It's a political decision as much as

8  anything, you know that.  It's Congress.  Always has been.

9          MR. COLLINS:  So that scope of that right is what's

10  at the heart of all of plaintiff's case here.  Because what

11  they try to tell you is well, that right gives us the right to

12  exclude just about anyone else from competing and --

13          THE COURT:  Well, that's not, maybe that's where it

14  started.  I'm not, luckily I don't have to remember back that

15  far.

16      But that's not what today's argument is.  I don't mean

17  just this moment, I mean current argument which is well, we do

18  have a right and authority, a franchise to have a bridge

19  between Detroit and Windsor and that includes the right to add

20  a new span and we are being blunted in the exercise of our

21  right because Government entities including Canada prefer a

22  different solution to crowding at this border.

23          MR. COLLINS:  I mean, that's what they're saying,

24  Your Honor, but --

25          THE COURT:  Well, that's the argument.

1        MR. COLLINS:  Yeah.

2        THE COURT:  You can't just say well, that's what

3   they're saying.  I mean, that is their argument.

4        MR. COLLINS:  I think the point is they're casting

5   this sort of international conspiracy to create a public bridge

6   crossing there, but what it is is another bridge is being built

7   somewhere near their bridge and it's a perfectly clear business

8   decision for them.

9        If they want to continue to operate their bridge they

10  said they don't even need to maintain the bridge, they can

11  maintain the Ambassador Bridge and keep it going for a long

12  time or they may want to replace it if it makes financial sense

13  for them but that's their business decision to make.

14       And there's nothing in the authority that they got from

15  Congress this construct to operate and maintain a bridge

16  somewhere near Detroit that gives them the right to exclude

17  others from putting a bridge there.

18       THE COURT:  Well, you see again I'm, even if one

19  agreed and I could say yeah, that's an accurate statement, it

20  just isn't applicable to the facts.

21       The issue is there can be financially two crossings

22  near Detroit.  There's a financial argument for two crossings

23  near Detroit.  I looked at by the way the applications and they

24  talk all about traffic.  I just want you to know it's traffic.

25  All about traffic, there's one thing about Homeland Security.

1          MR. COLLINS:  For the NITC?

2          THE COURT:  Yeah, the NITC.  It's all about traffic,

3   never mind, it doesn't matter.  That's a totally, put that

4   aside, it's not relevant to this discussion.

5          But right now and for any time into the foreseeable

6   future there can be financially viable two crossings, take that

7   as a given for this purpose, okay.

8          MR. COLLINS:  Okay.

9          THE COURT:  That's what the people who are in the

10  business as a commercial entity believe.  The Government never

11  thinks that way particularly the U.S. Government because Canada

12  is going to pay for the whole thing.

13         MR. COLLINS:  But it goes well beyond that, Your

14  Honor, and that's why it's so important.  Because it isn't,

15  respectfully it's not just about the traffic, right.

16         It's about the boarder security, it's about redundancy

17  in the case of something happening.  I mean, these are issues

18  that the Eastern District of Michigan looked at when plaintiffs

19  challenged the administrative record for that decision and that

20  Court determined that no, these are the other needs that are

21  there and the other important things.

22         THE COURT:  Really, I put that all aside.  I'm trying

23  to figure out what's the authority here so they say it's a

24  franchise, we have close to exclusive rights in this area and

25  you're saying all they have is a bridge, Congress gave them

1  authority to build a bridge.  They don't have authority to stop

2  somebody else from building a bridge.

3           MR. COLLINS:  Yes.

4           THE COURT:  Okay.  I'm trying to figure out what's

5  the scope of the authority, that's where I'm going.

6           MR. COLLINS:  The scope of authority granted by

7  Congress is and I think I tried to describe it yesterday, is if

8  you want to build a bridge whether it's an international

9  bridge, domestic bridge, there are a whole host of things that

10 are necessary pre-conditions to that.

11          One of them is you need the consent of Congress.  That's

12 what this statute gives you.  The consent of Congress to own,

13 operate and maintain a bridge.

14          THE COURT:  And Congress said that in the process of

15 doing that the War Department by the way should make sure that

16 any -- I mean, we're talking navigable rivers --

17          MR. COLLINS:  Yes.

18          THE COURT:  -- at the outset.  The War Department

19 should make sure that the navigable rivers remain navigable

20 despite the construction of the bridge, right?

21          MR. COLLINS:  Yes.

22          THE COURT:  Okay.  So that's what the Coast Guard is

23 doing.

24          MR. COLLINS:  Yes, Your Honor.  I mean, that's what

25 they're tasked with doing to approve the plans for the bridge

1  and the approaches to the bridge and everything related to that

2  bridge for under their authority and the bridge acts from

3  Congress.

4          THE COURT:  For navigable, for any impact on

5  navigation.

6          MR. COLLINS:  Yes.

7          THE COURT:  And everybody agrees perhaps before you

8  were here, again because there have been a series of people,

9  the Coast Guard, when the Coast Guard was here by the real

10  Coast Guard people doing this, they didn't seem to think there

11  was any navigation issue here at all.

12          MR. COLLINS:  In which for?

13          THE COURT:  In this permit application for the new

14  span.  There's not actually a live navigation issue?

15          MR. COLLINS:  I don't, I don't know that they've come

16  to a final determination of that, but yeah, as far as I

17  understand.

18          THE COURT:  I can promise you, there is not -- I

19  mean, I can't promise you, but it has surely been said before

20  that the issue is land ownership.

21          MR. COLLINS:  Yes.  And for important reasons on the

22  regulation, Your Honor.  If that's where we want to shift to.

23          THE COURT:  Okay.  So where does the regulation say

24  land ownership?

25          MR. COLLINS:  Well, we can start with sort of the

1   older version that --

2              THE COURT:  Right, the 1946 version.

3              MR. COLLINS:  Yeah.

4        In 209.330 of that 1946 version, and I believe this is

5   cited in our briefs.  209.330 B and it's general policies on

6   issuance of permits it says in cases of conflicting property

7   rights, the department cannot undertake to adjudicate rival

8   claims.

9          So they are concerned with property.  And I think we

10  have tried to explain this as best we can, Your Honor, that the

11  rights inherent in the land are integral to that determination

12  of navigation because where the bridge sits in relation to the

13  river, I'm talking about the angles and how close the, how wide

14  the channel is at any given point varies measurably depending

15  on where exactly you place that bridge.

16         So they have to be concerned about whether you can

17  actually build a bridge.  Because all Congress said is you can

18  build a bridge somewhere in the vicinity of Detroit.  Then they

19  have this person who has been granted by consent of Congress

20  coming and figuring out where to place that bridge.

21         You know, they could say well, we want to place it here

22  and then the Congress, the Coast Guard looks and say yeah, we

23  think that will work there.  Well, we don't have rights there,

24  and now look at it up here.  So they make sure that the

25  applicant has the property rights to build where they can

1  build.

2          THE COURT:  What you said sounds reasonable to me,

3  okay.

4          MR. COLLINS:  Uh-hum.

5          THE COURT:  Can you show me where that has been done

6  for an international bridge?

7          MR. COLLINS:  I don't, we have people working on

8  that, Your Honor.

9          THE COURT:  Okay.

10          MR. COLLINS:  We're trying to.

11      I think the issue that comes up is as you see with the

12  process for the Coast Guard with the Ambassador Bridge, they

13  work it out.  They spend years trying going back and forth.  If

14  someone comes to them with a bridge permit, they don't, you

15  know, you have talked to the people who work there.  I have

16  talked to them.  They don't have an interest one way or

17  another.

18      If you fulfill what they need to check off for their

19  regulations, they're more than happy to issue a bridge permit.

20  So they just work through.  I can't point to a specific

21  instance where this has come up, but it's pretty rare.  I mean,

22  most of the international bridges are owned publicly.  There's

23  a few private ones and we're trying to figure out historically

24  if this has ever come up before.

25          I would be happy to try and submit something else on

1   this, Your Honor.

2           THE COURT:  Okay.  Can I move to a different topic?

3           MR. COLLINS:  Sure.

4           THE COURT:  I'm going to change topics, Mr. Hume.

5           MR. COLLINS:  Oh.

6           MR. HUME:  You want me up?

7           THE COURT:  No, no.  I want to change topics to you,

8   Mr. Collins, because you just said something.

9        (Pause.)

10       It's gone completely.  Thank you, Mr. Collins.

11       We'll let Mr. Hume respond and then we'll move to the

12  next topic, okay.

13          MR. HUME:  I can be very brief, Your Honor.

14       On the statutory authorization point I would just

15  reiterate that under the Government's view in response to the

16  Court's question on what the authorization means, the

17  Government could build their bridge right where the private

18  company with congressional authorization wanted to build it and

19  was authorized to build it and usurp, you are right.

20       There's no limitation, or even if the intent, he fights

21  whether the intent was to prevent us to build our Twin Span,

22  but his legal argument is, his legal position is that even if

23  it was stipulated that the intent was to block private

24  ownership and to make sure the new span is publicly owned, he

25  said that's fine.

1        He's saying that the agencies have the policy scope to

2   make a decision on whether the new span should be publicly

3   owned or privately owned.  That is what his legal position is

4   and that goes right to the heart of what we are saying isn't

5   permitted.  He keeps bringing up exclusivity and we're not

6   relying on exclusivity.

7        One factual correction.  I know it's not true and I'm

8   quite confident that it's inconsistent with Mr. Moroun's

9   testimony to say that we can just keep operating our existing

10  bridge.  The repair costs go up and up every year and the

11  bridge gets older and harder and harder to maintain every year.

12  No one can say exactly when it becomes prohibitive to operate

13  but to maintain it, you have to build a new span.

14        I would like to share with the Court one fact that we

15  didn't get to, Mr. Moroun didn't get to explain.  One of our

16  competitor's bridges, and it is a competitor, it is about 60

17  miles away, the Blue Water Bridge.  It's a competitor even

18  though it is 60 miles away because most of the traffic is

19  coming from the heartland of Canada to the heartland of

20  America.  It's commercial truck traffic bringing timber or

21  products, whatever.

22        They were built ten years after the Ambassador Bridge.

23  They were built in the '30s.  The New Deal project.  In the

24  1990s, 20 years ago, they built a new span which is what

25  bridges all over the country do.  They built it precisely for

1  this reason so that they could maintain, rehabilitate the old

2  span.

3        They closed it down, rehabilitated it and now they both

4  function.  They run one in one direction and one in the other

5  most of the time, kind of like the Bay Bridge often does over

6  the Chesapeake.  They had no trouble getting their permits,

7  approval and they built theirs.  That's all we have been trying

8  to do and we have tried to do it since before the NITC got

9  started.

10        THE COURT:  Oh, I know that.  I know that.

11        MR. HUME:  Okay.  On the navigation Coast Guard

12  permit, just one point.  The Court asked, the Court said that

13  sounds reasonable but can you tell me if you've done it before,

14  can you show me where you have done it before.

15        I would just respectfully suggest the real important

16  question is not only have you done it before but where in any

17  statute are you authorized to do that to an international

18  bridge approved by Congress and there's no where, they have

19  never pointed to anything.

20        Finally, with respect to Detroit.  The company really

21  does believe that it will eventually get the easement.  It's

22  having its problems and that legally Detroit cannot

23  unreasonably refuse to grant it because that would be

24  equivalent to violating, to regulating interstate and in fact,

25  international commerce.  So we believe we have legal arguments

1   that we think will eventually block them from blocking us.

2          THE COURT:  Yes, I heard that from Mr. Moroun

3   yesterday, so I appreciated that fact.

4          MR. HUME:  Thank you, Your Honor.

5          THE COURT:  Thank you.  I remember what I wanted to

6   move to and it is a question for Mr. Collins.  All of the

7   people watching, I remembered.

8          Okay, so Mr. Collins, I went and I looked at the

9   Crossing Agreement.  Partly because I was trying to figure out

10  when things actually happened and what the limitations were

11  within the State of Michigan on expenditure of funds and that

12  sort of thing.  I don't want to get into expenditure of funds,

13  I don't need that.

14         What I want to talk about is the exercise of imminent

15  domain.  From everything I've read, Michigan is not going to

16  spend any money for this because it doesn't have any money to

17  spend.  And that was a stumbling block until Canada, I'm glad

18  you're here, Canada decided okay, listen, we want this bridge,

19  we'll pay for it.

20         We'll go buy the land that's needed for the plazas in

21  Michigan, we'll buy the land, we'll advance five hundred

22  million dollars so that Michigan can somehow use Canadian money

23  to get matching highway funds as if it were Michigan money.

24  This is all very cloudy to me as to how that can be done.  I'll

25  accept it at face value.

1      Where is the imminent domain?  How can Canada exercise

2  imminent domain?

3      MR. COLLINS:  I'm not aware of anywhere that Canada

4  can exercise imminent domain.

5      THE COURT:  But Michigan can exercise imminent domain

6  and pay for it with Canadian money?  Is that your theory?

7      MR. COLLINS:  I believe that's the theory of the

8  Crossing Agreement and the State of Michigan's theory, yes.

9  That's how they designed the agreement.  And the legislature

10  specifically allows MDOT to expend funds that are reimbursed by

11  Canada.

12      THE COURT:  It's going to be a Canadian bridge.  I

13  mean, it's a very -- you really have to sort of change your

14  whole view of the world.  We're so U.S. centric, it's

15  ridiculous.  We think of it as the Detroit Windsor Bridge, it's

16  actually the Windsor Detroit Bridge is it not?

17      MR. COLLINS:  That's not how I think of it.

18      THE COURT:  Well, but isn't it?  Canada is building

19  it?

20      MR. COLLINS:  No.  I mean, it's the State of Michigan

21  and Canada in partnership together.  I mean --

22      THE COURT:  Michigans not got any blood in this, not

23  even a sou, right?  That's the deal behind the Crossing

24  Agreement.

25      MR. COLLINS:  Yes, they are not putting money up

1   front, Your Honor.  I think they are eventually paying it back

2   through toll revenue and that sort of thing.  But they're not

3   putting up money up front, that's true.

4          THE COURT:  Okay.  All right, so you don't think that

5   the fact that Michigan has no money involved does anything to

6   effect their right to exercise imminent domain in the state and

7   that a state citizen would be required.  I read somewhere

8   there's so many housing units that are going to have to be

9   moved, et cetera, et cetera.

10         MR. COLLINS:  Yeah, that's my understanding that the

11  bridge will need to acquire certain property rights through

12  imminent domain or if they're not --

13         THE COURT:  One does not acquire property rights of

14  imminent domain.  One takes them.

15         MR. COLLINS:  Just one other thing that I wanted to

16  perhaps help the Court with from yesterday.  In Plaintiff's

17  Exhibit 15 the responses to comments from the State Department

18  that is the exhibit to their PI.  On page 3 of that document,

19  there's a discussion there of what they did in order to check

20  on the legality of the Crossing Agreement.  And it refers to

21  the Michigan Attorney General's letter.

22      They received a letter from the Michigan Attorney

23  General that specifically said and they quoted on the document

24  that no further legislative action is necessary to execute,

25  implement or carry out the Crossing Agreement.

1           So that's one other person who doesn't believe that the

2    Crossing Agreement is illegal is the Attorney General of

3    Michigan.

4           THE COURT:  Okay.  Wait, I had another question for

5    you.

6           You agree with the proposition that when a Government

7    entity engages in commercial endeavors it no longer is acting

8    as a sovereign and can't be held to the same rules as another

9    commercial entity?

