UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**DETROIT INTERNATIONAL**              )
**BRIDGE COMPANY,** *et al.***,**              )
                                                    )
      **Plaintiffs,**                               )
                                                    )
      v.                                             )   Civil Action No. 10-476 (RMC)
                                                    )
**GOVERNMENT OF CANADA,** *et al.***,**   )
                                                    )
      **Defendants.**                           )
_____ )

**ORDER**

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that this case is **STAYED** as to Defendants Her Majesty the Queen in Right of Canada (Canada) and the Windsor-Detroit Bridge Authority (collectively, the Canadian Defendants) pending a final decision in *CTC v. Attorney General of Canada*, Court File No. CV-12-446428 filed in the Ontario Superior Court of Justice and appeals, if any; and it is

**FURTHER ORDERED** that DIBC and the Canadian Defendants shall file a joint status report on the status of the Canadian Litigation no later than March 2, 2015 and no longer than six month intervals thereafter.


Date: January 14, 2015                           _____/s/_____
                                                                          ROSEMARY M. COLLYER
                                                                           United States District Judge