UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 (RMC) |
| | Hon. Rosemary M. Collyer |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |
| _____/ | |

# FIRST JOINT STATUS REPORT FOLLOWING STAY

Pursuant to the Court's January 14, 2015, Order (ECF. No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.

Plaintiffs do not believe there are any significant developments in the Canadian litigation to report at this time.

<u>Report from Canadian Defendants:</u>  In November 2009, Her Majesty the Queen in Right of Canada filed an application in the Ontario Superior Court of Justice against CTC, DIBC, and the Central Cartage Company of Detroit seeking a declaratory judgment on certain claims related to a 1990 settlement agreement among the Canadian Government and CTC, DIBC, and Central Cartage Company of Detroit.

On February 15, 2012, CTC filed an action in the Ontario Superior Court of Justice against the Attorney General of Canada.  CTC amended its claim on February 19, 2013.  CTC's action was similar to Canada's 2009 application, but it was broader in scope, both procedurally and substantively.  In its January 14, 2015, Opinion (ECF No. 197), the Court held that the issues in CTC's action and the case before this Court "are substantially similar."

The issues for decision in the 2009 application and 2012 action were identified for determination in a single proceeding under a Case Plan agreed upon by the parties and entered by the Ontario Superior Court of Justice on September 23, 2014.

On December 8, 2014, pursuant to the Case Plan, CTC served requests for document production on Canada. Canada has completed reviewing those requests and expects to produce relevant, non-privileged documents within the next fourteen days.

After document production is complete, the parties will proceed to examination of witnesses. Discovery will likely conclude this year, after which point the parties may engage in motion practice, which may include dispositive motions.

                                            Respectfully submitted,

Dated: March 2, 2015                    /s/ *Scott M. Watson*
                                            Scott M. Watson
                                            Douglas A. Dozeman
                                            Eugene E. Smary
                                            WARNER NORCROSS & JUDD LLP
                                            900 Fifth Third Center
                                            111 Lyon Street, N.W.
                                            Grand Rapids, Michigan 49503-2487
                                            616.752.2000
                                            swatson@wnj.com
                                            ddozeman@wnj.com
                                            esmary@wnj.com

                                            *Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

                                            AND

                                            /s/ *Hamish P.M. Hume*
                                            Hamish P.M. Hume
                                            BOIES, SCHILLER & FLEXNER LLP
                                            5301 Wisconsin Ave. NW
                                            Washington, DC 20015
                                            (202)-237-2727 (Telephone)
                                            (202) 237-6131 (Fax)

                                            *Attorneys for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*

12444587