UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 (RMC) |
| | Hon. Rosemary M. Collyer |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

_____/

# SECOND JOINT STATUS REPORT FOLLOWING STAY

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice. Plaintiffs and the Canadian Defendants filed their First Joint Status Report Following Stay on March 2, 2015. (ECF No. 203.)

Report from Plaintiffs:  In March 2009, Canada filed a lawsuit in Ontario against DIBC and CTC seeking a court declaration that Canada could participate in the NITC/DRIC despite Canada entering a settlement agreement with DIBC to take such measures necessary to maintain the Ambassador Bridge as the model border crossing between Canada and the United States. As Claimant, Canada must provide the documents in support of its claim to allow DIBC and CTC to defend the action. Despite filing its claim in March of 2009, Canada has still failed to provide relevant documents requested by DIBC and CTC, some 6 ½ years after Canada filed suit. DIBC is awaiting receipt of the long-promised documents.[1]

Report from Canadian Defendants:  As explained in the First Status Report, in 2009 and 2012 Canada and CTC filed competing claims in the Ontario Superior Court of Justice. Canada produced documents to CTC after Canada filed its 2009 application against CTC. The two cases have since been consolidated and, on September 23, 2014, the Ontario Superior Court of Justice entered a Case Plan that identified the issues in those cases for determination in a single

---

[1] Despite the absence of any decision in the Ontario litigation that Canada filed in 2009 seeking the court's permission to participate in building the Canadian half of the NITC/DRIC, Canada is moving full speed to fund appropriations to acquire property in Michigan for the American half of the bridge.

1

proceeding. On December 8, 2014, pursuant to the Case Plan, CTC served requests for document production on Canada. Canada has also requested documents from CTC but has received no production of documents or timetable for same.

Over the last six months, the parties have been progressing through complex document discovery. Canada has conducted an extensive review of government files and archival records in response to Plaintiffs' comprehensive production requests, which by their plain terms seek massive amounts of documents. That document review has been further complicated by the fact that it has required Canada to retrieve and review historical documents located at the Privy Council Office and its archives. Many of those documents are likely to be privileged under the Canada Evidence Act, and a second set of review by the Privy Council Office will be necessary to identify which documents are subject to privilege.

The scope of requested production is very broad, and the process has been time consuming. In light of the complexities and potential for dispute regarding the ongoing document discovery, the Canadian Defendants anticipate that the document discovery portion of the Ontario litigation will take several months, after which depositions will begin. A Case Management Judge has been assigned in the case to, among other things, hear and resolve any disputes that may arise during discovery.

Respectfully submitted,

Dated: September 2, 2015

/s/ *Scott M. Watson*
Scott M. Watson
Douglas A. Dozeman
Eugene E. Smary
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
swatson@wnj.com
ddozeman@wnj.com
esmary@wnj.com

*Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

AND

/s/ *Hamish P.M. Hume*
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
(202)-237-2727 (Telephone)
(202) 237-6131 (Fax)

*Attorneys for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*