UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 (RMC) |
| | Hon. Rosemary M. Collyer |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

_____/

# THIRD JOINT STATUS REPORT FOLLOWING STAY

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Third Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.  Plaintiffs and the Canadian Defendants filed their First Joint Status Report Following Stay on March 2, 2015, (ECF No. 203) and their Second Joint Status Report Following Stay on September 2, 2015 (ECF No. 221).

Report from Plaintiffs:  While litigation has been ongoing, CTC has continued to receive Canadian regulatory approvals to construct the Ambassador Bridge Twin Span, not all of which CTC believes are required but have been requested by Canadian officials.  In 2014, CTC received a final decision on the environmental assessment of the project under the Canadian Environmental Assessment Act (CEAA).  Transport Canada concluded that the proposal for the second span was "not likely to cause a significant adverse environmental effect" under the CEAA.  The CEAA assessment is required for approval of the project under the Navigation Protection Act, and the result will be considered in the International Bridges and Tunnels Act (IBTA) approval process.

Early in 2016, Transport Canada informed CTC that the public comment period for CTC's IBTA application has been closed.  After a delay in part caused by the recent Canadian elections that resulted in a change of government, Transport Canada has advised that IBTA approval has been recommended to the Minister.  However, a formal recommendation by the Minister under the IBTA is still outstanding.  If the Minister provides a positive

recommendation, the application and recommendation will be submitted to the Governor in Council (federal cabinet) for a final decision on project approval.

Report from Canadian Defendants:  As explained in previous status reports, in 2009 and 2012 Canada and CTC filed competing claims in the Ontario Superior Court of Justice.  The two cases have since been consolidated and, on September 23, 2014, the Ontario Superior Court of Justice entered a Case Plan that identified the issues in those cases for determination in a single proceeding.

On December 8, 2014, pursuant to the Case Plan, CTC served requests for document production on Canada.  Canada also requested documents.

On January 8, 2016, Regional Senior Justice Morawetz held a case management conference.  He issued the following directions:

- Each side was to produce documents by January 31, 2016;

- The parties were to identify witnesses by February 29, 2016.  It is anticipated that examinations for discovery will occur in the summer of 2016.

Canada made its supplementary productions on February 9, 2016.  CTC and DIBC have not yet produced their documents, but production is anticipated in the next several weeks.

                                        Respectfully submitted,

Dated: March 2, 2016                /s/ *Scott M. Watson*

                                        Scott M. Watson
                                        Douglas A. Dozeman
                                        Eugene E. Smary
                                        WARNER NORCROSS & JUDD LLP
                                        900 Fifth Third Center
                                        111 Lyon Street, N.W.
                                        Grand Rapids, Michigan 49503-2487
                                        616.752.2000
                                        swatson@wnj.com
                                        ddozeman@wnj.com
                                        esmary@wnj.com

                                        *Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

                                        AND

                                        /s/ *Hamish P.M. Hume*
                                        Hamish P.M. Hume
                                        BOIES, SCHILLER & FLEXNER LLP
                                        5301 Wisconsin Ave. NW
                                        Washington, DC 20015
                                        (202)-237-2727 (Telephone)
                                        (202) 237-6131 (Fax)

                                        *Attorneys for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*

13177185