UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 (RMC) |
| | Hon. Rosemary M. Collyer |
|        Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
|        Defendants. | |

_____/

# FOURTH JOINT STATUS REPORT FOLLOWING STAY

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Fourth Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.  Plaintiffs and the Canadian Defendants filed their First Joint Status Report Following Stay on March 2, 2015, (ECF No. 203), their Second Joint Status Report Following Stay on September 2, 2015 (ECF No. 221), and their Third Joint Status Report Following Stay on March 2, 2016 (ECF No. 235).  On September 2, 2016, the Court granted Plaintiffs' unopposed motion for a one-week extension to file this Fourth Joint Status Report Following Stay such that it must be filed on or before September 9, 2016.

Report from Plaintiffs:

Document discovery is still ongoing and the subject of substantial disagreement.  The Defendant has withheld a number of relevant documents on the basis that they fall within a "Cabinet privilege" that can be claimed in certain circumstances by some parts of the Canadian Government.  The Defendant has not, however, produced the certificate from the Clerk of the Privy Council that is necessary to allow its withholdings.  Moreover, the Defendant says that the process for obtaining this certificate is "extremely lengthy."  CTC believes the withholdings are inappropriate without the certificate and that any oral discovery will be incomplete without a complete production of documents.  These issues will be addressed in a motion to be heard in late September.  Depending in part on the outcome of the motion, oral discovery, which has been

scheduled to begin in November subject to the resolution of the Cabinet documents issue, may be delayed until the certificate can be provided or the documents in question are produced.

<u>Report from Canadian Defendants:</u>

The parties were before Regional Senior Justice Morawetz on June 30, 2016, regarding the timing of examinations for discovery and approval of a method and schedule for disclosing confidential documents.  On July 13, 2016, the court ordered the parties to schedule examinations for discovery in November 2016.  It is anticipated that the remaining issues regarding confidential documents will be addressed at a hearing scheduled for September 27, 2016, and that examinations on discovery will proceed in November.

Respectfully submitted,

Dated:  September 8, 2016

/s/ *Scott M. Watson*
Scott M. Watson
Douglas A. Dozeman
Eugene E. Smary
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
swatson@wnj.com
ddozeman@wnj.com
esmary@wnj.com

*Attorneys for Her Majesty the Queen in Right of*
*Canada and the Windsor-Detroit Bridge Authority*

AND

/s/ *Hamish P.M. Hume*
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
(202)-237-2727 (Telephone)
(202) 237-6131 (Fax)

*Attorneys for Plaintiffs Detroit International Bridge*
*Company and Canadian Transit Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on September 8, 2016 upon the following counsel:

Brian M. Collins
Davené D. Walker
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL AND NATURAL RESOURCES DIVISION
P.O. Box 7611
Washington, D.C. 20044
T: (202) 305-0428
F: (202) 305-0506
brian.m.collins@usdoj.gov
davene.walker@usdoj.gov

Scott M. Watson
Douglas A. Dozeman
Eugene E. Smary
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
T: (616) 752-2000
swatson@wnj.com
ddozeman@wnj.com
esmary@wnj.com


Date: September 8, 2016

                                        Respectfully submitted,


                                        /s/ Hamish Hume_____