# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DETROIT INTERNATIONAL BRIDGE COMPANY, et al.,
                    Plaintiff

vs.                          Civil Action No. 10-476 (RMC)

GOVERNMENT OF CANADA, et al.,
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this 22nd day of September, 20 16, that Detroit International Bridge Company and The Canadian Transit Company hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 24th day of August, 20 16 in favor of Federal Defendants against said Plaintiffs

_____
Hamish Hume
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

U.S Department of State and John Kerry, in his official capacity as Secretary of State, c/o Brian Collins, U.S. Department of Justice, P.O. Box 7611, Washington D.C. 20044;
Federal Highway Administration and Victor Mendez, in his official capacity as Administrator of the United States Federal Highway Administration, c/o Brian Collins, U.S. Department of Justice, P.O. Box 7611, Washington D.C. 20044;
Ray Lahood, in his official capacity as Secretary of Transportation, c/o Brian Collins, U.S. Department of Justice, P.O. Box 7611, Washington D.C. 20044;
The U.S. Coast Guard and Adm. Paul F. Zukunft, in his official capacity as Commandant of the U.S. Coast Guard, c/o Brian Collins, U.S. Department of Justice, P.O. Box 7611, Washington D.C. 20044;
Jeh Johnson, in his official capacity as Secretary of Homeland Security, c/o Brian Collins, U.S. Department of Justice, P.O. Box 7611, Washington D.C. 20044;
The United States of America, c/o Brian Collins, U.S. Department of Justice, P.O. Box 7611, Washington D.C. 20044;
The Michigan Department of Transportation, c/o Michael James Dittenber, Michigan Attorney General's Office, 425 W. Ottawa Street, Van Wagoner Building, 4th Floor, Lansing, MI 48913;
The Canada-United States-Ontario-Michigan Border Transportation Partnership,
The Windsor-Detroit Bridge Authority, c/o Scott Watson, Warner Norcross & Judd LLP, 111 Lyon Street NW, Suite 900, Grand Rapids, MI 49503; and
The Government of Canada, c/o Scott Watson, Warner Norcross & Judd LLP, 111 Lyon Street NW, Suite 900, Grand Rapids, MI 49503.