UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 (RMC) |
| | Hon. Rosemary M. Collyer |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |
| _____/ | |

## SIXTH JOINT STATUS REPORT FOLLOWING STAY

24066893.1

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Sixth Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.  Plaintiffs and the Canadian Defendants filed their First Joint Status Report Following Stay on March 2, 2015, (ECF No. 203), their Second Joint Status Report Following Stay on September 2, 2015 (ECF No. 221), their Third Joint Status Report Following Stay on March 2, 2016 (ECF No. 235); their Fourth Joint Status Report Following Stay on September 8, 2016 (ECF No. 285); and their Fifth Joint Status Report Following Stay on March 2, 2017 (ECF No. 288).

Report from Plaintiffs:

As explained in the Fifth Joint Status Report, by Order of the Ontario Superior Court of Justice dated September 27, 2016, Canada was required to provide CTC with a formal certificate under Section 39 of the *Canada Evidence Act* with respect to any relevant documents being withheld from discovery on the basis of "Cabinet confidence" and/or to otherwise produce all relevant documents to CTC in advance of discoveries. Discoveries were adjourned at that time to February 2017, pending Canada's completion of its obligations under the Order. On December 9, 2016, Regional Senior Justice Morawetz directed that given the delay in the delivery of Canada's certificate, discovery dates would be further adjourned to dates within 90 days of the delivery of the certificate.

Canada delivered a Section 39 certificate on April 26, 2017 listing the records withheld on the basis of that section. After reviewing it, CTC noted certain issues with the certificate,

1

namely, that it failed to precisely identify "the information" constituting a confidence of the Queen's Privy Council of Canada in respect of certain of the withheld records, as required by Section 39.  CTC requested that Canada address this issue and provide a valid certificate under Section 39. CTC also requested that any remaining relevant documents or portions of relevant documents not subject to the Section 39 certificate be produced. Once a valid certificate has been received, the parties will proceed to discuss the scheduling of discovery dates in accordance with Justice Morawetz's Order and subsequent Direction.

Report from Canadian Defendants:

As explained in the Fifth Joint Status Report, the parties were unable to reach an agreement regarding how discovery should proceed with respect to confidential documents, and the Ontario Court concluded that a formal certificate from the Privy Council Office regarding confidential documents was required.  Plaintiffs received the certificate, which set forth the documents over which cabinet confidence has been claimed.  Plaintiffs objected to the form of the certificate, particularly that certain documents were only partially protected by the certificate.  The Privy Council Office has been addressing this issue.  The parties intend to appear before Regional Senior Justice Morawetz to set discovery dates.

                    Respectfully submitted,

Dated:  September 5, 2017          /s/ *Scott M. Watson*
Scott M. Watson
Douglas A. Dozeman
Eugene E. Smary
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
swatson@wnj.com
ddozeman@wnj.com

esmary@wnj.com

*Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

AND

/s/ Hamish P.M. Hume
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
(202)-237-2727 (Telephone)
(202) 237-6131 (Fax)

*Attorney for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*

16199498