UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 (RMC) <br><br> Hon. Rosemary M. Collyer |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

## NINTH JOINT STATUS REPORT FOLLOWING STAY

27238675.1

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Ninth Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.

Report from Plaintiffs:

On September 27, 2016, the Canadian Defendants were ordered by the Ontario Superior Court of Justice to provide CTC with a formal certificate under Section 39 of the Canada Evidence Act with respect to any relevant documents being withheld from discovery on the basis of "Cabinet confidence" and/or to otherwise produce all relevant documents to CTC in advance of discoveries. Canada delivered a Section 39 certificate on April 26, 2017. After reviewing it, CTC noted certain issues with the certificate. On December 1, 2017, Canada responded to some of the concerns by producing redacted version of certain of the documents identified in the certificate, as well as additional documents. Canada advised at that time that some documents identified on the certificate were under review by the National Security Group. On August 31, 2018, Canada delivered a further set of productions consisting of documents redacted pursuant to section 38 of the Canada Evidence Act in respect of national security as well as documents which were subject to National Security Group review but over which no protection was claimed.

Barring any further productions from either party, the next step will be to schedule examinations for discovery. Counsel for the Canadian Defendants have asked the Plaintiffs' counsel for dates in the fall of 2019.

Report from Canadian Defendants:

As set forth in the last status report, the Canadian Defendants completed their document productions in August 2018.  The Canadian Defendants provided Plaintiffs with a certificate, signed by the Clerk of the Privy Council, listing the documents subject to cabinet confidence pursuant to Section 39 of the *Canada Evidence Act*, and the Department of Justice Canada completed its review of documents for protection pursuant to section 38 of the *Canada Evidence Act*, determining that certain information is to be protected.

Since the Canadian Defendants' completion of their document productions, Plaintiffs have not taken any substantive steps to challenge the certificates.

The Canadian Defendants expect examinations for discovery to take place in the fall and are waiting to hear from counsel for Plaintiffs regarding dates.

                    Respectfully submitted,

Dated:  March 4, 2019                   /s/  Scott M. Watson
                                             Scott M. Watson
                                             Douglas A. Dozeman
                                             Eugene E. Smary
                                             WARNER NORCROSS & JUDD LLP
                                             900 Fifth Third Center
                                             111 Lyon Street, N.W.
                                             Grand Rapids, Michigan 49503-2487
                                             616.752.2000
                                             swatson@wnj.com
                                             ddozeman@wnj.com
                                             esmary@wnj.com

                                             *Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

        AND

/s/  Hamish P.M. Hume
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
(202)-237-2727 (Telephone)
(202) 237-6131 (Fax)

*Attorney for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*

18203271

3