UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 (RMC) |
| | Hon. Rosemary M. Collyer |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

_____/

## TENTH JOINT STATUS REPORT FOLLOWING STAY

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Tenth Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.

Report from Plaintiffs:

CTC has recently proposed amendments to its Statement of Claim in CV-12-446428, to include recent facts that have arisen relating to the Ambassador Bridge. A motion to amend has been served on Canada and its consent to the proposed amendments has been sought. In the event that the amendments are not permitted by the Court, CTC has commenced a second action to address these new facts, which it will seek to have consolidated with CV-12-446428.

CTC intends to make some further documentary production in respect of the amendments, if allowed by the Court, following which it expects that the parties will proceed to oral discoveries.

CTC has been advised that Canada intend to seek a case conference with the case management judge to address the timeline of the next steps in the action.

Report from Canadian Defendants:

Plaintiffs recently informed the Canadian Defendants that they are seeking to amend their claim, and have asked the Canadian Defendants to consent to the proposed amendments. Plaintiffs have also advised that they will be providing further document productions.

In light of these developments, the Canadian Defendants are seeking a case conference to establish a timeline for next steps.

Respectfully submitted,

Dated:  September 3, 2019

/s/  Scott M. Watson
Scott M. Watson
Douglas A. Dozeman
Eugene E. Smary
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
swatson@wnj.com
ddozeman@wnj.com
esmary@wnj.com

*Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

AND

/s/  Hamish P.M. Hume
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
(202)-237-2727 (Telephone)
(202) 237-6131 (Fax)

*Attorney for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*

18887961