UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 (RMC) <br><br> Hon. Rosemary M. Collyer |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

_____/

# ELEVENTH JOINT STATUS REPORT FOLLOWING STAY

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Eleventh Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.

Report from Plaintiffs:

In September 2019, CTC proposed amendments to its Statement of Claim in CV-12-446428, to include recent facts that have arisen relating to the Ambassador Bridge.  A motion to amend has been served on Canada, and its consent to the proposed amendments has been sought. In the event that the amendments are not permitted by the Court, CTC has commenced a second action to address these new facts, which it will seek to have consolidated with CV-12-446428.

The parties have been engaged in discussions about any further documentary production to be made and dates for oral discoveries.  Canada has proposed that further productions be made in the spring of 2020 and that oral discoveries begin in July 2020.  CTC is in general, amenable to that proposal and the details are being worked out as between counsel.

Report from Canadian Defendants:

In the fall of 2019, CTC proposed substantial amendments to its pleadings to add claims concerning, among other things, conditions attached to approval for the construction of the Ambassador Bridge Replacement Span in 2017.  CTC sought Canada's consent to these amendments.  Given the implications of the proposed amendments for the scope of the action, Canada took some time to consider its position.  On January 20, 2020, Canada advised CTC that it would consent to the amendments upon certain conditions being met.

Both CTC and Canada will make further production of documents in relation to the amendments. The parties expect to conduct examinations for discovery in July 2020.

Respectfully submitted,

Dated:  March 2, 2020

/s/  Scott M. Watson
Scott M. Watson
Douglas A. Dozeman
Eugene E. Smary
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
swatson@wnj.com
ddozeman@wnj.com
esmary@wnj.com

*Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

AND

/s/  Hamish P.M. Hume
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
(202)-237-2727 (Telephone)
(202) 237-6131 (Fax)

*Attorney for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*

19703863