UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476 <br><br> Hon. John D. Bates |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

_____/

## TWELFTH JOINT STATUS REPORT FOLLOWING STAY

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Twelfth Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.

Report from Plaintiffs:

In September 2019, CTC proposed amendments to its Statement of Claim in CV-12-446428, to include recent facts that have arisen relating to the Ambassador Bridge. In January 2020, Canada advised CTC that it would consent to the amendments upon certain conditions being met. On May 8, 2020, Canada served an amended Statement of Defence and Counterclaim responding to CTC's amendments. On June 8, 2020, CTC served an amended Reply and Defence to Counterclaim. As a result of the amendments, in the spring of 2020, the parties exchanged some further documentary productions, with additional productions still to be made.

Discoveries were originally to begin in July 2020. Canada advised in June that its document collection review process had been impacted by the COVID pandemic and that more time was needed to provide additional document productions. Oral discovery dates were tentatively rescheduled to late-September. On September 1, 2020, Canada advised that due to these same limitations, it still required more time for production and has proposed that the discovery dates be rescheduled to late-October. CTC expects the parties will negotiate a new production and discovery schedule accordingly.

Report from Canadian Defendants:

As set out in the previous status report, in the fall of 2019, CTC proposed substantial amendments to its pleadings. On January 20, 2020, Canada advised CTC that it would consent to the amendments upon certain conditions being met. Since that time, the parties have exchanged amended pleadings. As a result of the amendments, further documentary productions are to be made. CTC provided further supplementary productions on June 26, 2020. Canada is in the process of finalizing its further productions. The document collection and review process has been impacted by the COVID pandemic. The parties expect to conduct examinations for discovery in October 2020.

Respectfully submitted,

Dated:  September 2, 2020

/s/  Scott M. Watson
Scott M. Watson
Douglas A. Dozeman
Eugene E. Smary
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave. NW, Ste. 1500
Grand Rapids, Michigan 49503-2487
616.752.2000
swatson@wnj.com
ddozeman@wnj.com
esmary@wnj.com

*Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

AND

/s/  Hamish P.M. Hume
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
(202)-237-2727 (Telephone)
(202) 237-6131 (Fax)

*Attorney for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*

#20608031

2