UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| DETROIT INTERNATIONAL BRIDGE COMPANY and THE CANADIAN TRANSIT COMPANY, | Civil Action No. 10-cv-00476<br><br>Hon. John D. Bates |
| Plaintiffs, | |
| v. | |
| THE GOVERNMENT OF CANADA, | |
| WINDSOR-DETROIT BRIDGE AUTHORITY, | |
| THE UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

_____/

## THIRTEENTH JOINT STATUS REPORT FOLLOWING STAY

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Thirteenth Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.

Canada and the CTC exchanged supplementary document productions between May and October 2020. Both parties agreed to bifurcate examinations for discovery between issues of liability and damages. Accordingly, the first round of examinations for discovery of Canada's representative on liability were conducted on October 28 and 29, 2020. Canada examined the CTC's representative on November 12 and 13, 2020. The parties are currently in the process of addressing undertakings arising from the examinations.

                    Respectfully submitted,

Dated:  March 2, 2021

/s/  Scott M. Watson
Scott M. Watson
Douglas A. Dozeman
Eugene E. Smary
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave. NW, Ste. 1500
Grand Rapids, Michigan 49503-2487
616.752.2000
swatson@wnj.com
ddozeman@wnj.com
esmary@wnj.com

*Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

AND

/s/  Hamish P.M. Hume
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW

Washington, DC 20005
(202) 237-2727 (Telephone)
(202) 237-6131 (Fax)

*Attorney for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*

#21421995