UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

DETROIT INTERNATIONAL BRIDGE
COMPANY and THE CANADIAN TRANSIT
COMPANY,

        Plaintiffs,

v.

THE GOVERNMENT OF CANADA,

WINDSOR-DETROIT BRIDGE AUTHORITY,

THE UNITED STATES DEPARTMENT OF
STATE, *et al.*,

        Defendants.

Civil Action No. 10-cv-00476

Hon. John D. Bates

## FOURTEENTH JOINT STATUS REPORT FOLLOWING STAY

Pursuant to the Court's January 14, 2015, Order (ECF No. 198), Her Majesty the Queen in Right of Canada, the Windsor-Detroit Bridge Authority (jointly, the "**Canadian Defendants**"), the Detroit International Bridge Company ("**DIBC**"), and the Canadian Transit Company ("**CTC**") hereby submit this Fourteenth Joint Status Report following the Court's stay of proceedings as to the Canadian Defendants pending a final decision in *CTC v. Attorney General of Canada*, No. CV-12-446428, in the Ontario Superior Court of Justice.

The first round of examinations for discovery were conducted in October and November of 2020. Since that time, the Canadian Defendants have been working to address undertakings arising from the examinations. Plaintiff also has been working since that time to address undertakings arising from the examinations. The process has been impacted by Ontario's stay-at-home orders, and the general effects of the pandemic, which have restricted access to hardcopy documents and offline databases. Once answers to undertakings have been exchanged, it is expected that further examinations for discovery may be scheduled.

Respectfully submitted,

Dated: September 2, 2021

/s/ Scott M. Watson
Scott M. Watson
Douglas A. Dozeman
Eugene E. Smary
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave. NW, Ste. 1500
Grand Rapids, Michigan 49503-2487
616.752.2000
swatson@wnj.com
ddozeman@wnj.com
esmary@wnj.com

*Attorneys for Her Majesty the Queen in Right of Canada and the Windsor-Detroit Bridge Authority*

2

AND

/s/  Hamish P.M. Hume
Hamish P.M. Hume
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
(202) 237-2727 (Telephone)
(202) 237-6131 (Fax)

*Attorney for Plaintiffs Detroit International Bridge Company and Canadian Transit Company*

#22204119

2