10          MR. COLLINS:  I believe that's true, Your Honor.

11          THE COURT:  I might have over spoken a little bit but

12   that's sort of a basic concept.

13          MR. COLLINS:  In general, yes.

14          THE COURT:  All right.  At what point in this process

15   and again, I'm not going to talk about Canada because Canada

16   acts as a sovereign in Canada that's, I have no way to address

17   Canada's actions, okay.  I'm just talking about Michigan.

18          At what point do Michigan's actions in the process of

19   planning, constructing, operating a bridge cross the line from

20   what a sovereign does in its sovereignty and what any

21   commercial operator would do?

22          MR. COLLINS:  At what point does it become a

23   commercial operator?

24          THE COURT:  At what point does it lose its sovereign

25   protection because it's no longer acting as a sovereign?

1        MR. COLLINS:  I mean, for purposes strictly of the

2   equal protection claim or in general?  Because I don't think it

3   ever entirely looses its sovereign protection.

4        THE COURT:  Well, I mean, you don't have any equal

5   protection claim unless you have a sovereign.

6        MR. COLLINS:  Yes.

7        THE COURT:  So I agree with that.  For purposes of

8   the equal protection claim Michigan is a sovereign, absolutely

9   correct.

10       But if we had let's say the Ambassador Bridge and

11  Michigan condemned it and took it over, and is now running the

12  Ambassador Bridge, would you say running the Ambassador Bridge

13  was a sovereign activity?

14       MR. COLLINS:  I would.

15       THE COURT:  Probably not.  Why don't I say probably

16  not.

17       MR. COLLINS:  Probably not, Your Honor.

18       THE COURT:  Probably not.  I'm not going to pin you

19  to this because it's not happened, it's not going to happen.  I

20  mean, I just made that up.

21       But the point is somewhere between the idea and reality

22  a sovereign, other people run bridges.  A sovereign acting as

23  in its sovereign capacity becomes a competitor.

24       MR. COLLINS:  Yes.

25       THE COURT:  Right?

1            MR. COLLINS:  Yes.

2            THE COURT:  And I'm just trying to get an idea from

3     you whether we've gotten there yet, is Michigan a competitor

4     and not acting as a sovereign?

5            MR. COLLINS:  No, I don't believe we're there yet.

6     And I don't -- I don't believe it makes any difference for

7     purposes of the Coast Guard permit or the State Department

8     approvals at all.  Because on the Coast Guard side whether,

9     whether Michigan is acting as a sovereign or not it still has

10    the imminent domain power to take the land that's at the heart

11    of the issue with the permit.

12           So to me that's the issue, Your Honor, is whether they

13    have that authority to get land.  And that's what the Coast

14    Guard is really concerned with and that's what their regulation

15    speaks to.  Not this distinction between commercial entrance

16    and private, public entrance, but whether they have that

17    authority and they just perhaps it's a gen -- no, it's not a

18    generalization.  They say if you are a state, we are going to

19    presume it.  It doesn't mean that it may not be true.  If for

20    some reason Michigan had imminent, power of imminent domain

21    stripped from it I guess or if MDOT did, then perhaps, but

22    that's not what we have here.

23           THE COURT:  Okay.  And then in your brief, I just

24    want to, this is in your brief at docket 149, pages 44 to 45.

25    Your argument at the time is that the motion for preliminary

1   injunction is premature because you can't stop, because there

2   is no action from the Coast Guard yet to attack.  And you

3   really need to let the Coast Guard decide.  If you don't like

4   the decision maybe then you can move forward but there's no,

5   there's nothing to do right now, so-to-speak.

6           MR. COLLINS:  Right.

7           THE COURT:  Your argument is premature.  So this is

8   the quote that I wanted to draw to your attention, and I just

9   want to know what you actually mean by this.

10      What you said was, "regardless of what happens with the

11  NITC permit application, however, this Court retains broad

12  equitable powers that could prevent any actual infringement of

13  plaintiff's rights and maintain whatever respective positions

14  in the alleged race to which plaintiffs can actually

15  demonstrate an entitlement."

16          MR. COLLINS:  You want --

17          THE COURT:  It's your statement, so I'm asking you

18  what you meant by it?

19          MR. COLLINS:  The point here, Your Honor, on that is

20  that it gets to the injury really, Your Honor.  Well, there's

21  two points.

22      The first is the gravamen of their claim here although

23  they dress it up in equal protection in talking about their

24  statutory rights.  The essence of their claim and what they

25  start their motion with is we have recently learned that the

1   Coast Guard is about to issue a decision and it's about to do

2   so based on these two illegal facts that are in this State

3   Department application.

4        They're trying to challenge the Coast Guard's basis for

5   making that decision and stop it because they're telling you

6   that it's based on illegal information.

7        So that's what I'm saying in the ripeness point, Your

8   Honor, is it's premature.  You can't stop the agency's decision

9   making in its tracks because they're, it's a substantive

10  challenge to the decision being made.

11       Now the second point is it goes to the injury which is

12  that regardless of what happens with this permit, whether the

13  Coast Guard grants it, denies it, they're not done with their

14  process yet.  Regardless of what happens, the only injuries

15  that plaintiffs complain of stem from things that are going to

16  take place many years from now about, and it's the same

17  conversation we had, about the scheduling order earlier which

18  is this is not a project that goes in overnight.

19       The injuries that are going to effect plaintiffs are if

20  the bridge is built and put into operation, then they're not

21  going to be able to maintain their bridge, if that's the case.

22  There is absolutely zero injury that stems from allowing the

23  Coast Guard to pick up its pencils again and finish checking

24  the boxes on the application permit.  There's just nothing

25  there to, that would cause any injury.

1    And plaintiffs are painfully aware, I think, of the

2 powers the Court does have if they -- in their Ambassador

3 gateway project they put in piers for this new span.  The Court

4 there told them we don't care that you've already put them in,

5 you have to tear them out.

6    So the Court has power.  If they can show that they're

7 entitled to relief, the Court has power to maintain the status

8 quo between the parties and to prevent any harm from actually

9 coming to the plaintiffs.

10    THE COURT:  Well, if I understand it, what they're

11 trying to do is maintain the status quo.  They don't have a

12 permit, NITC doesn't have a permit.  That's the status quo.

13    MR. COLLINS:  But they don't have a permit, Your

14 Honor, because they are either choosing not to or are unable to

15 get the property rights that they need to.  It has nothing to

16 do with whether the NITC gets theirs or not.

17    And the status quo is that they don't have a bridge and

18 NITC doesn't have a bridge.  The only harm that they need to

19 preserve, the status quo that they need to preserve is to

20 prevent implementation of a decision.  And that's how almost

21 all administrative challenges work.

22    You're fine to enjoin the project if you're challenging

23 the decision, but you're not fine to stop the agency from

24 making a decision in the first instance.  Otherwise, nothing

25 would ever, you would never be able to get a decision done if

1   anyone who could say well, I'm hypothetically going to be

2   injured if this decision comes out the way I assume it's going

3   to come out and on the basis that I assume it's going to be

4   that, you know, then it's wrong.  So you can't ever get to

5   that final decision making point.

6                THE COURT:  All right, thank you sir.

7                MR. COLLINS:  Thank you.

8                THE COURT:  Mr. Hume.

9                MR. HUME:  Thank you, Your Honor.

10       I have a few brief responses.  On the imminent domain

11  point I would simply say I'm not aware of any authority that's

12  ever held it's permissible for a foreign country to give money

13  to a state and the state to use that under imminent domain.

14       In fairness, I'm not aware of a Court saying you can't

15  do that, but I would suspect it would raise serious judicial

16  scrutiny.  Because there's no dispute that Canada has no

17  imminent domain inside of the United States and it would be

18  hard to say how they would be allowed to circumvent that

19  through a state agency, particularly where the state agency is

20  acting in violation of state law.  Because MDOT has been

21  prohibited from spending money.

22       So I don't know how they can funnel money through MDOT

23  and MDOT dance between the prohibition of MDOT spending money,

24  but then say well, it should be treated as MDOT spending the

25  money for purposes of imminent domain.  They can't have it both

1   ways.

2         And at a minimum, I'd like to see authority saying they

3   can do that and I haven't seen any.

4         Similarly, there's a serious question I think over

5   whether the state can exercise imminent domain over city

6   property.  The NITC like our bridge does go over city property

7   and presumably needs an easement just like we do.  And I

8   haven't seen authority that they can appropriate that.  They

9   may have an easier political time, but that's not what their

10  argument is.  Their argument is they rely on imminent domain.

11        On the Crossing Agreement, Your Honor, I appreciated

12  hearing the clarification from Mr. Collins on what he was

13  arguing.  But it still doesn't make sense to me because he's

14  saying the Coast Guard admits that it needs the Presidential

15  Permit to go forward, so that if we succeed in showing the

16  Presidential Permit was unlawfully issued, then we succeeded on

17  the merits in showing we should stop the Coast Guard.  They

18  agree with that.

19        What they're saying is you can't stop the Presidential

20  Permit.  You can't invalidate that even if the approval of the

21  Crossing Agreement was illegal.  That doesn't make sense to me.

22        Because when the NITC/DRIC proponents applied for the

23  Presidential Permit they relied on the Crossing Agreement.

24  That's what they were asking approval for.  Not just under

25  Section 3 of the IBA where they have to get approval of the

1  Crossing Agreement.  But under Section 4 they're saying give us

2  a permit for this bridge and this bridge is specifically

3  governed by the Crossing Agreement.  It's integral to what they

4  sought approval for.

5       Plus --

6       THE COURT:  Well, I agree with that because I read,

7  it's a very long document, but I read a fair amount of the

8  application to the State Department.

9       And I do agree that the Crossing Agreement is integral

10 to a description of the bridge, the nature of the bridge which

11 is still somewhat up in the air, who is going to run it, how

12 they're going to run it, how the money, blah, blah, blah, all

13 of that.

14      I'm not certainly back on whether the Crossing Agreement

15 is lawful or not, that's not an issue of financial prohibition

16 of expenditures by the legislature because that's the Governor,

17 not MDOT, right?

18      MR. HUME:  I think that may be technically correct.

19      What we rely on principally is the legislation that

20 prohibited MDOT and MFS, the two state agencies from signing an

21 agreement relating to the construction of the NITC/DRIC and

22 they signed that agreement.

23      They bound the state to a contract that they were

24 specifically prohibited from doing.  And the governor can't do

25 it because he needs legislative approval which the Attorney

1  General said in an opinion that we cited to the Court

2  yesterday, and which MDOT said and FHWA said and the State

3  Department said, before all of this they say you're going to

4  have to get state legislative approval.  The State Department

5  themselves said that.

6       We showed the Court the document yesterday where they

7  said before you can come and get a State Department permit you

8  need legislative approval.  So we think it's clear it's

9  illegal.  It's entered to in violation of state law and that

10 that's a federal issue because Congress never authorized the

11 State Department to approve an illegal agreement.

12      The Court asked Mr. Collins a question about when

13 sovereigns become market participants.  I just want to be clear

14 that what we're saying is that the people who are trying to

15 build the NITC/DRIC which is Canada, and the corporation Canada

16 created, the Windsor Detroit Bridge Authority, are engaged in

17 commerce and that MDOT on the U.S. side is engaged in commerce

18 because they're the partner to try to build it, but the people

19 we're saying are violating our equal protection rights are,

20 should be, and are ostensibly acting as sovereigns, the Coast

21 Guard.

22           THE COURT:  Right, no, I understand.

23           MR. HUME:  We're not suing Michigan right now for

24 equal protection.

25           THE COURT:  That's, I actually knew that, but you're

1   right.  Got that sort of mixed up in the discussion with

2   Mr. Collins, but you're absolutely correct.  I would have

3   figured that out by the time I wanted to write it down.  I

4   would have said no, no, there's a problem with this.

5           MR. HUME:  Okay.  I think the only other thing

6   Mr. Collins addressed was the issue of harm, irreparable harm

7   around the ability to come back later.

8           THE COURT:  Yes.

9           MR. HUME:  Mr. Moroun spoke to that yesterday.  I

10   think the Court understands exactly what we're saying.

11           For example, let's say we win in persuading you that we

12   should have the Coast Guard permit, we should have gotten it

13   ten years ago, but they've already got theirs.  Now we think

14   we'll invalidate theirs if they do get it, but let's say we win

15   on part of the case and not on others.  But now we're in a

16   different position.  I don't know how you fix that.

17           So that race dynamic is a big part of what we're saying.

18   And we're also saying, but for all of what's been happening we

19   would be in a different position already today.  We'd have our

20   Twin Span.  We'd be offering a better product to our services,

21   to our customers, better service.  We'd have better customer

22   goodwill.

23           People right now go over an old bridge that's constantly

24   under repair.  They'd be going over a better bridge.  Every day

25   that goes by we suffer that and that is also part of what we're

1    saying and of course we laid out, you know, the other arguments

2    in the briefs about violation of constitutional rights.

3           THE COURT:  I had another question for Mr. Collins

4    and you may want to respond when I ask him, okay.

5           MR. HUME:  Yes.

6           THE COURT:  Mr. Collins, if you would.

7           There was reference by Mr. Hume earlier and he presented

8    some letters indicating or an affidavit indicating that Detroit

9    had been told by Lansing don't sell.  Don't sell any rights of

10   any kind to the bridge company.  Don't sell.

11          What do I do with that?

12          MR. COLLINS:  I don't --

13          THE COURT:  Now is that acting as a sovereign or is

14   that acting as a commercial competitor?  Don't allow these

15   people to get their permit.

16          MR. COLLINS:  Well, Your Honor, in the first instance

17   I don't know that I necessarily accept the premise.

18          THE COURT:  Well no, no, I agree with you.  I mean, I

19   understand you haven't talked to anybody, so you don't know if

20   it's actually true.

21          But I have a declaration of Mr. Stamper here followed by

22   a letter of Thomas Lynn of Miller Canfield.  Poor Mr. Lynn, he

23   doesn't even know his name is being taken in vain and it says

24   that Mr. Brown said that there had been an instruction -- this

25   is in paragraph 21 -- Mr. Brown said that there had been an

1  instruction from Lansing to the City of Detroit not to sell

2  DIBC an easement for the river side air space and Lansing had

3  informed him that it would object to any efforts by DIBC to

4  acquire an easement.  The instruction was made by Lansing, not

5  the City of Detroit he emphasized.

6          MR. COLLINS:  I have no idea when that supposed

7  instruction came, Your Honor.

8          THE COURT:  October 22, 2013.

9          MR. COLLINS:  2013, okay.  Well, we have a resolution

10 from the City Council of Detroit well before that's in the

11 record from Coast Guard on Count IV that where the city said we

12 have no intention of selling this land.

13         THE COURT:  Of course, the city said that then and

14 then the city said something else later and, you know, life is

15 life.

16         But the question is whether Lansing; that is, the State

17 of Michigan and maybe you don't know, in which event you can go

18 and talk to somebody and submit an affidavit of your own if you

19 want.  Because otherwise, I have an unanswered affidavit that

20 the State of Michigan, and I find it hard to put it as a

21 sovereign in such a decision process, has contacted the City of

22 Detroit through its administrator to say don't sell anything to

23 these people.

24         MR. COLLINS:  Well, I believe that seems to me

25 sovereign activity, Your Honor, because they're exercising

1  their authority.  I don't know.

2          THE COURT:  Do they have authority to tell the City

3  of Detroit what it can sell and not sell?

4          MR. COLLINS:  I assume ultimately yes, the executive

5  of Michigan --

6          THE COURT:  No, no, you got to get into state law.

7          MR. COLLINS:  Admittedly not.

8          THE COURT:  Probably not.  Probably not, probably the

9  city has some of its own little --

10         MR. COLLINS:  I'm sure it has its own authority, Your

11 Honor, yes.  I would be happy to --

12         THE COURT:  Why don't you, you're back trying to

13 figure out the regulation and whether that's ever happened

14 again.

15        Why don't you contact Mr. Brown and say, I have this

16 declaration from Mr. Stamper and I would like to know what you

17 have to say about it.

18         MR. COLLINS:  Absolutely, Your Honor.

19         THE COURT:  That would be very helpful.

20         MR. COLLINS:  Thank you.

21         THE COURT:  Thank you.

22        All right.  I think I have exhausted you if not me and I

23 have another matter to go to, but I -- in case you're

24 interested, this is not easy for me.

25        There are lots of different pieces to it and I haven't

1  gotten a real explanation as to why we're in this mess, but

2  I'll try to figure out the three questions without -- I don't

3  need to be a commercial competitor.  I'm just the Judge.  I'll

4  go back and do my Judge thing and let you guys figure out

5  running bridges, okay.

6        Thank you everybody.  And most particularly, thank you

7  for coming back today.  Please tell all of your other clients

8  that I thank them too.

9        (Proceedings concluded at 11:30 a.m.)

10                          -oOo-

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                            CERTIFICATE

2          I certify that the foregoing is a true and correct

3    transcript, to the best of my ability, of the above pages, of

4    the stenographic notes provided to me by the United States

5    District Court, of the proceedings taken on the date and time

6    previously stated in the above matter.

7          I further certify that I am neither counsel for, related

8    to, nor employed by any of the parties to the action in which

9    this hearing was taken, and further that I am not financially

10   nor otherwise interested in the outcome of the action.

11

12

     _____          _____

13   /s/ Crystal M. Pilgrim, RPR          Date:  May 13, 2014

14

15

16

17

18

19

20

21

22

23

24

25

'30s [1]   34/23
'46 [1]   15/9
'72 [2]   16/18 20/8

—

-------------------------

 1/7
-oOo [1]   53/10

/

/s [1]   54/13

1

10-476 [2]   1/3 3/2
10:10 [1]   1/5
110 [1]   11/2
110-2 [2]   11/6 11/7
111 [1]   1/23
114.25 [1]   13/9
11:30 [1]   53/9
12225 [1]   1/17
13 [1]   54/13
149 [1]   41/24
15 [3]   8/9 8/10 38/17
16 [2]   8/9 8/13
17 [2]   8/10 9/22
1899 [2]   4/18 15/7
1906 [6]   11/13 16/15
 16/16 16/22 17/7 21/24
1946 [10]   10/18 11/5
 11/12 12/16 12/22 14/7
 16/8 20/6 31/2 31/4
1972 [1]   16/2
1990s [1]   34/24

2

20 [2]   11/9 34/24
20001 [1]   2/4
20004 [1]   1/20
20015 [1]   1/15
2013 [3]   8/3 51/8 51/9
2014 [2]   1/5 54/13
209.320 [1]   11/24
209.330 [2]   31/4 31/5
209.340 [1]   13/7
209.345 [3]   13/6 15/1
 19/2
21 [2]   8/18 50/25
22 [1]   51/8
22nd [1]   9/4
2487 [1]   1/24

3

30 [1]   11/9
309.45 [1]   14/17
33 [1]   13/9
333 [1]   2/4
381 [1]   23/10

4

44 [1]   41/24
45 [1]   41/24
476 [2]   1/3 3/2
48089 [1]   1/18
49503-2487 [1]   1/24

5

5301 [1]   1/15

60 [2]   34/16 34/18
601 [1]   1/20

9

900 [1]   1/23
92 [1]   22/6
931 [1]   23/10
963 [1]   23/11
9th [1]   8/4

A

a.m [2]   1/5 53/9
ability [3]   16/23 49/7
 54/3
able [2]   43/21 44/25
about [33]   3/16 3/20 5/9
 7/22 15/3 17/9 17/14
 17/20 18/3 20/24 21/3
 26/12 27/24 27/25 27/25
 28/2 28/15 28/16 28/16
 31/13 31/16 34/16 36/14
 39/15 39/17 42/23 43/1
 43/1 43/16 43/17 48/12
 50/2 52/17
above [6]   13/3 13/4 13/7
 13/11 54/3 54/6
abruptly [1]   3/10
absolutely [6]   6/14 17/22
 40/8 43/22 49/2 52/18
abutments [1]   7/7
accept [2]   36/25 50/17
accurate [1]   27/19
acquire [3]   38/11 38/13
 51/4
Acre [1]   25/23
act [18]   3/18 10/24 11/12
 11/13 11/13 12/5 12/22
 14/22 15/6 15/8 15/10
 15/19 16/2 16/16 16/19
 16/20 16/22 21/24
acted [1]   9/8
acting [9]   39/7 39/25
 40/22 41/4 41/9 45/20
 48/20 50/13 50/14
action [7]   3/2 4/2 17/15
 38/24 42/2 54/8 54/10
actions [3]   6/5 39/17
 39/18
activity [2]   40/13 51/25
acts [3]   12/24 30/2 39/16
actual [2]   7/6 42/12
actually [16]   6/5 7/15
 12/7 17/11 17/20 18/24
 22/19 30/14 31/17 36/10
 37/16 42/9 42/14 44/8
 48/25 50/20
add [1]   26/19
address [2]   10/20 39/16
addressed [2]   20/23 49/6
addressing [1]   23/23
adjudicate [1]   31/7
administrative [3]   10/24
 28/19 44/21
administrator [1]   51/22
admits [1]   46/14
Admittedly [1]   52/7
advance [1]   36/21
affidavit [5]   8/23 9/19
 50/8 51/18 51/19

afraid [1]   3/14
after [3]   11/10 13/15
 16/2 20/8 34/22
again [12]   3/10 10/3
 11/11 11/24 17/10 18/2
 23/19 27/18 30/8 39/15
 43/23 52/14
agencies [3]   22/14 34/1
 47/20
agency [6]   5/4 5/4 17/2
 44/23 45/19 45/19
agency's [3]   22/11 22/12
 43/8
ago [3]   17/17 34/24 49/13
agonizing [1]   7/13
agree [14]   14/15 16/9
 19/12 19/14 21/8 22/7
 22/20 25/1 39/6 40/7
 46/18 47/6 47/9 50/18
agreed [1]   27/19
agreement [19]   24/7 24/12
 36/9 37/8 37/9 37/24
 38/20 38/25 39/2 46/11
 46/21 46/23 47/1 47/3
 47/9 47/14 47/21 47/22
 48/11
agrees [1]   30/7
ahead [2]   4/14 23/25
aided [1]   2/6
air [5]   7/9 15/17 22/23
 47/11 51/2
al [2]   1/6 3/4
all [40]   3/22 6/5 6/17
 7/6 8/5 12/12 12/13 14/12
 15/2 15/15 15/15 16/7
 16/12 17/12 18/16 18/18
 18/25 23/14 26/10 27/24
 27/25 28/2 28/22 28/25
 30/11 31/17 34/25 35/7
 36/6 36/24 38/4 39/14
 41/8 44/21 45/6 47/12
 48/3 49/18 52/22 53/7
alleged [2]   9/8 42/14
allow [1]   50/14
allowed [1]   45/18
allowing [1]   43/22
allows [1]   37/10
almost [1]   44/20
alone [1]   4/10
along [1]   11/12
Alpha [1]   16/22
already [7]   9/8 9/24
 22/10 22/13 44/4 49/13
 49/19
also [3]   14/5 49/18 49/25
although [1]   42/22
Always [1]   26/8
am [2]   54/7 54/9
Ambassador [7]   27/11
 32/12 34/22 40/10 40/12
 40/12 44/2
amendment [1]   20/18
America [1]   34/20
amount [1]   47/7
angles [1]   31/13
another [11]   16/21 18/18
 19/6 22/11 22/12 27/6
 32/17 39/4 39/8 50/3
 52/23
answer [3]   7/7 8/25 10/14
answered [1]   7/18

**A**   Case 1:10-cv-00476-RMC

anticipated [1]   7/1
any [29]   4/18 9/25 19/21
  19/24 21/2 21/11 21/12
  25/2 28/5 29/16 30/4
  30/11 31/14 35/16 36/16
  36/16 37/22 39/20 40/4
  41/6 42/12 43/25 44/8
  45/11 46/3 50/9 50/10
  51/3 54/8
anybody [1]   50/19
anyone [5]   5/4 10/1 25/9
  26/12 45/1
anything [7]   10/1 11/20
  17/8 26/8 35/19 38/5
  51/22
anywhere [2]   25/9 37/3
APA [1]   11/10
apparently [1]   10/7
APPEARANCES [2]   1/12 2/1
appears [1]   5/14
applicable [1]   27/20
applicant [1]   31/25
application [7]   13/14
  20/5 30/13 42/11 43/3
  43/24 47/8
applications [2]   20/7
  27/23
applied [6]   5/10 15/25
  17/6 19/10 21/17 46/22
applies [1]   16/3
apply [4]   14/8 16/1 16/13
  17/21
applying [2]   7/3 20/8
appointee [1]   9/18
appraisal [1]   10/1
appreciate [2]   5/25 10/14
appreciated [2]   36/3
  46/11
approaches [3]   20/14
  20/15 30/1
appropriate [1]   46/8
approval [16]   4/17 9/9
  13/18 18/8 18/13 21/2
  21/12 21/17 35/7 46/20
  46/24 46/25 47/4 47/25
  48/4 48/8
approvals [2]   22/18 41/8
approve [5]   13/12 13/17
  26/5 29/25 48/11
approved [1]   35/18
are [53]   4/20 5/10 5/21
  6/6 6/17 7/4 7/24 11/14
  11/15 12/14 13/19 14/9
  17/4 18/6 22/10 22/11
  22/13 25/2 25/4 25/10
  26/5 26/20 28/9 28/17
  28/20 28/20 29/9 29/10
  31/9 31/11 32/22 33/19
  34/4 35/17 37/10 37/25
  38/1 38/8 41/18 41/18
  43/2 43/15 43/19 43/19
  44/1 44/14 44/14 48/14
  48/16 48/19 48/19 48/20
  52/25
area [1]   28/24
aren't [2]   18/3 25/25
argued [1]   3/20
arguendo [1]   7/2
arguing [1]   46/13

argument [14]   5/19 5/19
  7/22 20/3 26/18 26/19
  26/25 27/3 27/22 33/22
  41/25 42/7 46/10 46/10
arguments [3]   17/20 35/25
  50/1
around [3]   13/10 24/5
  49/7
as [44]   3/12 3/22 6/13
  8/3 8/9 13/20 14/19 14/19
  14/20 14/21 15/1 15/11
  15/20 19/22 20/4 20/9
  25/3 25/10 25/12 25/13
  26/7 26/7 28/7 28/10
  30/16 30/16 31/10 32/11
  36/23 36/24 37/15 39/8
  39/8 39/16 39/25 40/22
  41/4 41/9 45/24 48/20
  50/13 50/14 51/20 53/1
aside [3]   9/2 28/4 28/22
ask [3]   7/17 7/23 50/4
asked [9]   6/20 6/22 7/15
  7/16 7/23 8/24 21/15
  35/12 48/12
asking [2]   42/17 46/24
assignment [1]   12/7
assume [6]   19/19 19/20
  20/9 45/2 45/3 52/4
assuming [4]   7/2 15/23
  15/24 20/6
Attached [1]   9/19
attaches [1]   11/5
attack [1]   42/2
attendant [1]   21/11
attention [1]   42/8
Attorney [4]   38/21 38/22
  39/2 47/25
authority [52]   3/17 3/25
  10/17 12/5 12/11 12/21
  13/2 13/5 13/8 13/11
  13/19 13/20 13/23 14/2
  14/6 14/14 14/18 14/20
  14/21 14/22 14/23 15/1
  15/6 15/12 15/17 15/18
  15/21 16/1 16/15 16/16
  18/20 19/4 23/16 23/24
  25/24 26/18 27/14 28/23
  29/1 29/1 29/5 29/6 30/2
  41/13 41/17 45/11 46/2
  46/8 48/16 52/1 52/2
  52/10
authority/right/whatever [1]
  3/17
authorization [8]   4/15
  4/16 5/9 20/17 21/24
  33/14 33/16 33/18
authorize [1]   14/2
authorized [5]   4/20 5/3
  33/19 35/17 48/10
authorizes [2]   16/17 22/1
authorizing [2]   13/13
  18/21
Avenue [2]   1/15 2/4
aware [5]   19/24 37/3 44/1
  45/11 45/14
away [2]   34/17 34/18

**B**

back [14]   8/15 15/14 19/7
  19/25 23/16 23/20 26/14
  32/13 38/1 47/14 49/7

52/12 53/4 53/7
backpacks [1]   9/17
bankruptcy [1]   9/17
based [3]   5/13 43/2 43/6
basic [1]   39/12
basically [1]   12/22
basis [4]   4/2 23/17 43/4
  45/3
Bay [1]   35/5
be [56]
bears [1]   24/25
became [1]   26/4
because [57]
become [2]   39/22 48/13
becomes [2]   34/12 40/23
been [23]   5/2 5/7 5/16
  5/20 7/20 7/25 8/1 8/9
  9/10 9/12 12/2 21/16 26/8
  30/8 30/19 31/9 32/5
  35/7 45/20 49/18 50/9
  50/24 50/25
before [15]   1/9 7/10
  10/11 12/11 19/7 30/7
  30/19 32/24 35/8 35/13
  35/14 35/16 48/3 48/7
  51/10
begin [1]   23/15
beginning [1]   13/22
begins [2]   18/2 18/2
behind [1]   37/23
being [8]   6/3 6/19 15/3
  25/2 26/20 27/6 43/10
  50/23
believe [11]   16/19 28/10
  31/4 35/21 35/25 37/7
  39/1 39/10 41/5 41/6
  51/24
below [1]   13/24
best [3]   3/21 31/10 54/3
better [4]   49/20 49/21
  49/21 49/24
between [9]   7/20 14/1
  14/4 24/6 26/19 40/21
  41/15 44/8 45/23
beyond [2]   16/15 28/13
big [1]   49/17
bit [5]   6/21 7/9 13/2
  25/14 39/11
Black [1]   25/23
blah [3]   47/12 47/12
  47/12
block [7]   5/5 5/15 10/8
  21/18 33/23 36/1 36/17
blocked [3]   5/20 6/3 6/19
blocking [1]   36/1
blood [1]   37/22
Blue [1]   34/17
blunted [1]   26/20
board [3]   5/13 5/14 5/15
boarder [1]   28/16
Boies [1]   1/14
border [2]   15/16 26/22
both [4]   3/20 9/13 35/3
  45/25
bottom [1]   22/20
bought [1]   18/17
bound [1]   47/23
boxes [1]   43/24
brainer [1]   6/17
BRIAN [2]   1/19 3/7
bridge [122]
bridges [16]   12/14 12/15

**B**   Case 1:10-cv-00476-RMC

bridges... [14]   12/15
 14/1 14/1 14/8 15/22
 15/25 16/1 16/3 25/25
 32/22 34/16 34/25 40/22
 53/5
brief [5]   10/25 33/13
 41/23 41/24 45/10
briefs [5]   23/1 23/9
 25/21 31/5 50/2
bringing [2]   34/5 34/20
broad [1]   42/11
broader [1]   16/13
Brown [6]   8/19 8/19 9/1
 50/24 50/25 52/15
build [32]   4/17 4/21 5/1
 5/18 5/21 5/22 5/22 5/23
 5/23 12/23 12/24 14/6
 15/2 15/6 15/16 16/23
 18/6 18/20 25/18 29/1
 29/8 31/17 31/18 31/25
 32/1 33/17 33/18 33/19
 33/21 34/13 48/15 48/18
builder [3]   19/3 21/3
 21/5
building [4]   16/25 18/4
 29/2 37/18
built [13]   5/16 5/17
 12/15 23/3 25/22 25/25
 27/6 34/22 34/23 34/24
 34/25 35/7 43/20
business [4]   19/17 27/7
 27/13 28/10
buy [6]   8/1 10/10 17/9
 21/19 36/20 36/21

**C**

CA [1]   1/3
calendars [1]   3/11
call [3]   20/9 20/11 25/1
called [2]   4/16 14/14
calls [1]   3/23
came [6]   6/19 10/18 17/16
 25/19 25/23 51/7
can [50]   3/24 3/24 8/5
 11/25 13/1 13/2 13/3 15/2
 15/12 16/13 19/8 21/16
 21/21 22/3 22/5 22/16
 23/15 23/16 25/22 27/10
 27/21 28/6 30/18 30/25
 31/10 31/16 31/17 31/25
 32/5 33/2 33/13 34/9
 34/12 35/13 35/14 36/22
 36/24 37/1 37/4 37/5 42/4
 42/14 44/6 45/22 46/3
 46/5 46/8 48/7 51/17 52/3
can't [19]   5/22 5/23
 11/16 14/19 22/22 23/8
 26/2 27/2 30/19 32/20
 39/8 42/1 43/8 45/4 45/14
 45/25 46/19 46/20 47/24
CANADA [21]   1/6 3/3 5/12
 5/13 15/15 26/21 28/11
 34/19 36/17 36/18 37/1
 37/3 37/11 37/18 37/21
 39/15 39/15 39/16 45/16
 48/15 48/15
Canada's [1]   39/17
Canadian [3]   36/22 37/6
 37/12

Canfield [1]   50/22
cannot [2]   31/7 33/22
capacity [1]   40/23
capital [1]   9/6
care [2]   7/8 44/4
careful [3]   18/19 18/19
 21/1
carry [1]   38/25
case [10]   5/18 7/11 13/21
 23/9 25/7 26/10 28/17
 43/21 49/15 52/23
cases [3]   13/14 13/18
 31/6
casting [1]   27/4
cause [1]   43/25
center [2]   1/23 3/15
CenTra [1]   1/17
centric [1]   37/14
certain [1]   38/11
certainly [1]   47/14
CERTIFICATE [1]   54/1
certify [2]   54/2 54/7
cetera [2]   38/9 38/9
CFR [1]   13/9
challenge [2]   43/4 43/10
challenged [1]   28/19
challenges [1]   44/21
challenging [1]   44/22
change [5]   16/19 17/17
 33/4 33/7 37/13
changed [3]   16/10 16/18
 17/7
changing [1]   3/11
channel [1]   31/14
characterize [1]   25/11
charge [1]   9/18
charter [2]   18/9 18/10
check [2]   32/18 38/19
checking [1]   43/23
Chesapeake [1]   35/6
Chief [2]   8/20 8/20
choosing [1]   44/14
circumvent [1]   45/18
cited [4]   23/1 25/21 31/5
 48/1
citizen [1]   38/7
city [17]   7/12 8/11 9/4
 9/18 9/20 10/5 46/5 46/6
 51/1 51/5 51/10 51/11
 51/13 51/14 51/21 52/2
 52/9
Civil [1]   3/2
claim [5]   40/2 40/5 40/8
 42/22 42/24
claims [1]   31/8
clarification [1]   46/12
clear [11]   5/24 6/1 12/21
 18/21 20/4 22/16 22/18
 23/7 27/7 48/8 48/13
clearly [2]   14/13 22/11
clients [1]   53/7
close [2]   28/24 31/13
closed [1]   35/3
cloudy [1]   36/24
Coast [41]   5/14 7/2 7/22
 10/4 10/25 12/7 13/6
 15/14 18/19 20/6 22/6
 22/8 22/21 23/5 24/1 24/7
 24/9 24/10 24/11 24/15
 29/22 30/9 30/9 30/10
 31/22 32/12 35/11 41/7

Canfield [1]... cont. 06/13/14

41/8 41/13 42/2 42/3 43/1
 43/4 43/13 43/23 46/14
 46/17 48/20 49/12 51/11
codification [1]   19/11
collapse [1]   7/13
collapsed [2]   23/3 23/3
COLLINS [16]   1/19 3/7
 15/24 19/22 23/14 23/15
 33/8 33/10 36/6 36/8
 46/12 48/12 49/2 49/6
 50/3 50/6
Collins' [1]   22/16
COLLYER [1]   1/9
COLUMBIA [2]   1/1 2/3
come [7]   21/15 30/15
 32/21 32/24 45/3 48/7
 49/7
comes [5]   6/15 18/13
 32/11 32/14 45/2
coming [6]   13/16 23/19
 31/20 34/19 44/9 53/7
commencement [1]   13/15
comments [1]   38/17
commerce [3]   35/25 48/17
 48/17
commercial [9]   28/10
 34/20 39/7 39/9 39/21
 39/23 41/15 50/14 53/3
company [21]   1/3 3/3 4/6
 4/17 5/1 5/2 5/5 5/6 6/3
 6/5 7/6 7/20 8/11 8/14
 8/17 9/10 10/2 25/13
 33/18 35/20 50/10
competing [1]   26/12
competitor [6]   34/16
 34/17 40/23 41/3 50/14
 53/3
competitor's [1]   34/16
complain [1]   43/15
complete [2]   11/8 11/9
completed [1]   6/5
completely [4]   7/23 17/5
 21/8 33/10
completion [1]   13/15
Compliance [1]   8/20
computer [1]   2/6
computer-aided [1]   2/6
conceivably [2]   17/2 17/2
concept [2]   25/4 39/12
concern [2]   17/10 17/11
concerned [3]   31/9 31/16
 41/14
concerns [1]   16/25
conclude [1]   9/14
concluded [1]   53/9
condemned [1]   40/11
conditions [4]   22/9 22/10
 22/13 29/10
conducting [1]   19/17
confident [1]   34/8
conflicting [1]   31/6
Congress [23]   12/6 12/23
 14/22 15/7 15/19 16/24
 17/1 18/21 25/12 25/16
 26/8 27/15 28/25 29/7
 29/11 29/12 29/14 30/3
 31/17 31/19 31/22 35/18
 48/10
Congress' [1]   4/17
congressional [3]   18/3
 21/17 33/18

**C**

connection [1]   24/6
connotations [1]   3/23
consent [3]   29/11 29/12
 31/19
conspiracy [1]   27/5
constantly [1]   49/23
Constitution [1]   2/4
constitutional [1]   50/2
construct [6]   12/6 19/3
 21/3 21/5 25/8 27/15
constructed [1]   13/7
constructing [1]   39/19
construction [3]   21/2
 29/20 47/21
contact [1]   52/15
contacted [1]   51/21
context [4]   18/1 18/16
 19/2 20/5
continue [1]   27/9
continued [1]   2/1
contract [1]   47/23
conversation [1]   43/17
copies [1]   8/7
corporation [1]   48/15
correct [7]   18/12 19/19
 19/20 40/9 47/18 49/2
 54/2
correction [2]   24/2 34/7
costs [1]   34/10
could [20]   3/13 9/3 11/1
 13/23 13/25 14/2 14/25
 15/4 15/13 15/14 17/3
 17/14 21/15 21/25 27/19
 31/21 33/17 35/1 42/12
 45/1
Council [1]   51/10
counsel [1]   54/7
Count [4]   6/2 6/15 25/21
 51/11
country [3]   4/18 34/25
 45/12
couple [2]   9/2 16/6
course [4]   3/22 9/6 50/1
 51/13
court [38]   1/1 2/2 2/2
 2/3 6/19 7/15 7/19 7/22
 8/14 8/15 9/14 10/3 10/17
 10/22 11/4 11/12 11/25
 13/8 17/16 20/24 21/14
 23/5 28/20 34/14 35/12
 35/12 38/16 42/11 44/2
 44/3 44/6 44/7 45/14 48/1
 48/6 48/12 49/10 54/5
Court's [2]   10/9 33/16
create [1]   27/5
created [1]   48/16
cross [3]   16/19 22/16
 39/19
crossed [1]   22/23
crossing [15]   24/6 27/6
 36/9 37/8 37/23 38/20
 38/25 39/2 46/11 46/21
 46/23 47/1 47/3 47/9
 47/14
crossings [4]   24/12 27/21
 27/22 28/6
crowding [1]   26/22
CRYSTAL [2]   2/2 54/13
current [1]   26/17

**D**

D.C [1]   1/4
Dan [1]   8/14
dance [1]   45/23
date [2]   54/5 54/13
day [1]   49/24
DC [3]   1/15 1/20 2/4
deal [3]   9/3 34/23 37/23
dealing [1]   7/11
decade [1]   5/20
decide [3]   12/22 12/24
 42/3
decided [2]   5/2 36/18
decision [17]   26/7 27/8
 27/13 28/19 34/2 42/4
 43/1 43/5 43/8 43/10
 44/20 44/23 44/24 44/25
 45/2 45/5 51/21
declaration [3]   8/13
 50/21 52/16
Defendants [2]   1/7 1/19
defense [1]   3/7
defining [1]   15/20
delivered [1]   9/23
demonstrate [1]   42/15
demonstrative [1]   22/6
denies [1]   43/13
department [27]   1/19 4/24
 5/14 12/8 12/21 13/12
 16/17 16/18 18/19 19/10
 19/12 19/15 19/22 20/6
 23/2 23/4 29/15 29/18
 31/7 38/17 41/7 43/3 47/8
 48/3 48/4 48/7 48/11
depending [1]   31/14
describe [1]   29/7
description [2]   7/11
 47/10
designed [1]   37/9
despite [1]   29/20
determination [2]   30/16
 31/11
determined [1]   28/20
DETROIT [27]   1/3 3/2 4/5
 7/12 7/20 8/12 8/16 9/11
 9/16 9/17 9/24 26/19
 27/16 27/22 27/23 31/18
 35/20 35/22 37/15 37/16
 48/16 50/8 51/1 51/5
 51/10 51/22 52/3
DIBC [4]   3/18 16/20 51/2
 51/3
did [10]   3/12 4/7 7/17
 7/22 14/11 14/12 16/19
 21/20 38/19 41/21
didn't [8]   7/8 7/13 14/7
 15/25 21/19 30/10 34/15
 34/15
died [1]   23/4
difference [1]   41/6
different [7]   5/18 5/19
 26/22 33/2 49/16 49/19
 52/25
difficulties [1]   7/11
direction [2]   19/8 35/4
disaster [1]   23/10
discriminatory [1]   4/21
discuss [1]   14/17

customer [1]   49/21
customers [1]   49/21

discussion [3]   28/4 38/19
 49/19
dispute [2]   17/14 45/16
distinction [2]   12/18
 41/15
DISTRICT [7]   1/1 1/1 1/10
 2/3 2/3 28/18 54/5
diving [1]   12/11
do [34]   3/16 4/1 4/11
 7/14 9/3 10/4 15/2 19/21
 20/15 21/21 22/1 22/24
 24/10 26/17 34/25 35/8
 35/8 35/17 39/18 39/21
 42/5 43/1 44/11 44/16
 45/15 46/3 46/7 47/9
 47/24 49/14 50/11 50/11
 52/2 53/4
docket [4]   1/3 11/1 11/4
 41/24
document [5]   11/2 38/18
 38/23 47/7 48/6
documents [2]   7/25 8/5
does [18]   3/18 6/2 11/12
 14/17 16/4 16/20 21/10
 24/9 30/23 35/5 35/21
 38/5 38/13 39/20 39/22
 39/24 44/2 46/6
doesn't [15]   17/21 18/25
 19/1 20/8 21/6 21/11 28/3
 36/16 39/1 41/19 44/12
 44/18 46/13 46/21 50/23
doing [6]   21/21 29/15
 29/23 29/25 30/10 47/24
dollars [2]   9/25 36/22
domain [16]   36/15 37/1
 37/2 37/4 37/5 38/6 38/12
 38/14 41/10 41/20 45/10
 45/13 45/17 45/25 46/5
 46/10
domestic [10]   12/14 12/15
 12/23 14/1 15/9 15/22
 15/25 18/6 20/7 29/9
don't [60]
done [9]   6/13 21/22 32/5
 35/13 35/14 35/16 36/24
 43/13 44/25
dotted [1]   22/23
doubt [9]   17/25 17/25
 18/15 18/24 19/2 20/8
 20/24 20/25 21/3
Doug [1]   3/7
DOUGLAS [1]   1/21
down [7]   6/1 13/2 13/3
 14/16 22/23 35/3 49/3
DOZEMAN [2]   1/21 3/7
draw [2]   3/24 42/8
dress [1]   42/23
DRIC [4]   9/7 46/22 47/21
 48/15
dynamic [1]   49/17

**E**

e-mails [1]   5/13
earlier [2]   43/17 50/7
easement [12]   8/1 9/5
 9/11 9/15 9/21 9/25 21/19
 22/23 35/21 46/7 51/2
 51/4
easements [1]   17/9
easier [1]   46/9
Eastern [1]   28/18

easy [1]   52/24
effect [2]   38/6 43/19
effort [1]   8/1
efforts [1]   51/3
either [6]   3/13 7/5 20/6
 23/15 24/14 44/14
elephant [1]   20/1
eliminating [1]   21/11
else [6]   21/20 25/9 26/12
 29/2 32/25 51/14
emergency [1]   8/11
emphasis [1]   24/25
emphasize [2]   9/12 19/6
emphasized [2]   7/19 51/5
employed [1]   54/8
empowers [1]   22/24
enacted [1]   10/24
end [1]   18/15
endeavors [1]   39/7
enforce [2]   22/8 22/13
enforceable [2]   22/9
 22/11
engaged [2]   48/16 48/17
engages [1]   39/7
enjoin [1]   44/22
enter [1]   8/22
entered [1]   48/9
entirely [1]   40/3
entities [1]   26/21
entitled [2]   5/5 44/7
entitlement [1]   42/15
entity [3]   28/10 39/7
 39/9
entrance [2]   41/15 41/16
environmental [3]   4/23
 17/12 17/13
EPA [1]   17/16
equal [6]   40/2 40/4 40/8
 42/23 48/19 48/24
equitable [1]   42/12
equivalent [2]   23/4 35/24
Esquire [7]   1/13 1/13
 1/14 1/16 1/19 1/21 1/22
essence [1]   42/24
essentially [1]   9/1
et [4]   1/6 3/3 38/9 38/9
even [17]   7/10 7/16 10/9
 13/25 15/9 16/3 20/5
 21/17 25/19 27/10 27/18
 33/20 33/22 34/17 37/23
 46/20 50/23
event [1]   51/17
eventually [6]   5/15 6/18
 9/15 35/21 36/1 38/1
ever [7]   17/6 32/24 40/3
 44/25 45/4 45/12 52/13
every [6]   21/10 22/22
 26/3 34/10 34/11 49/24
everybody [2]   30/7 53/6
everyone [2]   3/9 8/8
everything [4]   15/18 22/7
 30/1 36/15
evidence [1]   19/21
exactly [4]   22/3 31/15
 34/12 49/10
examination [1]   22/17
example [1]   49/11
exceed [1]   22/3
exceeded [1]   21/23

excerpt [1]   11/7
exclude [3]   25/8 26/12
 27/16
exclusive [1]   28/24
exclusivity [3]   5/19 34/5
 34/6
execute [1]   38/24
executive [2]   5/4 52/4
exercise [8]   25/18 26/20
 36/14 37/1 37/4 37/5 38/6
 46/5
exercising [1]   51/25
exhausted [1]   52/22
exhibit [8]   8/3 8/10 8/13
 9/22 10/25 11/5 38/17
 38/18
Exhibits [1]   8/9
existence [1]   14/13
existing [3]   16/3 19/11
 34/9
exists [1]   13/21
expect [1]   3/12
expend [1]   37/10
expenditure [2]   36/11
 36/12
expenditures [1]   47/16
experts [1]   26/2
explain [2]   31/10 34/15
explanation [1]   53/1
explicitly [1]   14/17
express [1]   3/10

F

face [1]   36/25
fact [8]   7/5 8/15 16/19
 22/16 34/14 35/24 36/3
 38/5
facts [4]   7/19 7/24 27/20
 43/2
factual [1]   34/7
fair [2]   9/25 47/7
fairness [1]   45/14
far [2]   26/15 30/16
federal [14]   13/20 13/23
 14/2 14/6 14/14 14/17
 14/20 14/21 14/21 14/23
 17/15 18/4 21/2 48/10
feds [1]   14/4
feel [1]   19/25
few [2]   32/23 45/10
FHWA [3]   5/12 5/13 48/2
fifth [2]   1/23 15/11
fights [1]   33/20
figure [8]   20/1 28/23
 29/4 32/23 36/9 52/13
 53/2 53/4
figured [1]   49/3
figuring [1]   31/20
final [4]   9/22 22/5 30/16
 45/5
finalized [1]   9/23
finally [2]   19/9 35/20
financial [4]   7/12 27/12
 27/22 47/15
financially [3]   27/21
 28/6 54/9
find [2]   11/1 51/20
fine [6]   17/17 18/7 18/8
 33/25 44/22 44/23
finish [1]   43/23
first [13]   3/16 3/18 5/16

 5/17 5/21 6/15 13/4 13/16
 16/7 16/12 42/22 44/24
 50/16
five [2]   9/24 36/21
fix [1]   49/16
Flexner [1]   1/14
focus [1]   15/22
focused [1]   12/14
follow [1]   5/25
followed [1]   50/21
following [1]   13/17
forcible [1]   22/13
foregoing [1]   54/2
foreign [1]   45/12
foreseeable [1]   28/5
form [4]   7/25 14/23 25/19
 25/23
forth [2]   8/16 32/13
forward [3]   21/15 42/4
 46/15
found [2]   13/9 23/17
four [1]   7/25
fourth [1]   15/11
franchise [15]   3/22 4/16
 12/1 12/6 12/8 23/16
 23/17 25/1 25/3 25/4 25/5
 25/7 25/11 26/18 28/24
franchises [1]   25/10
frazzled [1]   3/14
frazzles [1]   3/15
freeze [1]   17/5
friend [1]   19/8
frog [1]   5/21
front [2]   38/1 38/3
fulfill [1]   32/18
full [1]   7/7
fully [2]   20/23 20/23
function [1]   35/4
fundamental [1]   24/25
fundamentally [1]   16/14
funds [4]   36/11 36/12
 36/23 37/10
funnel [1]   45/22
further [3]   38/24 54/7
 54/9
future [1]   28/6

G

Gary [1]   8/19
gateway [1]   44/3
gave [1]   28/25
gen [1]   41/17
general [8]   11/10 25/23
 31/5 38/23 39/2 39/13
 40/2 48/1
General's [1]   38/21
generalization [1]   41/18
get [24]   6/6 9/14 9/15
 9/17 10/11 13/16 22/22
 25/17 34/15 34/15 35/21
 36/12 36/23 41/2 41/13
 44/15 44/25 45/4 46/25
 48/4 48/7 49/14 50/15
 52/6
gets [7]   12/22 12/24
 22/21 22/21 34/11 42/20
 44/16
getting [5]   3/14 19/9
 19/25 21/12 35/6
give [5]   11/4 15/18 21/1
 45/12 47/1

G    Case 1:10-cv-00476-RMC    Document 165    Filed 06/13/11

given [3]   10/7 28/7 31/14
gives [4]   25/6 26/11
27/16 29/12
glad [3]   4/12 7/15 36/17
go [23]   4/14 4/24 7/8 7/8
10/20 13/1 13/24 14/3
14/4 15/14 16/15 19/3
23/16 23/25 26/2 34/10
36/20 46/6 46/15 49/23
51/17 52/23 53/4
goes [6]   12/6 28/13 34/4
43/11 43/18 49/25
going [32]   7/7 7/20 9/20
10/3 12/23 15/16 15/18
21/1 22/8 26/5 27/11
28/12 29/5 32/13 33/4
36/15 37/12 38/8 39/15
40/18 40/19 41/18 43/15
43/19 43/21 45/1 45/2
45/3 47/11 47/12 48/3
49/24
gone [2]   15/13 33/10
good [5]   3/9 4/4 23/17
23/18 23/19
goodwill [1]   49/22
got [12]   5/13 5/14 5/15
18/18 20/1 24/5 27/14
35/8 37/22 49/1 49/13
52/6
gotten [3]   41/3 49/12
53/1
governed [1]   47/3
GOVERNMENT [10]   1/6 3/3
3/23 5/7 19/18 26/21
28/10 28/11 33/17 39/6
Government's [1]   33/15
governor [5]   9/6 9/6 10/7
47/16 47/24
governor's [1]   9/18
Grand [1]   1/24
grant [3]   16/18 24/11
35/23
granted [5]   12/5 17/11
25/4 29/6 31/19
grants [2]   3/18 43/13
gravamen [1]   42/22
great [1]   24/21
Guard [40]   5/14 7/2 7/22
10/4 10/25 12/7 13/6
15/14 18/19 20/7 22/6
22/8 22/21 23/5 24/1 24/7
24/9 24/10 24/11 24/15
29/22 30/9 30/9 30/10
31/22 32/12 35/11 41/7
41/8 41/14 42/2 42/3 43/1
43/13 43/23 46/14 46/17
48/21 49/12 51/11
Guard's [1]   43/4
guess [2]   12/11 41/21
guys [1]   53/4

**H**

had [18]   7/16 8/16 9/4
10/4 12/21 19/4 19/4
24/16 35/6 39/4 40/10
41/20 43/17 50/3 50/9
50/24 50/25 51/2
hadn't [1]   6/25
HAMIS [1]   1/13

Hamish [5]   3/5 4/5 4/7
4/8 4/19
hand [1]   11/25
handlers [1]   24/1
happen [1]   40/19
happened [3]   36/10 40/19
52/13
happening [3]   5/11 28/17
49/18
happens [3]   42/10 43/12
43/14
happy [4]   10/15 32/19
32/25 52/11
hard [3]   11/20 45/18
51/20
harder [2]   34/11 34/11
harm [4]   44/8 44/18 49/6
49/6
has [36]   3/22 4/18 5/2
5/7 7/25 9/8 9/10 9/17
10/2 10/5 10/7 12/1 14/22
17/1 17/6 18/16 19/22
20/7 21/16 26/8 30/19
31/19 31/25 32/5 32/21
32/24 38/5 41/9 44/6 44/7
44/15 45/16 45/20 51/21
52/9 52/10
hasn't [4]   6/5 16/10
16/18 17/7
have [107]
haven't [8]   7/19 15/24
21/16 21/22 46/3 46/8
50/19 52/25
having [2]   9/1 35/22
he [17]   6/25 7/18 8/15
8/18 9/2 9/8 19/3 19/4
22/19 33/20 33/24 34/5
46/12 47/25 50/7 50/22
51/5
he's [4]   8/16 8/16 34/1
46/13
head [1]   19/8
health [1]   4/22
hear [1]   23/14
heard [2]   15/24 36/2
hearing [6]   1/9 8/9 8/10
9/22 46/12 54/9
hearsay [1]   8/22
heart [3]   26/10 34/4
41/10
heartland [2]   34/19 34/19
held [2]   39/8 45/12
help [1]   38/16
helpful [1]   52/19
here [21]   3/11 4/1 5/11
8/14 8/15 12/13 17/3 25/6
25/14 26/10 28/23 30/8
30/9 30/11 31/21 31/24
36/18 41/22 42/19 42/22
50/21
hierarchy [1]   18/20
highlight [1]   11/11 11/24
highway [1]   36/23
him [5]   8/25 9/2 9/3 50/4
51/3
his [5]   19/8 33/22 33/22
34/3 50/23
historically [1]   32/23
history [1]   25/16
hold [1]   10/5
Homeland [1]   27/25

Honor [35]   4/4 4/15 8/21
9/19 12/21 16/21 23/18
23/21 24/23 24/25 25/15
26/24 28/14 29/24 30/22
31/10 32/8 33/1 33/13
36/4 38/1 39/10 40/17
41/12 42/19 42/20 43/8
44/14 45/9 46/11 50/16
51/7 51/25 52/11 52/18
HONORABLE [1]   1/9
hoops [1]   6/17
host [1]   29/9
housing [1]   38/8
how [16]   11/3 19/16 25/16
25/19 31/13 31/13 36/24
37/1 37/9 37/17 44/20
45/18 45/22 47/11 47/12
49/16
How's [1]   24/22
however [1]   42/11
hum [1]   32/4
HUME [8]   1/13 3/5 4/3 4/5
33/4 33/11 45/8 50/7
hundred [1]   36/21
hurdles [1]   22/16
hypothetically [1]   45/1

**I**

I'd [4]   3/20 10/15 11/4
46/2
I'll [4]   8/24 36/24 53/2
53/3
I'm [37]   3/14 4/12 6/20
10/19 14/13 15/16 15/24
17/5 17/5 19/24 19/25
20/1 20/3 20/23 22/19
26/14 27/18 28/22 29/4
29/5 31/13 33/4 34/7
36/17 37/3 39/15 39/17
40/18 41/2 42/17 43/7
45/1 45/11 45/14 47/14
52/10 53/3
I've [2]   5/25 36/15
IBA [1]   46/25
idea [3]   40/21 41/2 51/6
illegal [6]   39/2 43/2
43/6 46/21 48/9 48/11
imminent [17]   36/14 37/1
37/2 37/4 37/5 38/6 38/12
38/14 41/10 41/20 41/20
45/10 45/13 45/17 45/25
46/5 46/10
impact [1]   30/4
impacts [1]   17/13
implement [2]   12/22 38/25
implementation [1]   44/20
implementing [1]   17/2
important [6]   5/9 25/5
28/14 28/21 30/21 35/15
improperly [2]   6/4 7/3
Inc [1]   1/17
include [1]   20/14
includes [2]   22/10 26/19
including [2]   10/17 26/21
inconsistent [1]   34/8
indicating [2]   50/8 50/8
information [1]   43/6
informed [1]   51/3
infringement [1]   42/12
inherent [1]   31/11
injunction [2]   1/9 42/1

**I**  Case 1:10-cv-00476-RMC

injured [1]  45/2
injuries [2]  43/14 43/19
injury [4]  42/20 43/11
43/22 43/25
inside [1]  45/17
insistent [2]  7/4 7/4
instance [3]  32/21 44/24
50/16
instead [1]  3/15
instructed [1]  9/4
instruction [4]  50/24
51/1 51/4 51/7
integral [3]  31/11 47/3
47/9
intended [1]  24/8
intent [3]  33/20 33/21
33/23
intention [1]  51/12
interest [2]  25/25 32/16
interested [2]  52/24
54/10
interesting [1]  18/23
interfering [1]  26/1
internal [1]  19/11
international [25]  1/3
3/3 4/5 12/15 12/25 14/6
14/8 15/2 15/6 15/10
15/16 15/21 16/1 16/2
16/3 16/25 18/4 20/8
21/18 27/5 29/8 32/6
32/22 35/17 35/25
interstate [2]  15/9 35/24
invalidate [2]  46/20
49/14
involved [1]  38/5
irrelevant [1]  9/13
irreparable [1]  49/6
is [187]
isn't [6]  6/7 7/7 27/20
28/14 34/4 37/18
issuance [1]  31/6
issue [14]  13/13 24/24
27/21 30/11 30/14 30/20
32/11 32/19 41/11 41/12
43/1 47/15 48/10 49/6
issued [2]  18/10 46/16
issues [3]  3/15 17/3
28/17
issuing [1]  25/17
it [180]
it's [77]
its [15]  7/12 9/17 12/7
14/2 16/15 35/22 39/20
39/24 40/3 40/23 43/9
43/23 51/22 52/9 52/10
itself [1]  12/7
IV [4]  6/2 6/15 25/21
51/11

**J**

job [3]  22/25 23/5 23/7
joins [1]  20/13
Judd [1]  1/22
JUDGE [3]  1/10 53/3 53/4
judgment [5]  4/25 5/7 5/8
5/12 25/13
judicial [1]  45/15
jump [3]  6/18 6/18 23/11
jurisdiction [1]  22/12

just [42]  3/13 4/23 4/24
7/3 8/7 8/8 8/25 13/7 13/11 13/14
15/2 16/12 16/20 17/24
19/17 20/18 21/20 22/2
25/4 25/23 26/12 26/17
27/2 27/20 27/24 28/15
32/20 33/8 33/14 34/9
35/12 35/15 38/15 39/17
40/20 41/2 41/17 41/23
42/8 43/24 46/7 46/24
48/13 53/3
Justice [1]  1/19

**K**

KATHLEEN [2]  1/13 3/5
keep [2]  27/11 34/9
keeps [1]  34/5
KIERNAN [2]  1/13 3/6
kind [4]  3/14 6/15 35/5
50/10
knew [2]  24/20 48/25
know [33]  3/20 5/22 6/20
6/22 10/9 12/2 14/12
14/20 18/17 19/19 22/19
25/11 26/5 26/8 27/24
30/15 31/21 32/15 34/7
35/10 35/10 42/9 45/4
45/22 49/16 50/1 50/17
50/19 50/23 51/14 51/17
52/1 52/16

**L**

laid [1]  50/1
land [22]  14/3 15/13
15/15 15/15 17/9 18/9
18/17 18/18 18/25 19/4
20/4 20/9 21/7 21/19
30/20 30/24 31/11 36/20
36/21 41/10 41/13 51/12
language [1]  25/6
Lansing [8]  9/4 9/5 9/11
50/9 51/1 51/2 51/4 51/16
last [8]  3/12 3/21 7/9
8/12 9/3 9/4 9/22 17/25
later [3]  13/10 49/7
51/14
law [4]  22/9 45/20 48/9
52/6
lawful [2]  15/9 47/15
lawfully [1]  15/4
lead [1]  8/17
leads [1]  6/2
leap [1]  5/21
learned [1]  42/25
least [1]  17/19
legal [4]  33/22 33/22
34/3 35/25
legality [1]  38/20
legally [4]  9/13 16/12
22/13 35/22
legislation [1]  47/19
legislative [7]  9/9 18/8
25/16 38/24 47/25 48/4
48/8
legislature [2]  37/9
47/16
legs [1]  20/1
let [6]  8/25 19/7 23/14
33/11 42/3 53/4
let's [9]  13/24 15/2
19/19 19/20 20/9 21/20

40/10 48/11 48/14
letter [9]  8/2 8/10 9/19
9/22 38/21 38/22 50/22
letters [2]  17/16 50/8
license [2]  18/7 22/11
life [2]  51/14 51/15
like [17]  3/21 4/22 10/15
10/18 11/4 12/9 16/8
16/20 19/25 23/23 34/14
35/5 42/3 46/2 46/6 46/7
52/16
limitation [1]  33/20
limitations [1]  36/10
limited [1]  13/18
line [4]  3/24 8/18 22/20
39/19
listen [1]  36/18
litigation [2]  23/1 23/10
little [6]  6/21 9/12
11/20 13/2 39/11 52/9
live [1]  30/14
LLP [2]  1/14 1/22
local [2]  21/12 22/23
location [1]  5/2
long [2]  27/11 47/7
longer [2]  39/7 39/25
look [8]  11/24 18/24 23/5
25/16 25/20 26/3 26/5
31/24
looked [5]  10/18 16/8
27/23 28/18 36/8
looking [2]  16/8 17/12
looks [2]  23/11 31/22
looses [1]  40/3
lose [1]  39/24
lot [3]  11/14 11/15 12/15
lots [1]  52/25
luckily [1]  26/14
Lynn [2]  50/22 50/22
Lyon [1]  1/23

**M**

machine [1]  2/6
made [11]  5/7 5/12 8/11
10/2 10/22 10/23 23/7
25/12 40/20 43/10 51/4
magic [1]  13/19
mails [1]  5/13
maintain [12]  25/8 27/10
27/11 27/15 29/13 34/11
34/13 35/1 42/13 43/21
44/7 44/11
maintaining [1]  25/9
major [1]  17/15
majority [1]  12/13
make [12]  5/19 12/12
18/24 24/2 27/13 29/15
29/19 31/24 33/24 34/2
46/13 46/21
makes [2]  27/12 41/6
making [6]  9/24 25/25
43/5 43/9 44/24 45/5
manager [1]  8/11
managers [1]  9/10
manual [4]  22/6 22/7
22/15 22/24
many [3]  4/10 38/8 43/16
marked [2]  8/3 8/9
market [2]  10/1 48/13
masks [1]  17/4
mass [1]  14/3

matching [1]   36/23
matter [4]   20/8 28/3
  52/23 54/6
matters [1]   12/2
may [10]   1/5 3/10 13/21
  22/7 27/12 41/19 46/9
  47/18 50/4 54/13
maybe [10]   7/10 13/3 18/8
  18/9 19/6 19/21 24/19
  26/13 42/4 51/17
Mayor [1]   9/24
MDOT [11]   37/10 41/21
  45/20 45/22 45/23 45/23
  45/24 47/17 47/20 48/2
  48/17
me [22]   4/1 4/13 19/7
  19/9 19/14 20/4 23/14
  24/2 24/8 32/2 32/5 33/6
  35/13 35/14 36/24 41/12
  46/13 46/21 51/24 52/22
  52/24 54/4
mean [25]   3/19 6/10 7/10
  19/5 19/10 20/15 21/6
  26/16 26/17 26/23 27/3
  28/17 29/16 29/24 30/19
  32/21 37/13 37/20 37/21
  40/1 40/4 40/20 41/19
  42/9 50/18
meaning [1]   20/5
means [4]   3/21 20/3 22/15
  33/16
meant [3]   19/23 24/20
  42/18
measurably [1]   31/14
mechanical [2]   4/24 25/18
meeting [1]   8/19
meetings [1]   8/2
merits [1]   46/17
mess [1]   53/1
met [1]   9/1
MFS [1]   47/20
MI [2]   1/18 1/24
Michigan [22]   28/18 36/11
  36/15 36/21 36/22 36/23
  37/5 37/20 38/5 38/21
  38/22 39/3 39/17 40/8
  40/11 41/3 41/9 41/20
  48/23 51/17 51/20 52/5
Michigan's [2]   37/8 39/18
Michigans [1]   37/22
might [4]   3/12 5/18 13/17
  39/11
miles [2]   34/17 34/18
Miller [1]   50/22
million [2]   9/24 36/22
mind [1]   28/3
minimum [1]   46/2
ministerial [1]   26/4
minor [1]   12/1
misspoke [1]   24/19
mixed [1]   49/1
moment [1]   26/17
money [15]   21/12 36/16
  36/16 36/22 36/23 37/6
  37/25 38/3 38/5 45/12
  45/21 45/22 45/23 45/25
  47/12
MORAN [2]   1/16 3/5
more [5]   3/12 10/19 10/20

16/14 32/18
morning [5]   3/9 4/4 9/23
  23/18 23/19
Moroun [9]   6/22 6/24 6/25
  7/17 9/23 22/17 34/15
  36/2 49/9
Moroun's [1]   34/8
Morouns [1]   6/23
most [6]   5/9 12/10 32/22
  34/18 35/5 53/6
motion [2]   41/25 42/25
motivation [1]   6/14
motivator [1]   12/20
move [4]   33/2 33/11 36/6
  42/4
moved [1]   38/9
Mr [3]   22/16 34/8 50/25
Mr. [35]   4/3 6/22 7/17
  8/19 8/19 9/1 9/18 9/23
  15/24 19/22 22/17 23/14
  23/15 33/4 33/8 33/10
  33/11 34/15 36/2 36/6
  36/8 45/8 46/12 48/12
  49/2 49/6 49/9 50/3 50/6
  50/7 50/21 50/22 50/24
  52/15 52/16
Mr. Brown [4]   8/19 9/1
  50/24 52/15
Mr. Collins [14]   15/24
  19/22 23/14 23/15 33/8
  33/10 36/6 36/8 46/12
  48/12 49/2 49/6 50/3 50/6
Mr. Gary [1]   8/19
Mr. Hume [5]   4/3 33/4
  33/11 45/8 50/7
Mr. Lynn [1]   50/22
Mr. Moroun [7]   6/22 7/17
  9/23 22/17 34/15 36/2
  49/9
Mr. Ore [1]   9/18
Mr. Stamper [2]   50/21
  52/16
much [2]   25/18 26/7
my [6]   3/10 14/16 24/1
  38/10 53/4 54/3
myself [1]   6/1

N
name [1]   50/23
nature [2]   3/17 47/10
navigable [7]   4/18 13/14
  25/24 29/16 29/19 29/19
  30/4
navigation [15]   10/11
  17/10 17/18 20/20 22/22
  23/6 23/7 26/1 26/2 26/3
  30/5 30/11 30/14 31/12
  35/11
navigational [6]   4/22
  6/16 16/16 16/25 17/3
  17/7
near [6]   25/9 25/22 27/7
  27/16 27/22 27/23
necessarily [4]   15/22
  18/2 21/6 50/17
necessary [8]   13/1 13/5
  13/18 13/20 13/23 24/14
  29/10 38/24
need [21]   10/10 10/11
  11/8 14/4 14/6 15/19
  16/24 17/9 24/2 24/10

27/10 28/11 32/18 36/13
  38/18 42/23 44/15 44/18
  44/19 48/8 53/3
needed [2]   16/1 36/20
needs [4]   28/20 46/7
  46/14 47/25
neither [1]   54/7
NEPA [4]   17/11 17/15
  17/16 17/17
neutrally [1]   5/10
never [5]   28/3 28/10
  35/19 44/25 48/10
new [12]   16/24 20/11
  20/12 20/15 26/20 30/13
  33/24 34/2 34/13 34/23
  34/24 44/3
next [4]   12/9 14/16 17/4
  33/12
nice [3]   3/23 5/24 6/1
night [2]   3/12 9/23
NITC [15]   5/18 6/14 9/7
  22/17 28/1 28/2 35/8
  42/11 44/12 44/16 44/18
  46/6 46/22 47/21 48/15
NITC/DRIC [4]   9/7 46/22
  47/21 48/15
no [40]   1/3 5/4 6/16
  14/19 15/4 15/6 15/13
  15/20 16/5 16/24 17/17
  19/1 28/20 33/7 33/7
  33/20 34/12 35/6 35/18
  37/20 38/5 38/24 39/7
  39/16 39/25 41/5 41/17
  42/2 42/4 45/16 45/16
  48/22 49/4 49/4 50/18
  50/18 51/6 51/12 52/6
  52/6
nodding [1]   19/8
nomenclature [1]   12/1
non [1]   4/21
non-discriminatory [1]
  4/21
nonetheless [1]   7/4
Norcross [1]   1/22
not [106]
notes [1]   54/4
nothing [9]   17/8 21/25
  22/20 22/24 27/14 42/5
  43/24 44/15 44/24
now [28]   5/25 6/7 6/20
  9/12 10/21 13/1 13/9
  13/24 16/17 16/23 17/2
  17/4 18/23 19/17 20/1
  20/1 28/5 31/24 35/3
  40/11 42/5 43/11 43/16
  48/23 49/13 49/15 49/23
  50/13
number [4]   11/1 11/5
  21/21 21/23
numerous [1]   8/2
NW [4]   1/15 1/20 1/23 2/4

O
object [2]   8/22 51/3
objection [1]   8/25
obstacle [1]   21/12
obviously [2]   6/10 18/21
occasionally [1]   12/2
October [5]   8/3 8/4 8/12
  9/4 51/8
off [3]   15/3 19/8 32/18

**O** Case 1:10-cv-00476-RMC   Document 65   Filed 06/13/1...

offer [5]   8/2 8/10 9/20
   9/24 10/2
offering [1]   49/20
offers [1]   8/2
officer [2]   8/20 8/20
official [1]   2/2
often [1]   35/5
oh [5]   12/4 19/9 23/21
   33/5 35/10
okay [37]   4/12 5/24 6/9
   8/24 10/13 10/21 11/3
   17/19 17/23 18/6 19/20
   20/3 20/22 24/4 24/18
   24/21 25/18 28/7 28/8
   29/4 29/22 30/23 32/3
   32/9 33/2 33/12 35/11
   36/8 36/18 38/4 39/4
   39/17 41/23 49/5 50/4
   51/9 53/5
old [2]   35/1 49/23
older [2]   31/1 34/11
Omega [1]   16/22
once [3]   5/22 5/22 25/12
   39/1
one [24]   11/13 11/22
   17/19 21/21 24/1 24/2
   25/12 26/6 27/18 27/25
   29/11 32/16 34/7 34/12
   34/14 34/15 35/4 35/4
   35/4 35/12 38/13 38/14
   38/15 39/1
ones [1]   32/23
only [9]   5/10 15/25 17/6
   17/10 23/5 35/16 43/14
   44/18 49/5
oOo [1]   53/10
operate [5]   25/8 27/9
   27/15 29/13 34/12
operating [3]   8/20 34/9
   39/19
operation [1]   43/20
operator [2]   39/21 39/23
opinion [1]   48/1
opportunity [2]   10/16
   23/22
opposition [1]   26/6
option [1]   18/17
order [4]   3/11 24/11
   38/19 43/17
ore [1]   9/18
original [5]   10/25 11/23
   12/10 16/13 16/15
originally [2]   13/5 13/11
originated [1]   5/12
ostensibly [1]   48/20
other [20]   6/10 10/22
   11/13 13/13 16/1 20/5
   22/9 22/13 22/16 22/18
   26/6 28/20 28/21 35/4
   38/15 39/1 40/22 49/5
   50/1 53/7
others [2]   27/17 49/15
otherwise [3]   44/24 51/19
   54/10
our [24]   5/15 5/19 7/21
   9/16 9/20 10/25 11/17
   16/20 16/23 16/24 20/14
   23/1 23/9 25/21 26/20
   31/5 33/21 34/9 34/15
   46/6 48/19 49/19 49/20
49/21
ours [1]   5/22 5/22 9/21
out [21]   10/5 10/18 11/25
   20/1 25/17 26/2 28/23
   29/4 32/10 32/13 32/23
   36/9 38/25 44/5 45/2 45/3
   49/3 50/1 52/13 53/2 53/4
outcome [1]   54/10
outset [2]   23/23 29/18
over [15]   4/18 7/8 9/25
   13/14 14/3 25/24 34/25
   35/5 39/11 40/11 46/4
   46/5 46/6 49/23 49/24
overarching [2]   4/25 5/8
overnight [1]   43/18
overstating [1]   25/14
own [14]   5/6 14/3 15/14
   15/17 15/17 18/9 20/4
   22/7 22/24 25/13 29/12
   51/18 52/9 52/10
owned [5]   5/7 32/22 33/24
   34/3 34/3
ownership [7]   15/12 20/9
   21/6 21/10 30/20 30/24
   33/24
owns [1]   7/6

**P**

P-R-O-C-E-E-D-I-N-G-S [1]
   3/1
P.M [1]   1/13
page [1]   38/18
pages [3]   11/9 41/24 54/3
painfully [1]   44/1
paragraph [2]   8/18 50/25
park [1]   7/8
part [5]   20/16 22/10
   49/15 49/17 49/25
participants [1]   48/13
particularly [5]   7/12
   12/16 28/11 45/19 53/6
parties [2]   44/8 54/8
Partly [1]   36/9
partner [1]   48/18
partnership [1]   37/21
passes [1]   25/12
PATRICK [2]   1/16 3/5
pause [2]   17/24 33/9
pay [3]   28/12 36/19 37/6
paying [1]   38/1
pencils [1]   43/23
people [15]   4/10 18/3
   23/3 28/9 30/8 30/10 32/7
   32/15 36/7 40/22 48/14
   48/18 49/23 50/15 51/23
perfectly [1]   27/7
perhaps [5]   6/25 30/7
   38/16 41/17 41/21
permissible [1]   45/12
permission [1]   3/24 3/25
permit [35]   6/6 10/12
   16/18 20/20 22/8 22/11
   22/22 24/6 24/7 24/9 24/9
   24/11 24/11 24/15 24/15
   30/13 32/14 32/19 35/12
   41/7 41/11 42/11 43/12
   43/24 44/12 44/12 44/13
   46/15 46/16 46/20 46/23
   47/2 48/7 49/12 50/15
permits [4]   13/13 25/17
   31/6 35/6
permitted [2]   16/5 34/5
persons [2]   39/19 39/1
persuading [1]   49/11
PI [4]   8/9 8/10 9/22
   38/18
pick [2]   3/13 43/23
pieces [1]   52/25
piers [1]   44/3
PILGRIM [2]   2/2 54/13
pin [1]   40/18
place [6]   3/18 17/4 31/15
   31/20 31/21 43/16
Plaintiff [2]   1/4 1/13
plaintiff's [3]   26/10
   38/16 42/13
plaintiffs [10]   3/5 3/22
   3/25 25/11 28/18 42/14
   43/15 43/19 44/1 44/9
planning [1]   39/19
plans [2]   13/12 29/25
plaza [2]   20/14 20/15
plazas [1]   36/20
Please [1]   53/7
plenty [2]   25/2 25/10
Plus [1]   47/5
point [32]   6/10 10/9
   10/16 10/22 10/23 11/22
   12/23 12/1 12/12 14/16
   15/8 18/23 19/6 21/25
   22/5 22/20 24/25 27/4
   31/14 32/20 33/14 35/12
   39/14 39/18 39/22 39/24
   40/21 42/19 43/7 43/11
   45/5 45/11
pointed [1]   35/19
points [1]   42/21
policies [1]   31/5
policy [5]   4/25 5/8 5/12
   25/13 34/1
political [4]   7/12 26/6
   26/7 46/9
politically [1]   9/7
politics [2]   9/2 9/16
Poor [1]   50/22
position [5]   10/5 33/22
   34/3 49/16 49/19
positions [1]   42/13
possible [1]   16/5
possibly [1]   14/25
potential [1]   21/11
power [6]   10/5 10/8 41/10
   41/20 44/6 44/7
powers [2]   42/12 44/2
practical [1]   20/4
pre [2]   16/3 29/10
pre-conditions [1]   29/10
pre-existing [1]   16/3
precedent [1]   6/5
precisely [2]   7/20 34/25
prefer [1]   26/21
preliminary [2]   1/9 41/25
premature [3]   42/1 42/7
   43/8
premise [1]   50/17
present [2]   7/24 8/3
presented [1]   50/7
preserve [2]   44/19 44/19
president [1]   8/13
Presidential [8]   24/6
   24/9 24/11 24/15 46/14
   46/16 46/19 46/23

**P**

presumably [2]   18/10 46/7
presume [2]   15/5 41/19
presumed [1]   15/4
pretty [2]   25/17 32/21
prevent [4]   33/21 42/12
  44/8 44/20
previously [3]   19/11
  19/16 54/6
primary [21]   10/17 12/10
  13/2 13/5 13/11 13/19
  13/20 13/23 14/14 14/18
  14/20 14/21 14/22 14/23
  15/1 15/5 15/12 15/17
  15/18 15/21 19/4
prime [1]   12/20
principally [1]   47/19
prior [2]   13/8 20/7
private [9]   5/1 5/2 5/5
  5/6 25/13 32/23 33/17
  33/23 41/16
privately [1]   34/3
probably [9]   5/12 9/3
  40/15 40/15 40/17 40/18
  52/8 52/8 52/8
problem [2]   17/12 49/4
problems [1]   35/22
Procedure [1]   10/24
proceed [1]   10/21
proceedings [3]   2/6 53/9
  54/5
process [7]   7/13 29/14
  32/12 39/14 39/18 43/14
  51/21
processes [1]   19/12
produced [1]   2/6
product [1]   49/20
products [1]   34/21
prohibited [3]   45/21
  47/20 47/24
prohibition [2]   45/23
  47/15
prohibitive [1]   34/12
project [4]   34/23 43/18
  44/3 44/22
promise [2]   30/18 30/19
property [10]   7/6 17/9
  31/6 31/9 31/25 38/11
  38/13 44/15 46/6 46/6
proponents [1]   46/22
proposition [1]   39/6
protection [8]   39/25 40/2
  40/3 40/5 40/8 42/23
  48/19 48/24
provided [1]   54/4
provides [1]   4/16
public [2]   27/5 41/16
publicly [3]   32/22 33/24
  34/2
published [2]   12/20 19/17
pull [1]   22/5
punch [1]   8/18
purely [2]   4/24 5/5
purpose [1]   28/7
purposes [5]   17/7 40/1
  40/7 41/7 45/25
pursue [1]   9/9
put [7]   10/5 28/3 28/22
  43/20 44/3 44/4 51/20
putting [3]   27/17 37/25

**Q**

question [14]   6/22 7/1
  7/16 7/17 8/24 19/21
  33/16 35/16 36/6 39/4
  46/4 48/12 50/3 51/16
questions [1]   53/2
quickly [1]   7/24
quintessential [1]   14/23
quite [1]   34/8
quo [5]   44/8 44/11 44/12
  44/17 44/19
quote [1]   42/8
quoted [1]   38/23

**R**

race [2]   42/14 49/17
raise [1]   45/15
raising [1]   21/12
Rapids [1]   1/24
rare [1]   32/21
Re [1]   23/10
read [11]   12/12 14/19
  14/25 15/20 17/25 18/1
  18/16 36/15 38/7 47/6
  47/7
readdress [1]   10/16
real [3]   30/9 35/15 53/1
reality [1]   40/21
really [11]   3/18 7/15
  8/18 12/9 18/18 28/22
  35/20 37/13 41/14 42/3
  42/20
reason [3]   20/16 35/1
  41/20
reasonable [3]   4/21 32/2
  35/13
reasons [2]   16/6 30/21
received [1]   38/22
recently [1]   42/25
recognize [2]   13/22 22/25
recognizes [2]   14/13
  22/15
record [4]   8/21 20/7
  28/19 51/11
recorded [1]   2/6
recounts [1]   8/15
redundancy [1]   28/16
refer [3]   3/22 21/10
  21/11
reference [4]   9/5 11/10
  11/12 50/7
referenced [2]   10/23
  11/16
references [2]   16/20 25/2
referred [1]   25/3
referring [1]   22/19
refers [2]   13/7 38/20
refuse [1]   35/23
reg [1]   13/11
regardless [3]   42/10
  43/12 43/14
regulated [1]   16/23
regulating [1]   35/24
regulation [27]   7/3 10/18
  11/17 11/21 11/23 12/11
  13/1 13/3 13/5 14/7 14/17
  15/1 15/5 15/12 15/20
  16/3 16/7 16/13 17/3
  17/20 19/15 22/2 22/3

regulation's [1]   42/22
regulations [11]   4/22
  5/11 7/22 10/17 10/23
  11/10 11/16 12/13 13/23
  23/15 32/19
regulatory [1]   22/18
rehabilitate [1]   35/1
rehabilitated [1]   35/3
reimbursed [1]   37/10
reiterate [1]   33/15
rejecting [1]   9/20
related [2]   30/1 54/7
relating [1]   47/21
relation [2]   24/7 31/12
relevant [1]   28/4
relied [1]   46/23
relief [1]   44/7
relies [1]   13/6
reluctant [1]   9/12
rely [3]   24/9 46/10 47/19
relying [1]   34/6
remain [1]   29/19
remember [3]   7/10 26/14
  36/5
remembered [1]   36/7
repair [2]   34/10 49/24
replace [1]   27/12
report [1]   23/11
Reporter [2]   2/2 2/2
reprimanded [1]   24/2
require [1]   14/1
required [4]   4/19 6/6
  17/18 38/7
requirement [1]   6/16
requires [1]   18/4
resolution [1]   51/9
respect [1]   35/20
respectfully [2]   28/15
  35/15
respective [1]   42/13
respond [2]   33/11 50/4
response [1]   33/15
responses [2]   38/17 45/10
responsible [1]   23/6
retains [1]   42/11
revenue [1]   38/2
revisit [1]   7/17
ridiculous [1]   37/15
right [58]
rights [21]   7/5 7/9 15/17
  18/25 19/4 22/23 24/24
  25/3 28/24 31/7 31/11
  31/23 31/25 38/11 38/13
  42/13 42/24 44/15 48/19
  50/2 50/9
ripeness [1]   43/7
rival [1]   31/7
river [4]   14/3 26/3 31/13
  51/2
rivers [3]   11/15 29/16
  29/19
Road [1]   1/17
role [2]   26/2 26/4
RORY [2]   1/14 3/6
ROSEMARY [1]   1/9
RPR [2]   2/2 54/13
rules [2]   13/17 39/8
run [5]   19/7 35/4 40/22
  47/11 47/12
running [3]   40/11 40/12
  53/5

safety [1]   4/22
said [32]   4/9 6/19 9/2
  15/8 20/19 20/21 23/5
  24/3 24/8 24/17 27/10
  29/14 30/19 31/17 32/2
  33/8 33/25 35/12 38/23
  42/10 48/1 48/2 48/2 48/3
  48/5 48/7 49/4 50/24
  50/25 51/11 51/13 51/14
same [3]   15/11 39/8 43/16
satisfied [1]   17/10
satisfy [1]   16/24
say [35]   4/7 5/11 11/16
  13/25 15/2 15/14 17/3
  21/5 21/14 21/20 21/23
  24/8 25/22 27/2 27/19
  28/23 30/23 31/21 31/22
  34/9 34/12 40/10 40/12
  40/15 41/18 45/1 45/11
  45/18 45/24 48/3 49/11
  49/14 51/22 52/15 52/17
saying [33]   5/20 5/25
  6/15 9/20 14/13 14/19
  15/1 16/21 17/6 18/6
  18/16 19/5 20/24 20/25
  22/20 26/4 26/23 27/3
  28/25 34/1 34/4 43/7
  45/14 46/2 46/14 46/19
  47/1 48/14 48/19 49/10
  49/17 49/18 50/1
says [10]   13/12 13/19
  17/8 19/18 21/1 22/8
  22/21 25/22 31/6 50/23
scheduling [1]   43/17
Schiller [1]   1/14
scope [10]   16/14 16/15
  23/24 24/24 25/3 25/7
  26/9 29/5 29/6 34/1
SCOTT [2]   1/22 3/7
scroll [2]   13/3 14/16
scrutiny [1]   45/16
second [4]   11/23 11/25
  19/7 43/11
Section [6]   11/24 13/6
  13/7 13/9 46/25 47/1
sections [1]   11/11
sector [1]   26/3
security [2]   27/25 28/16
see [5]   13/3 19/8 27/18
  32/11 46/2
seem [2]   12/14 30/10
seems [2]   22/24 51/24
seen [2]   46/3 46/8
sell [10]   9/5 9/11 9/21
  50/9 50/9 50/10 51/1
  51/22 52/3 52/3
selling [1]   51/12
semantic [1]   20/13
sense [3]   27/12 46/13
  46/21
sent [1]   17/16
sentence [11]   17/25 18/1
  18/2 18/15 18/24 19/23
  20/3 20/9 20/24 21/1
  21/16
sentences [1]   6/1
series [1]   30/8
serious [2]   45/15 46/4
service [1]   49/21

services [1]   49/20
share [1]   39/14
she's [1]   19/9
shift [1]   30/22
shifted [1]   6/21
ships [1]   17/4
shorthand [1]   2/6
shot [1]   3/21
should [14]   5/1 5/7 5/15
  17/14 25/13 25/20 29/15
  29/19 34/2 45/24 46/17
  48/20 49/12 49/12
show [7]   7/21 12/9 15/12
  21/15 32/5 35/14 44/6
showed [3]   13/8 17/16
  48/6
showing [3]   10/17 46/15
  46/17
shows [1]   11/9
shrink [1]   13/2
shuffled [1]   13/10
side [6]   10/22 15/15
  15/16 41/8 48/17 51/2
signed [2]   8/15 47/22
significance [3]   4/20
  4/23 4/25
significant [2]   11/19
  12/10
signing [1]   47/20
Silver [2]   23/9 23/10
similarly [1]   46/4
simply [3]   25/7 26/4
  45/11
since [5]   4/18 8/24 17/7
  20/6 35/8
single [2]   22/22 26/3
sir [1]   45/6
site [1]   23/11
sits [1]   31/12
situation [1]   9/17
SKAGGS [2]   1/14 3/6
slide [1]   22/6
slow [1]   7/13
smart [1]   19/9
so [59]
so-to-speak [1]   42/5
solution [1]   26/22
some [9]   7/3 7/24 10/16
  10/16 19/22 21/19 41/20
  50/8 52/9
somebody [4]   23/2 25/18
  29/2 51/18
somehow [1]   36/22
someone [2]   21/20 32/14
something [8]   14/14 18/18
  24/2 25/24 28/17 32/25
  33/8 51/14
somewhat [2]   20/13 47/11
somewhere [5]   27/7 27/16
  31/18 38/7 40/21
sort [13]   3/21 3/23 6/21
  13/10 15/24 26/1 27/5
  30/25 36/12 37/13 38/2
  39/12 49/1
sorts [1]   3/23
sou [1]   37/23
sought [1]   47/4
sounds [2]   32/2 35/13
sovereign [17]   39/8 39/16
  39/20 39/24 39/25 40/3
  40/5 40/8 40/13 40/22

40/22 40/23 41/4 41/9
  50/19 51/21 51/25
sovereigns [2]   48/13
  48/20
sovereignty [1]   39/20
space [1]   51/2
span [5]   5/15 5/17 20/11
  20/11 20/15 26/20 30/14
  33/21 33/24 34/2 34/13
  34/24 35/2 44/3 49/20
speak [2]   18/25 42/5
speaks [1]   41/15
special [3]   11/17 12/21
  12/24
specific [3]   11/21 13/1
  32/20
specifically [5]   11/16
  37/10 38/23 47/2 47/24
spend [3]   32/13 36/16
  36/17
spending [3]   45/21 45/23
  45/24
spoke [1]   49/9
spoken [2]   17/1 39/11
Stamper [3]   8/14 50/21
  52/16
stand [1]   7/7
start [3]   23/23 30/25
  42/25
started [3]   13/16 26/14
  35/9
starts [1]   15/3
state [40]   4/24 5/4 5/14
  9/5 13/20 14/2 14/3 15/3
  15/5 18/7 18/7 18/11
  18/13 36/11 37/8 37/20
  38/6 38/7 38/17 41/7
  41/18 43/2 45/13 45/13
  45/19 45/19 45/20 46/5
  47/8 47/20 47/23 48/2
  48/4 48/4 48/7 48/9 48/11
  51/16 51/20 52/6
stated [1]   54/6
statement [2]   27/19 42/17
statements [1]   8/22
states [8]   1/1 1/10 2/3
  14/1 14/4 15/3 45/17 54/4
status [5]   44/7 44/11
  44/12 44/17 44/19
statute [14]   12/3 12/3
  17/6 17/8 18/3 18/5 18/21
  21/25 23/8 25/2 25/6
  25/20 29/12 35/17
statutorily [1]   11/22
statutory [6]   16/14 21/24
  23/16 24/24 33/14 42/24
stem [1]   43/15
stems [1]   43/22
stenographic [1]   54/4
Stephens [1]   1/17
still [7]   11/19 12/18
  12/24 43/17 41/9 46/13
  47/11
stipulated [1]   33/23
stop [7]   29/1 42/1 43/5
  43/8 44/23 46/17 46/19
Street [2]   1/20 1/23
strictly [1]   40/1
stripped [1]   41/21
structures [2]   13/12
  13/13

S    Case 1:10-cv-00476-RMC    Document [8]   18/21 5/23 35/7

**stumbling [1]**   36/17
**subject [3]**   4/21 5/10
  13/17
**submit [2]**   32/25 51/18
**submitted [1]**   13/15
**substantive [1]**   43/9
**succeed [1]**   46/15
**succeeded [1]**   46/16
**such [5]**   14/19 14/20
  14/21 23/17 51/21
**sue [1]**   23/8
**sued [2]**   23/2 23/4
**suffer [1]**   49/25
**suggest [1]**   35/15
**suggested [1]**   22/17
**suing [1]**   48/23
**sum [2]**   16/22 17/1
**Supp [1]**   23/10
**supposed [1]**   51/6
**sure [9]**   20/23 23/21
  25/25 29/15 29/19 31/24
  33/3 33/24 52/10
**surely [1]**   30/19
**suspect [1]**   45/15

**T**

**tail [1]**   20/2
**take [4]**   7/8 28/6 41/10
  43/16
**taken [4]**   8/16 50/23 54/5
  54/9
**takes [1]**   38/14
**talk [5]**   3/16 27/24 36/14
  39/15 51/18
**talked [3]**   32/15 32/16
  50/19
**talking [6]**   15/3 18/2
  29/16 31/13 39/17 42/23
**taller [1]**   17/4
**tasked [1]**   29/25
**tear [1]**   44/5
**technically [1]**   47/18
**tell [6]**   11/20 22/21
  26/11 35/13 52/2 53/7
**telling [2]**   9/11 43/5
**tells [1]**   11/20
**ten [2]**   34/22 49/13
**tenuous [1]**   18/18
**term [1]**   25/10
**terms [3]**   6/13 17/18
  17/18
**testimony [1]**   34/9
**than [4]**   10/19 12/15
  16/13 32/19
**thank [17]**   4/4 23/12
  23/19 23/21 24/21 24/23
  33/10 36/4 36/5 45/6 45/7
  45/9 52/20 52/21 53/6
  53/6 53/8
**thanks [2]**   3/10 23/13
**that [294]**
**that's [78]**
**their [32]**   7/3 22/6 22/15
  22/24 22/25 23/5 23/7
  25/10 26/1 26/4 27/3 27/7
  27/9 27/13 30/2 32/18
  33/17 35/6 38/6 38/18
  41/14 42/22 42/23 42/24
  42/25 43/13 43/21 44/2

**their [8]**   18/21 5/23 35/7
  44/16 49/13 49/14
**them [25]**   6/18 8/6 8/7
  9/11 11/11 11/14 11/15
  12/13 12/14 17/5 22/1
  22/24 27/8 27/13 27/16
  28/25 29/11 32/14 32/16
  36/1 38/14 44/4 44/4 44/5
  53/8
**themselves [1]**   48/5
**then [19]**   5/17 6/2 9/3
  12/6 15/14 16/23 18/19
  31/18 31/22 33/11 41/21
  41/23 42/4 43/20 45/4
  45/24 46/16 51/13 51/14
**theory [3]**   37/6 37/7 37/8
**there [46]**   6/17 7/24 7/25
  8/1 10/20 11/14 11/15
  12/4 12/5 12/14 12/18
  13/19 14/21 15/6 15/13
  16/24 17/3 21/18 22/15
  24/1 25/2 25/9 26/5 27/6
  27/17 27/21 28/6 28/21
  29/9 30/8 30/10 30/18
  31/23 31/23 32/15 38/19
  41/3 41/5 42/1 43/22
  43/25 44/4 50/7 50/24
  50/25 52/25
**there's [28]**   5/11 6/16
  14/19 14/20 15/4 15/20
  17/8 17/17 18/21 21/2
  21/17 21/24 27/14 27/22
  27/25 30/14 32/22 33/20
  35/18 38/8 38/19 42/4
  42/5 42/20 43/24 45/16
  46/4 49/4
**therefore [1]**   13/14
**these [10]**   6/17 12/20
  13/10 25/12 25/17 28/17
  28/20 43/2 50/14 51/23
**they [116]**
**They'd [1]**   49/24
**they're [25]**   7/3 9/20
  10/4 21/20 23/6 26/2
  26/23 27/3 27/4 29/25
  32/19 38/2 38/12 43/4
  43/5 43/9 43/13 43/20
  44/6 44/10 46/19 47/1
  47/12 48/18 51/25
**they've [3]**   17/11 30/15
  49/13
**thing [16]**   3/16 5/10 11/8
  11/9 12/9 14/19 14/20
  14/21 26/1 27/25 28/12
  36/12 38/2 38/15 49/5
  53/4
**things [6]**   6/10 25/12
  28/21 29/9 36/10 43/15
**think [56]**
**thinks [1]**   28/11
**third [2]**   1/23 15/11
**this [89]**
**Thomas [1]**   50/22
**those [3]**   13/18 13/19
  21/13
**though [1]**   34/18
**thought [5]**   3/13 3/16 9/2
  19/22 24/16
**three [2]**   7/25 53/2
**through [14]**   6/18 6/18

**they'll [8]**   17/11 19/13
  38/11 45/19 45/22 51/22
**Thursday [1]**   1/5
**tied [1]**   11/17
**ties [1]**   11/21
**timber [1]**   34/20
**time [9]**   12/20 17/5 27/12
  28/5 35/5 41/25 46/9 49/3
  54/5
**times [2]**   9/2 26/5
**today [6]**   8/14 8/15 11/8
  15/14 49/19 53/7
**today's [1]**   26/16
**together [1]**   37/21
**token [1]**   15/11
**told [7]**   4/13 8/19 9/3
  9/10 24/8 44/4 50/9
**toll [1]**   38/2
**too [2]**   10/14 53/8
**took [1]**   40/11
**top [1]**   8/10
**topic [2]**   33/2 33/12
**topics [2]**   33/4 33/7
**total [2]**   16/22 17/1
**totally [2]**   15/7 28/3
**tracks [1]**   43/9
**traffic [7]**   27/24 27/24
  27/25 28/2 28/15 34/18
  34/20
**transcript [3]**   1/9 2/6
  54/3
**transcription [1]**   2/6
**Transportation [3]**   16/17
  23/2 23/4
**treated [1]**   45/24
**tremendous [1]**   8/1
**tried [6]**   5/17 6/18 25/17
  29/7 31/10 35/8
**trouble [1]**   35/6
**truck [1]**   34/20
**true [10]**   10/25 14/5 14/9
  24/10 34/7 38/3 39/10
  41/19 50/20 54/2
**try [6]**   10/3 11/11 26/11
  32/25 48/18 53/2
**trying [19]**   5/21 9/8 10/4
  10/8 10/10 17/5 20/1
  28/22 29/4 32/10 32/13
  32/23 35/7 36/9 41/2 43/4
  44/11 48/14 52/12
**Twin [5]**   5/15 5/17 20/11
  33/21 49/20
**twisted [1]**   24/5
**two [9]**   17/17 21/23 24/19
  27/21 27/22 28/6 42/21
  43/2 47/20

**U**

**U.S [5]**   1/19 7/2 28/11
  37/14 48/17
**Uh [1]**   32/4
**Uh-hum [1]**   32/4
**ultimately [1]**   52/4
**unable [1]**   44/14
**unaccountably [1]**   6/4
**unambiguous [1]**   11/17
**unanswered [1]**   51/19
**under [22]**   12/21 15/12
  16/16 17/15 17/17 22/12
  30/2 33/15 45/13 46/24

| U    Case 1:10-cv-00476-RMC |
| --- |

**under... [2]** 47/1 49/24
**understand [9]** 5/9 7/23
  8/25 10/9 22/4 30/17
  44/10 48/22 50/19
**understanding [1]** 38/10
**understands [1]** 49/10
**understood [1]** 20/24
**undertake [1]** 31/7
**unfairly [1]** 6/4
**UNITED [5]** 1/1 1/10 2/3
  45/17 54/4
**units [1]** 38/8
**unlawful [1]** 15/7
**unlawfully [2]** 9/8 46/16
**unless [1]** 40/5
**unreasonably [1]** 35/23
**unsafely [1]** 23/3
**until [2]** 22/22 36/17
**up [21]** 3/13 19/7 22/5
  25/19 25/23 31/24 32/11
  32/21 32/24 33/6 34/5
  34/10 34/10 37/25 38/3
  38/3 40/20 42/23 43/23
  47/11 49/1
**us [13]** 5/21 10/8 11/20
  13/16 17/6 17/18 21/21
  22/15 24/19 26/11 33/21
  36/1 47/1
**use [3]** 3/24 36/22 45/13
**used [4]** 12/2 12/8 22/8
  22/12
**usurp [1]** 33/19
**utilize [2]** 21/4 21/6

| V |
| --- |

**vain [1]** 50/23
**validly [1]** 13/21
**value [1]** 36/25
**varies [1]** 31/14
**various [1]** 11/10
**vast [1]** 12/13
**vastly [2]** 9/25 9/25
**version [5]** 11/25 12/10
  31/1 31/2 31/4
**versus [1]** 3/3
**very [9]** 5/18 5/19 7/24
  9/7 33/13 36/24 37/13
  47/7 52/19
**vested [1]** 9/7
**viable [1]** 28/6
**vicinity [1]** 31/18
**view [3]** 20/14 33/15
  37/14
**violate [1]** 15/7
**violating [2]** 35/24 48/19
**violation [1]** 45/20 48/9
  50/2

| W |
| --- |

**wait [1]** 39/4
**want [23]** 4/1 5/6 7/24
  9/14 10/3 18/6 27/9 27/12
  27/24 29/8 30/22 31/21
  33/6 33/7 36/12 36/14
  36/18 41/24 42/9 42/16
  48/13 50/4 51/19
**wanted [6]** 7/16 33/18
  36/5 38/15 42/8 49/3
**wants [1]** 25/18

**war [11]** 12/8 12/21 16/17
  18/19 18/10 19/12 19/13
  19/22 20/6 29/15 29/18
**Warner [1]** 1/22
**Warren [1]** 1/18
**was [35]** 7/13 8/18 10/24
  11/21 12/8 12/18 12/19
  12/20 12/23 13/6 13/11
  20/25 21/18 22/19 23/3
  24/8 25/17 25/24 30/9
  30/11 33/19 33/21 33/23
  33/23 36/9 36/17 40/13
  42/10 46/12 46/16 46/21
  49/6 50/7 51/4 54/9
**Washington [4]** 1/4 1/15
  1/20 2/4
**watching [1]** 36/7
**water [1]** 34/17
**waters [3]** 4/18 13/14
  25/24
**WATSON [2]** 1/22 3/8
**way [15]** 7/3 9/16 11/17
  15/4 15/11 15/13 15/20
  16/21 26/6 27/23 28/11
  29/15 32/16 39/16 45/2
**ways [1]** 46/1
**we [110]**
**we'd [3]** 49/19 49/20
  49/21
**we'll [11]** 8/2 11/1 11/11
  25/22 33/11 33/11 36/19
  36/20 36/21 36/21 49/14
**we're [26]** 5/10 5/20 6/15
  6/19 7/15 10/3 10/8 10/10
  14/9 17/17 21/1 29/16
  32/10 32/23 34/5 37/14
  41/5 48/14 48/19 48/23
  49/10 49/15 49/17 49/18
  49/25 53/1
**we've [4]** 5/20 9/7 17/10
  41/3
**weeds [2]** 10/16 12/11
**well [36]** 6/13 10/19
  12/16 13/25 14/11 15/23
  16/9 17/3 18/23 19/20
  20/22 22/3 23/6 25/22
  26/11 26/13 26/17 26/25
  27/2 27/18 28/13 30/25
  31/21 31/23 37/18 40/4
  42/20 44/10 45/1 45/24
  47/6 50/16 50/18 51/9
  51/10 51/24
**went [3]** 14/1 17/15 36/8
**were [12]** 3/13 3/14 7/10
  12/20 19/16 30/8 34/22
  34/23 36/10 36/23 46/24
  47/23
**what [84]**
**what's [6]** 7/19 17/18
  26/9 28/23 29/4 49/18
**whatever [5]** 3/17 17/4
  20/11 34/21 42/13
**when [14]** 10/18 18/24
  21/5 24/5 25/16 28/18
  30/9 34/12 36/10 39/6
  46/22 48/12 50/4 51/6
**where [30]** 3/13 8/18 9/17
  10/5 13/14 13/18 13/20
  18/13 18/20 21/1 21/17
  26/13 29/5 30/22 30/23
  31/12 31/15 31/20 31/25

  32/5 32/21 33/17 35/14
  35/18 35/18 39/1 45/19
  46/25 48/6 51/11
**whereas [1]** 12/23
**whether [27]** 4/15 5/1 6/3
  6/4 12/19 14/12 17/14
  19/3 19/4 23/6 25/1 25/13
  29/8 31/16 33/21 34/2
  41/3 41/8 41/9 41/12
  41/16 43/12 44/16 46/5
  47/14 51/16 52/13
**which [28]** 3/22 5/15 7/6
  7/13 8/10 9/25 10/24
  11/24 13/6 13/7 15/8 16/1
  16/16 17/16 18/2 23/2
  26/17 30/12 34/24 42/14
  43/11 43/17 47/10 47/25
  48/2 48/15 51/17 54/8
**while [1]** 22/7
**who [12]** 8/14 8/19 12/22
  12/24 18/3 28/9 31/19
  32/15 39/1 45/1 47/11
  48/14
**whole [5]** 17/12 18/1
  28/12 29/9 37/14
**why [12]** 7/8 7/13 7/23
  10/10 10/21 20/16 20/18
  28/14 40/15 52/12 52/15
  53/1
**wide [1]** 31/13
**will [10]** 7/7 9/15 11/24
  13/12 13/18 19/11 31/23
  35/21 36/1 38/11
**willing [1]** 41/15
**win [2]** 49/11 49/14
**Windsor [4]** 26/19 37/15
  37/16 48/16
**Wisconsin [1]** 1/15
**within [4]** 14/2 14/3
  20/16 36/11
**without [5]** 9/9 13/8
  13/16 20/4 53/2
**won't [2]** 9/14 22/12
**word [4]** 3/24 12/8 16/24
  23/17
**words [1]** 13/19
**work [9]** 3/12 9/16 13/7
  13/13 31/23 32/13 32/15
  32/20 44/21
**working [1]** 32/7
**world [1]** 37/14
**worth [1]** 10/1
**would [44]** 4/9 5/18 8/22
  10/15 10/19 12/9 12/12
  15/5 15/7 15/8 16/21 19/3
  20/14 21/14 21/23 22/18
  23/23 26/5 26/6 32/25
  33/14 34/14 35/15 35/23
  38/7 39/21 40/12 40/14
  43/25 44/25 44/25 45/11
  45/15 45/15 45/17 45/18
  49/2 49/4 49/19 50/6 51/3
  52/11 52/16 52/19
**wouldn't [3]** 4/10 4/12
  16/14
**write [1]** 49/3
**written [5]** 6/1 9/19 9/22
  11/21 15/4
**wrong [4]** 7/2 7/4 14/10
  45/4

**Y** Case 1:10-cv-00476-RMC   Document 165   Filed 06/13/14   Page 68 of 68

**year [3]**   9/4 34/10 34/11
**years [6]**   17/17 32/13
 34/22 34/24 43/16 49/13
**yes [21]**   8/4 14/7 19/13
 21/9 29/3 29/17 29/21
 29/24 30/6 30/21 36/2
 37/8 37/25 39/13 40/6
 40/24 41/1 49/8 50/5 52/4
 52/11
**yesterday [13]**   3/14 3/20
 6/25 10/22 13/9 22/17
 24/3 29/7 36/3 38/16 48/2
 48/6 49/9
**yet [5]**   21/16 41/3 41/5
 42/2 43/14
**you [168]**
**you're [14]**   6/14 15/3
 16/7 18/7 28/25 36/18
 44/22 44/22 44/23 48/3
 48/25 49/2 52/12 52/23
**you've [3]**   18/18 35/13
 44/4
**your [52]**   3/11 3/21 4/4
 4/15 8/21 8/25 9/13 12/1
 16/21 17/19 18/8 19/8
 23/18 23/21 24/23 24/25
 25/7 25/14 26/24 28/13
 29/24 30/22 31/10 32/8
 33/1 33/13 36/4 37/6
 37/13 38/1 39/10 40/17
 41/12 41/23 41/24 41/25
 42/7 42/8 42/17 42/19
 42/20 43/7 44/13 45/9
 46/11 50/16 51/7 51/18
 51/25 52/10 52/18 53/7

**Z**

**zero [1]**   43/22